Vincent P. Slusher, State Bar No. 00785480
vincent.slusher@dlapiper.com
Andrew Zollinger, State Bar No. 24063944
andrew.zollinger@dlapiper.com
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

Thomas R. Califano (*pro hac vice pending*)
thomas.califano@dlapiper.com
Gabriella L. Zborovsky (*pro hac vice pending*)
gabriella.zborovsky@dlapiper.com
Jacob S. Frumkin (*pro hac vice pending*)
jacob.frumkin@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Tel:  (212) 335-4500
Fax:  (212) 335-4501

PROPOSED ATTORNEYS FOR THE DEBTOR
AND DEBTOR IN POSSESSION

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **SEARS METHODIST RETIREMENT** | § | **Case No. 14-32821-11** |
| **SYSTEM, INC.,** | § | |
| | § | |
| Debtor. | § | |
| | § | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Sears Methodist Retirement System, Inc. (the "Debtor") and certain of its affiliates filed voluntary petitions in this Court on the date hereof (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.  The following is a list of the Debtor's twenty largest unsecured creditors (the "Top 20 List") based on the Debtor's books and records as of the Petition Date.  The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case.  The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims against the Debtor.  The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor.  The failure of the Debtor to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of any such claim.

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| 1.  LIFE CARE SERVICES LLC CAPITAL SQUARE 400 LOCUST STE 820 DES MOINES, IA 50309-2334 | LIFE CARE SERVICES LLC CAPITAL SQUARE 400 LOCUST STE 820 DES MOINES, IA 50309-2334 TEL: 515-875-4500 FAX: 515-875-4780 E-MAIL: info@lcsnet.com<br><br>LIFE CARE SERVICES LLC C/O HINCKLEY ALLEN ATTN: WILLIAM S. FISH JR. 20 CHURCH STREET HARTFORD, CT 06103 TEL: 860-725-6200 FAX: 860-278-3802 E-MAIL: wfish@hinckleyallen.com | TRADE | | $ 878,995.55 |
| 2.  CLIFTONLARSON ALLEN LLP 5001 SPRING VALLEY ROAD STE 600W DALLAS, TX 75244 | CLIFTONLARSON ALLEN LLP 5001 SPRING VALLEY ROAD STE 600W DALLAS, TX 75244 FAX: 972-383-5750 | TRADE | | $ 157,200.00 |
| 3.  TEXAS METHODIST FOUNDATION 11709 BOULDER LANE SUITE 100 AUSTIN, TX 78726 | TEXAS METHODIST FOUNDATION 11709 BOULDER LANE SUITE 100 AUSTIN, TX 78726 FAX: 512-331-0670 E-MAIL: tmf@tmf-fdn.org | TRADE | | $  92,034.10 |
| 4.  RELIAS LEARNING, LLC 107 EDINBURGH SOUTH DR. CARY, NC 27511 | RELIAS LEARNING, LLC 107 EDINBURGH SOUTH DR. CARY, NC 27511 TEL: 877-200-0020 E-MAIL: solutions@reliaslearning.com | TRADE | | $  25,600.00 |
| 5.  CARLS MCDONALD & DALRYMPLE LLP BARTON OAKS PLAZA ONE SUITE 280 901 S MOPAC EXPY AUSTIN, TX 78746 | CARLS MCDONALD & DALRYMPLE LLP ATTN NANCY A. SHELLHORSE BARTON OAKS PLAZA ONE SUITE 280 901 S. MOPAC EXPRESSWAY AUSTIN, TX  78746 TEL: 512-472-4845 FAX: 512-472-8403 E-MAIL: nshellhorse@cmcdlaw.com | TRADE | | $  20,552.00 |

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 6. CENTURY PLAZA I AND II<br>1 VILLAGE DRIVE<br>#102<br>ABILENE, TX 79606 | CENTURY PLAZA I AND II<br>ATTN KELLY KINARD<br>1 VILLAGE DRIVE<br>#102<br>ABILENE, TX 79606<br>TEL: 325-695-7714 | TRADE | | $  10,332.35 |
| 7. ADVANTAGE RESOURCING<br>220 NORWOOD PARK SOUTH<br>NORWOOD, MA 02062 | ADVANTAGE RESOURCING<br>220 NORWOOD PARK SOUTH<br>NORWOOD, MA 02062<br>TEL: 781-251-8000 | TRADE | | $  7,261.01 |
| 8. HILTON GARDEN INN ABILENE<br>4449 RIDGEMONT DRIVE<br>ABILENE, TX 79606 | HILTON GARDEN INN ABILENE<br>4449 RIDGEMONT DRIVE<br>ABILENE, TX 79606<br>TEL: 325-690-6432<br>FAX: 325-690-6492 | TRADE | | $  6,270.97 |
| 9. ABILENE FAMILY HEALTH CARE<br>1181 LYTLE WAY<br>ABILENE, TX 79602 | ABILENE FAMILY HEALTH CARE<br>1181 LYTLE WAY<br>ABILENE, TX 79602<br>TEL: 325-701-4818<br>FAX: 325-701-4429 | TRADE | | $  5,833.00 |
| 10. LOST CREEK POINT<br>1114 LOST CREEK BLVD<br>SUITE 365 | LOST CREEK POINT<br>1114 LOST CREEK BLVD<br>SUITE 365<br>AUSTIN, TX 78746<br>TEL: 512-329-9639 | TRADE | | $  5,200.47 |
| 11. THE ULTIMATE SOFTWARE GROUP, INC.<br>2000 ULTIMATE WAY<br>WESTON, FL 33326 | THE ULTIMATE SOFTWARE GROUP, INC.<br>2000 ULTIMATE WAY<br>WESTON, FL 33326<br>TEL: 800-432-1729<br>E-MAIL:<br>ultiproinfo@ultimatesoftware.com | TRADE | | $  4,967.50 |
| 12. CHATELLE AND ASSOCIATES<br>4545 GOLF VISTA DRIVE<br>AUSTIN, TX 78730 | CHATELLE AND ASSOCIATES<br>4545 GOLF VISTA DRIVE<br>AUSTIN, TX 78730<br>TEL: 512-502-9545<br>FAX: 512-502-9501<br>E-MAIL:<br>melody@chatelleandassociates.com | TRADE | | $  4,000.00 |
| 13. BUSINESS RECORDS MANAGEMENT<br>118 N. PIONEER DR.<br>ABELINE, TX 79603 | BUSINESS RECORDS MANAGEMENT<br>118 N. PIONEER DR.<br>ABELINE, TX 79603<br>TEL: 325-677-4554 | TRADE | | $  3,471.91 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| 14. WYNDHAM DALLAS LOVE FIELD 3300 W. MOCKINGBIRD LANE DALLAS , TX 75235 | WYNDHAM DALLAS LOVE FIELD 3300 W. MOCKINGBIRD LANE DALLAS , TX 75235 TEL: 214-357-8500 FAX: 214-366-2670 | TRADE | | $ 3,395.48 |
| 15. TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER 3601 4TH STREET LUBBOCK, TX 79430 | TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER 3601 4TH STREET LUBBOCK, TX 79430 TEL: 806-743-1000 E-MAIL: tedd.mitchell@ttuhsc.edu | TRADE | | $ 2,880.00 |
| 16. TONER TIGER  INC. 1233 NORTH 3RD STREET ABELINE, TX 79601 | TONER TIGER  INC. 1233 NORTH 3RD STREET ABELINE, TX 79601 TEL: 325-677-0775 FAX: 325-677-0774 E-MAIL: info@tonertiger.com | TRADE | | $ 2,568.03 |
| 17. SIMPLELTC, INC. 2435 N. CENTRAL EXPY, SUITE 1510 RICHARDSON, TX 75080 | SIMPLELTC, INC. 2435 N. CENTRAL EXPY, SUITE 1510 RICHARDSON, TX 75080 TEL: 469-916-2800 E-MAIL: info@simpleltc.com; support@simpleltc.com | TRADE | | $ 1,900.00 |
| 18. SERVICEMASTER BY A-TOWN / HI-TECH 4402 S. DANVILLE DR. ABELINE, TX 79605 | SERVICEMASTER BY A-TOWN / HI-TECH 4402 S. DANVILLE DR. ABELINE, TX 79605 TEL: 325-692-1892 FAX: 325-692-1823 | TRADE | | $ 1,650.60 |
| 19. TEXAS HEALTH AND HUMAN SERVICES COMMISSION ATTN: CHRIS TRAYLOR BROWN-HEATLY BUILDING 4900 N. LAMAR BLVD. AUSTIN, TX 78751-2316 | TEXAS HEALTH AND HUMAN SERVICES COMMISSION ATTN: CHRIS TRAYLOR BROWN-HEATLY BUILDING 4900 N. LAMAR BLVD. AUSTIN, TX 78751-2316 TEL: 512-424-6500 | TRADE | | $ 1,086.00 |
| 20. EAN SERVICES LLC 600 CORPORATE PARK DRIVE LEGAL DEPT ST. LOUIS, MO 63105 | EAN SERVICES LLC 600 CORPORATE PARK DRIVE LEGAL DEPT ST. LOUIS, MO 63105 | TRADE | | $ 1,077.61 |
| 21. AUTOMATED COPY SYSTEMS, INC. 2611 POST OAK RD. ABELINE, TX 79605 | AUTOMATED COPY SYSTEMS, INC. 2611 POST OAK RD. ABELINE, TX 79605 TEL: 325-698-8560 FAX: 325-698-1458 | TRADE | | $ 1,012.35 |

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 22. COPY SENSE<br>121 EAST 8TH, SUITE100B<br>AUSTIN, TX 78701 | COPY SENSE<br>121 EAST 8TH, SUITE100B<br>AUSTIN, TX 78701<br>TEL: 512-481-9090<br>E-MAIL: chris@copy-sense.com | TRADE | | $        918.00 |
| 23. RESTORATION UNLIMITED<br>626 FM 1082<br>ABILENE, TX 79601 | RESTORATION UNLIMITED<br>626 FM 1082<br>ABILENE, TX 79601<br>Tel: 325-513-5911<br>Fax: 325-672-5367 | TRADE | | $        790.00 |
| 24. E-HEALTH DATA SOLUTIONS<br>888 DAYTON ST.<br>YELLOW SPRINGS, OH 45387 | E-HEALTH DATA SOLUTIONS<br>888 DAYTON ST.,<br>YELLOW SPRINGS, OH 45387<br>TEL: 888-562-8906<br>E-MAIL: info@ehds.biz | TRADE | | $        650.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 10, 2014**                    Signature   */s/ Paul B. Rundell*
                                                        **Paul B. Rundell**
                                                        **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.18 U.S.C. §§ 152 and 3571.*