Vincent P. Slusher, State Bar No. 00785480
vincent.slusher@dlapiper.com
Andrew Zollinger, State Bar No. 24063944
andrew.zollinger@dlapiper.com
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

Thomas R. Califano (admitted *pro hac vice*)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | CASE NO. 14-32821-11 |
| | § | |
| **SEARS METHODIST RETIREMENT SYSTEM, INC.,** *et al.*[1] | § § § | CHAPTER 11 |
| | § | Jointly Administered |
| Debtors. | § | |

**MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC FOR THE PERIOD JUNE 10, 2014 THROUGH JUNE 30, 2014**

The above-captioned debtors and debtors in possession, by their undersigned counsel, file the attached monthly fee statement of Alvarez & Marsal Healthcare Industry Group, LLC for the period June 10, 2014 through June 30, 2014 (the "June Fee Statement") in accordance with the *Order Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code (A) Authorizing The Employment And Retention Of Alvarez & Marsal Healthcare Industry Group, LLC To Provide The Debtors A Chief Restructuring Officer And Certain Additional Personnel, And (B) Designating Paul B. Rundell As The Chief Restructuring Officer For The Debtors Nunc Pro Tunc To The Petition Date* [Docket No. 343] (the "A&M Order").  Pursuant to the A&M Order, objections to the June Fee Statement, if

---

[1] The debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: Sears Methodist Retirement System, Inc. (6330), Canyons Senior Living, L.P. (8545), Odessa Methodist Housing, Inc. (9569), Sears Brazos Retirement Corporation (8053), Sears Caprock Retirement Corporation (9581), Sears Methodist Centers, Inc. (4917), Sears Methodist Foundation (2545), Sears Panhandle Retirement Corporation (3233), Sears Permian Retirement Corporation (7608), Sears Plains Retirement Corporation (8233), Sears Tyler Methodist Retirement Corporation (0571) and Senior Dimensions, Inc. (4016).  The mailing address of each of the debtors, solely for purposes of notices and communications, is 2100 Ross Avenue, 21st Floor, c/o Paul Rundell, Dallas, Texas 75201.

EAST\82468942.1

any, are due by September 28, 2014.

Dated:  September 8, 2014
         Dallas, Texas

**DLA PIPER LLP (US)**

By:  */s/ Vincent P. Slusher*
Vincent P. Slusher, State Bar No. 00785480
vincent.slusher@dlapiper.com
Andrew Zollinger, State Bar No. 24063944
andrew.zollinger@dlapiper.com
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

Thomas R. Califano (admitted *pro hac vice*)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Attorneys for the Debtors and Debtors in Possession

August 25, 2014

Sears Methodist Retirement System
Attn: Susan Whittle
1114 Lost Creek Blvd Suite 220
Austin, TX 78746

SPECIAL SERVICES RENDERED
By Alvarez & Marsal Healthcare Industry Group, LLC
During the Period
June 10, 2014 - June 30, 2014

| Name | Title | Hours | Rate/Hr | Fees |
|---|---|---|---|---|
| Paul Rundell | Managing Director | 106.9 | $ 650.00 | $ 69,485.00 |
| Cathy Hernandez | Managing Director | 38.0 | 650.00 | 24,667.50 |
| David McLaughlin | Senior Director | 161.2 | 575.00 | 92,690.00 |
| Doug Staut | Director | 20.0 | 500.00 | 10,000.00 |
| David Shiffman | Associate | 154.9 | 375.00 | 58,087.50 |
| Stu Cubbon | Associate | 147.1 | 375.00 | 55,162.50 |
| Krutica Sharma | Analyst | 39.0 | 325.00 | 12,675.00 |
| **Total Gross Fees** | | **667.1** | | **$ 322,767.50** |
| *Voluntary Fee Discount (1)* | | | | *$ (57,392.50)* |
| **Total Fees Charged** | | | | **265,375.00** |
| Out-of-Pocket Expenses | | | | 35,525.35 |
| **Total Fees and Out-of-Pocket Expenses** | | | | **$ 300,900.35** |

**Wire Instructions:**
Bank:              J.P. Morgan Chase
ABA:               021 000 021
Account Name:      Alvarez & Marsal, LLC
Account Number:    9 5 7 3 4 7 8 4 7
Project Number     802214



ALVAREZ & MARSAL
HEALTHCARE INDUSTRY GROUP, LLC

1

**Project Hours by Time Detail**

| | Paul Rundell | Cathy Hernandez | David McLaughlin | Doug Staut | David Shiffman | Stu Cubbon | Krutica Sharma | Total | % of Total |
|---|---|---|---|---|---|---|---|---|---|
| Asset analysis and recovery | 6.1 | - | - | - | - | - | - | **6.1** | 0.9% |
| Asset disposition | 6.3 | - | - | - | - | - | - | **6.3** | 0.9% |
| Business analysis | - | 38.0 | 6.4 | - | 16.5 | 21.4 | 39.0 | **121.3** | 18.2% |
| Business operation | 22.6 | - | 13.7 | - | 15.4 | - | - | **51.7** | 7.8% |
| CRO governance | 2.9 | - | - | - | - | - | - | **2.9** | 0.4% |
| Cash management | - | - | 34.7 | 6.9 | 2.1 | - | - | **43.7** | 6.6% |
| Claims admin and objections | - | - | - | - | - | 2.5 | - | **2.5** | 0.4% |
| Communications | - | - | 6.1 | - | - | 2.2 | - | **8.3** | 1.2% |
| DIP financing/cash collateral | 11.5 | - | 47.5 | 1.2 | 7.5 | - | - | **67.7** | 10.1% |
| Employee benefits/pensions | - | - | 2.4 | - | - | - | - | **2.4** | 0.4% |
| Governance matters | 2.1 | - | - | - | - | - | - | **2.1** | 0.3% |
| Insurance | 11.3 | - | 3.1 | - | - | - | - | **14.4** | 2.2% |
| Litigation support / First day & other motions | - | - | 19.3 | 11.9 | 14.8 | 5.0 | - | **51.0** | 7.6% |
| Schedules & statements of financial affairs | - | - | 7.5 | - | 78.2 | 116.0 | - | **201.7** | 30.2% |
| Strategic planning | 4.3 | - | 3.1 | - | - | - | - | **7.4** | 1.1% |
| Testimony | 22.8 | - | - | - | - | - | - | **22.8** | 3.4% |
| Various requests from creditors and their advisors | 17.0 | - | 17.4 | - | 20.4 | - | - | **54.8** | 8.2% |
| **Total** | **106.9** | **38.0** | **161.2** | **20.0** | **154.9** | **147.1** | **39.0** | **667.1** | |

**Alvarez & Marsal Healthcare Industry Group, LLC**

## Expense Summary

**June 10, 2014 - June 30, 2014**

| Employee | \<td colspan="8">Expense Type | | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| | Airfare | Car Rental | Trans | Parking | Misc | Telecom | Meals | Hotel | |
| Paul Rundell | $ 3,404.18 | $ - | $ 340.80 | $ 245.00 | $ 2.03 | $ - | $ 732.74 | $ 1,494.45 | $ 6,219.20 |
| Cathy Hernandez | 2,132.00 | - | 472.00 | - | - | - | 43.30 | 537.35 | 3,184.65 |
| David McLaughlin | 3,779.00 | - | 312.56 | 297.00 | 99.00 | - | 174.45 | 2,044.37 | 6,706.38 |
| Doug Staut | 958.80 | 230.05 | 104.30 | - | - | 8.71 | 68.81 | 698.55 | 2,069.22 |
| David Shiffman | 3,299.27 | 894.80 | 440.00 | - | - | - | 779.12 | 1,529.50 | 6,942.69 |
| Stu Cubbon | 3,023.00 | - | 230.25 | - | - | - | 801.58 | 1,392.65 | 5,447.48 |
| Krutica Sharma | 2,887.50 | 343.81 | 799.00 | - | - | - | 72.30 | 853.12 | 4,955.73 |
| | $ 19,483.75 | $ 1,468.66 | $ 2,698.91 | $ 542.00 | $ 101.03 | $ 8.71 | $ 2,672.30 | $ 8,549.99 | $ 35,525.35 |

3



**Alvarez & Marsal**
**Expense Codes**

| Code | Definition |
|------|------------|
| A | Airfare |
| B | Business meals |
| C | Car rental expense |
| D | Lodging |
| F | Mileage expense |
| G | Miscellaneous expense |
| H | Parking |
| I | Telecommunication expense |
| J | Taxi Fare |
| K | Train Fare |

**Alvarez & Marsal**
**Expense Detail**

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---:|
| PBR | 6/11/14 | A | Flight charges | $ 620.00 |
| PBR | 6/11/14 | A | Change fee | 35.00 |
| PBR | 6/12/14 | A | Flight Charges (first day hearing) | 630.00 |
| PBR | 6/13/14 | A | AA flight ORD-MAF for facility visits | 531.00 |
| PBR | 6/16/14 | A | Flight Charges - Debtor Interview (weather and last minute fare) | 1,041.98 |
| PBR | 6/17/14 | A | Airline charge | 90.00 |
| PBR | 6/17/14 | A | Airline charge | 12.60 |
| PBR | 6/18/14 | A | Airline charges ABI-ORD - facility visit | 443.60 |
| PBR | 6/10/14 | B | Working meal - three people | 150.00 |
| PBR | 6/11/14 | B | Working meal | 21.90 |
| PBR | 6/11/14 | B | Working meal - three people | 150.00 |
| PBR | 6/11/14 | B | Working meal - two people | 18.92 |
| PBR | 6/12/14 | B | Working meal - three people | 150.00 |
| PBR | 6/12/14 | B | Working meal | 6.00 |
| PBR | 6/12/14 | B | Working meal | 4.11 |
| PBR | 6/13/14 | B | Working meal - three people | 99.00 |
| PBR | 6/17/14 | B | Travel meal | 3.76 |
| PBR | 6/17/14 | B | Travel meal | 12.80 |
| PBR | 6/18/14 | B | Working meal - two people (client) | 55.00 |
| PBR | 6/26/14 | B | Travel meal | 2.25 |
| PBR | 6/26/14 | B | Working meal | 59.00 |
| PBR | 6/12/14 | D | Hotel charges - full week (hotels all booked due to national conference) | 1,265.60 |
| PBR | 6/18/14 | D | Hotel one night | 228.85 |
| PBR | 6/12/14 | F | Mileage to ohare and back | 33.60 |
| PBR | 6/18/14 | F | Mileage to Ohare and back | 33.60 |
| PBR | 6/26/14 | F | Mileage to ohare and back | 33.60 |
| PBR | 6/20/14 | G | USPS charge | 2.03 |
| PBR | 6/12/14 | H | Parking at Ohare | 140.00 |
| PBR | 6/18/14 | H | Parking at Ohare | 70.00 |
| PBR | 6/26/14 | H | Parking at Ohare | 35.00 |
| PBR | 6/11/14 | J | Car svc to DLA from DFW | 75.00 |
| PBR | 6/11/14 | J | Taxi | 15.00 |
| PBR | 6/26/14 | J | Car svc to DLA | 75.00 |
| PBR | 6/26/14 | J | Car Svc to DFW | 75.00 |
| CH | 6/17/14 | A | McAllen Airfare | 1,014.00 |
| CH | 6/17/14 | A | Midland Airfare | 1,020.50 |
| CH | 6/20/14 | A | Airfare: Big Springs return flight | 434.50 |
| CH | 6/20/14 | A | Flight change fee | 35.00 |
| CH | 6/20/14 | A | Additional airfare charge | 30.00 |
| CH | 6/20/14 | A | Credit for previous flight | (402.00) |
| CH | 6/19/14 | B | Breakfast with staff | 9.19 |
| CH | 6/24/14 | B | Individual Meal | 34.11 |
| CH | 6/19/14 | D | Hotel | 279.00 |
| CH | 6/19/14 | D | Hotel tax | 36.27 |
| CH | 6/24/14 | D | Hotel | 189.00 |
| CH | 6/24/14 | D | Hotel tax | 33.08 |
| CH | 6/19/14 | J | Taxi to DFW | 85.00 |
| CH | 6/19/14 | J | Trip back to Midland from Big Springs | 147.00 |
| CH | 6/20/14 | J | Taxis in Midland | 155.00 |
| CH | 6/20/14 | J | Taxi home from DFW | 85.00 |
| DSM | 6/10/14 | A | Airfare: Flight to Abilene - one way | 471.00 |
| DSM | 6/12/14 | A | Airfare: Flight home from Abilene - one way | 441.00 |
| DSM | 6/16/14 | A | Airfare: Flight to Abilene - one way | 441.00 |
| DSM | 6/19/14 | A | Airfare: Flight home from Abilene - one way | 381.00 |
| DSM | 6/20/14 | A | Airfare: Flight from Dallas to Chicago - one way | 692.00 |
| DSM | 6/23/14 | A | Airfare: Flight to Abilene - one way | 461.00 |
| DSM | 6/26/14 | A | Airfare: Flight home from Abilene - one way | 461.00 |
| DSM | 6/30/14 | A | Airfare: Flight to Abilene - one way | 431.00 |
| DSM | 6/10/14 | B | Travel meal | 4.50 |
| DSM | 6/11/14 | B | Lunch with Staut and Crosswhite at Whataburger | 21.08 |
| DSM | 6/18/14 | B | Breakfast at Jack & Jills | 13.00 |

**Alvarez & Marsal**
**Expense Detail**

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---|
| DSM | 6/19/14 | B | Travel meal while delayed at DFW | 30.15 |
| DSM | 6/20/14 | B | Travel meal at DFW | 11.65 |
| DSM | 6/24/14 | B | Individual Dinner | 26.85 |
| DSM | 6/27/14 | B | Travel meal at ORD while delayed | 67.22 |
| DSM | 6/12/14 | D | Marriott Courtyard - 4 Nights | 593.40 |
| DSM | 6/17/14 | D | Marriott Courtyard - 1 Night | 160.73 |
| DSM | 6/19/14 | D | Marriott Courtyard - 2 Nights | 312.80 |
| DSM | 6/20/14 | D | Hotel W - 1 Night | 478.34 |
| DSM | 6/24/14 | D | Marriott Courtyard - 1 Night | 156.40 |
| DSM | 6/26/14 | D | Residence Inn - 2 Nights | 342.70 |
| DSM | 6/16/14 | F | Mileage to and from Airport (42 miles roundtrip @56.0 cents) | 23.52 |
| DSM | 6/23/14 | F | Mileage to and from Airport (42 miles roundtrip @56.0 cents) | 23.52 |
| DSM | 6/30/14 | F | Mileage to and from Airport (42 miles roundtrip @56.0 cents) | 23.52 |
| DSM | 6/23/14 | G | Purchase of conference room at airport for team during cancelled flights | 99.00 |
| DSM | 6/20/14 | H | Parking at the Airport | 157.00 |
| DSM | 6/26/14 | H | Parking at the Airport | 140.00 |
| DSM | 6/11/14 | J | Taxi to the Airport | 50.00 |
| DSM | 6/12/14 | J | Taxi home from Airport | 50.00 |
| DSM | 6/19/14 | J | Taxi from DFW to Hotel | 70.00 |
| DSM | 6/20/14 | J | Taxi from Hotel to DFW | 72.00 |
| DCS | 6/10/14 | A | Airfare: Additional | 71.40 |
| DCS | 6/10/14 | A | Airfare: Flight to Abilene | 408.00 |
| DCS | 6/12/14 | A | Airfare: Flight to NYC from Abilene | 408.00 |
| DCS | 6/12/14 | A | Airfare: Additional | 71.40 |
| DCS | 6/11/14 | B | Individual Meals: Travel Meal | 36.31 |
| DCS | 6/11/14 | B | Individual Meals: Travel Breakfast | 15.98 |
| DCS | 6/12/14 | B | Individual Meals: Working Breakfast | 5.08 |
| DCS | 6/12/14 | B | Individual Meals: Travel Meal | 11.44 |
| DCS | 6/12/14 | C | Car Rental | 185.05 |
| DCS | 6/12/14 | C | Fuel: Gas | 45.00 |
| DCS | 6/10/14 | D | Hotel Tax: Hotel | 29.85 |
| DCS | 6/10/14 | D | Hotel: Hotel | 199.00 |
| DCS | 6/10/14 | D | Hotel: Hotel | 199.00 |
| DCS | 6/10/14 | D | Hotel Tax: Hotel | 29.85 |
| DCS | 6/11/14 | D | Hotel Tax: Hotel | 29.85 |
| DCS | 6/11/14 | D | Hotel: Hotel | 211.00 |
| DCS | 6/12/14 | I | 05/13/14 - 06/12/14 Wireless Usage Charges | 8.71 |
| DCS | 6/10/14 | J | Taxi: Home to Airport | 47.00 |
| DCS | 6/12/14 | J | Taxi: Taxi Home from Airport | 57.30 |
| DMS | 6/10/14 | A | Flight to SMRS | 493.00 |
| DMS | 6/12/14 | A | Flight from SMRS | 371.00 |
| DMS | 6/16/14 | A | Flight to SMRS | 371.00 |
| DMS | 6/19/14 | A | Flight Home from SMRS | 493.00 |
| DMS | 6/23/14 | A | Flight to SMRS | 503.00 |
| DMS | 6/26/14 | A | Flight from SMRS | 595.27 |
| DMS | 6/30/14 | A | Airfare to SMRS | 473.00 |
| DMS | 6/10/14 | B | Working Dinner (DS, DM, SC) | 150.00 |
| DMS | 6/10/14 | B | Working meal (DS, DM, SC) | 27.34 |
| DMS | 6/11/14 | B | Working Breakfast (DS, DM, SC) | 25.84 |
| DMS | 6/12/14 | B | Working meal (DS, DM, SC) | 15.44 |
| DMS | 6/12/14 | B | Working meal (DS, DM, SC, DS) | 34.89 |
| DMS | 6/16/14 | B | Dinner at Hotel (DS) | 26.14 |
| DMS | 6/16/14 | B | Travel Breakfast at airport (DS) | 11.27 |
| DMS | 6/17/14 | B | Working meal (DS, SC, DM) | 30.03 |
| DMS | 6/17/14 | B | Dinner (DS) | 9.42 |
| DMS | 6/18/14 | B | Working Breakfast (SC, DS, DM) | 18.26 |
| DMS | 6/18/14 | B | Dinner (DS) | 25.16 |
| DMS | 6/19/14 | B | Working Breakfast (SC, DS, DM) | 20.75 |
| DMS | 6/19/14 | B | Travel Meal (DS, DM, SC) | 32.14 |
| DMS | 6/23/14 | B | Dinner (SC, DS, DM) | 136.71 |
| DMS | 6/23/14 | B | Travel Meal at Airport (DS, DM, SC) | 76.75 |

**Alvarez & Marsal**
**Expense Detail**

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---|
| DMS | 6/23/14 | B | Travel breakfast (DS) | 7.70 |
| DMS | 6/24/14 | B | Dinner (SC, DS) | 24.00 |
| DMS | 6/24/14 | B | Working meal (DM, DS, SC) | 21.93 |
| DMS | 6/25/14 | B | Working meal (DM, DS, SC) | 51.37 |
| DMS | 6/30/14 | B | Working meal (DM, SC, DS) | 25.28 |
| DMS | 6/30/14 | B | Travel Breakfast (DS) | 8.70 |
| DMS | 6/12/14 | C | Car Rental at SMRS | 272.80 |
| DMS | 6/19/14 | C | Car Rental at SMRS | 331.52 |
| DMS | 6/26/14 | C | Car Rental SMRS | 290.48 |
| DMS | 6/10/14 | D | Hotel Stay - SMRS | 593.40 |
| DMS | 6/16/14 | D | Hotel Stay at SMRS | 445.05 |
| DMS | 6/23/14 | D | Hotel Stay at SMRS | 491.05 |
| DMS | 6/11/14 | J | Taxi to EWR | 37.00 |
| DMS | 6/16/14 | J | Taxi to ORD | 51.00 |
| DMS | 6/19/14 | J | Taxi home from LGA | 87.00 |
| DMS | 6/23/14 | J | Taxi to LGA | 104.00 |
| DMS | 6/26/14 | J | Taxi Home from LGA | 105.00 |
| DMS | 6/30/14 | J | Taxi to LGA | 56.00 |
| SFC | 6/12/14 | A | Flight from SMRS | 493.00 |
| SFC | 6/16/14 | A | Flight to SMRS | 483.00 |
| SFC | 6/19/14 | A | Flight from SMRS | 493.00 |
| SFC | 6/23/14 | A | Flight to SMRS | 503.00 |
| SFC | 6/26/14 | A | Flight from SMRS | 578.00 |
| SFC | 6/30/14 | A | Flight to SMRS | 473.00 |
| SFC | 6/10/14 | B | Breakfast (SFC, DMS, DSM) | 26.65 |
| SFC | 6/11/14 | B | Working Meal (SFC) | 14.38 |
| SFC | 6/11/14 | B | Dinner with team (SFC, DMS, DSM, DSC) | 200.00 |
| SFC | 6/11/14 | B | Breakfast (SFC, DMS, DSM) | 27.36 |
| SFC | 6/12/14 | B | Dinner (SFC) | 11.34 |
| SFC | 6/16/14 | B | Dinner (SFC) | 24.54 |
| SFC | 6/16/14 | B | Working Meal (SFC, DMS) | 48.39 |
| SFC | 6/16/14 | B | Travel Breakfast (SFC) | 6.57 |
| SFC | 6/17/14 | B | Breakfast (SFC, DMS, DSM) | 24.27 |
| SFC | 6/18/14 | B | Working Meal (SFC, DMS) | 25.07 |
| SFC | 6/18/14 | B | Breakfast (SFC) | 9.96 |
| SFC | 6/18/14 | B | Dinner (SFC) | 24.88 |
| SFC | 6/23/14 | B | Travel Breakfast (SFC) | 4.44 |
| SFC | 6/24/14 | B | Breakfast (SFC, DMS, DSM) | 25.30 |
| SFC | 6/25/14 | B | Breakfast (SFC, DMS, DSM) | 17.24 |
| SFC | 6/25/14 | B | Dinner (SFC, DMS, DSM) | 150.00 |
| SFC | 6/26/14 | B | Dinner (SFC, DMS, DSM) | 24.05 |
| SFC | 6/26/14 | B | Working Meal (SFC, DMS) | 17.72 |
| SFC | 6/30/14 | B | Dinner (SFC, DMS, DSM) | 103.71 |
| SFC | 6/30/14 | B | Travel Breakfast (SFC) | 15.71 |
| SFC | 6/10/14 | D | Hotel Stay | 129.00 |
| SFC | 6/10/14 | D | Hotel Tax | 19.35 |
| SFC | 6/11/14 | D | Hotel Stay | 129.00 |
| SFC | 6/11/14 | D | Hotel Tax | 19.35 |
| SFC | 6/16/14 | D | Hotel Stay | 129.00 |
| SFC | 6/16/14 | D | Hotel Tax | 19.35 |
| SFC | 6/17/14 | D | Hotel Stay | 129.00 |
| SFC | 6/17/14 | D | Hotel Tax | 19.35 |
| SFC | 6/18/14 | D | Hotel Stay | 129.00 |
| SFC | 6/18/14 | D | Hotel Tax | 19.35 |
| SFC | 6/23/14 | D | Hotel Stay | 129.00 |
| SFC | 6/23/14 | D | Hotel Tax | 19.35 |
| SFC | 6/24/14 | D | Hotel Stay | 149.00 |
| SFC | 6/24/14 | D | Hotel Tax | 22.35 |
| SFC | 6/25/14 | D | Hotel Stay | 149.00 |
| SFC | 6/25/14 | D | Hotel Tax | 22.35 |
| SFC | 6/30/14 | D | Hotel Stay | 139.00 |

**Alvarez & Marsal**
**Expense Detail**

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---|
| SFC | 6/30/14 | D | Hotel Tax | 20.85 |
| SFC | 6/12/14 | J | Taxi home from Airport | 43.59 |
| SFC | 6/16/14 | J | Taxi to Airport | 35.79 |
| SFC | 6/19/14 | J | Taxi home from Airport | 36.90 |
| SFC | 6/23/14 | J | Taxi to Airport | 35.19 |
| SFC | 6/26/14 | J | Taxi home from Airport | 42.99 |
| SFC | 6/30/14 | J | Taxi to Airport | 35.79 |
| KS | 6/16/14 | A | Airfare: Flight Dallas-Midland Roundtrip | 570.50 |
| KS | 6/17/14 | A | Airfare: Flight DFW-ELP-MAF | 1,014.00 |
| KS | 6/19/14 | A | Airfare: Fare Difference for Change 1 | 68.50 |
| KS | 6/19/14 | A | Airfare: Flight Dallas - McAllen Roundtrip | 612.00 |
| KS | 6/21/14 | A | Miscellaneous: Service Fee Ultramar for Change 2 | 30.00 |
| KS | 6/21/14 | A | Miscellaneous: Service Fee Ultramar for Change 1 | 60.00 |
| KS | 6/21/14 | A | Miscellaneous: Fare Difference | (158.00) |
| KS | 6/26/14 | A | Airfare: Fare Difference for Change 2 | 210.00 |
| KS | 6/29/14 | A | Airfare: Flight DFW to Midland | 480.50 |
| KS | 6/19/14 | B | Individual Meals: Tea at Airport | 4.58 |
| KS | 6/23/14 | B | Individual Meals: Hotel 1 night | 27.00 |
| KS | 6/25/14 | B | Individual Meals: Hotel 1 night | 6.00 |
| KS | 6/29/14 | B | Individual Meals: Breakfast at Airport | 9.72 |
| KS | 6/29/14 | B | Individual Meals: Dinner (Me) | 25.00 |
| KS | 6/24/14 | C | Car Rental: Car Rental El Paso | 177.22 |
| KS | 6/26/14 | C | Car Rental: Car Rental at Midland Airport | 166.59 |
| KS | 6/18/14 | D | Hotel: Hotel at Big Spring - one night | 279.00 |
| KS | 6/18/14 | D | Hotel Tax: Hotel at Big Spring - one night | 36.27 |
| KS | 6/23/14 | D | Hotel Tax: Hotel 1 night | 33.08 |
| KS | 6/23/14 | D | Hotel: Hotel 1 night | 189.00 |
| KS | 6/25/14 | D | Hotel: Hotel 1 night | 279.00 |
| KS | 6/25/14 | D | Hotel Tax: Hotel 1 night | 36.77 |
| KS | 6/17/14 | J | Taxi: Taxi Home to DFW on 6.23 and 6.25 | 161.00 |
| KS | 6/17/14 | J | Taxi: Taxi Home-DFW Roundtrip for flight to/from McAllen | 161.00 |
| KS | 6/17/14 | J | Taxi: Taxi Home-DFW Roundtrip for flight to/from Midland | 161.00 |
| KS | 6/20/14 | J | Taxi: Taxi McAllen Airport to Client | 10.00 |
| KS | 6/26/14 | J | Taxi: Taxi DFW to Home | 80.00 |
| KS | 6/27/14 | J | Taxi: Taxi DFW to Home | 65.00 |
| KS | 6/29/14 | J | Taxi: Taxi DFW-Home Roundtrip | 161.00 |
| | | | **Total** | **$35,525.35** |