Vincent P. Slusher, State Bar No. 00785480
vincent.slusher@dlapiper.com
Andrew Zollinger, State Bar No. 24063944
andrew.zollinger@dlapiper.com
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

Thomas R. Califano (admitted *pro hac vice*)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 14-32821-11 |
| | § | |
| SEARS METHODIST RETIREMENT | § | CHAPTER 11 |
| SYSTEM, INC., *et al.*[1] | § | |
| | § | Jointly Administered |
| Debtors. | § | |

**MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC FOR THE PERIOD JULY 1, 2014 THROUGH JULY 31, 2014**

The above-captioned debtors and debtors in possession, by their undersigned counsel, file the attached monthly fee statement of Alvarez & Marsal Healthcare Industry Group, LLC for the period July 1, 2014 through July 31, 2014 (the "July Fee Statement") in accordance with the *Order Pursuant To Sections 105(a) And 363(b) Of The Bankruptcy Code (A) Authorizing The Employment And Retention Of Alvarez & Marsal Healthcare Industry Group, LLC To Provide The Debtors A Chief Restructuring Officer And Certain Additional Personnel, And (B) Designating Paul B. Rundell As The Chief Restructuring Officer For The Debtors Nunc Pro Tunc To The Petition Date* [Docket No. 343] (the "A&M Order"). Pursuant to the A&M Order, objections to the July Fee Statement, if any, are

---

[1] The debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: Sears Methodist Retirement System, Inc. (6330), Canyons Senior Living, L.P. (8545), Odessa Methodist Housing, Inc. (9569), Sears Brazos Retirement Corporation (8053), Sears Caprock Retirement Corporation (9581), Sears Methodist Centers, Inc. (4917), Sears Methodist Foundation (2545), Sears Panhandle Retirement Corporation (3233), Sears Permian Retirement Corporation (7608), Sears Plains Retirement Corporation (8233), Sears Tyler Methodist Retirement Corporation (0571) and Senior Dimensions, Inc. (4016). The mailing address of each of the debtors, solely for purposes of notices and communications, is 2100 Ross Avenue, 21st Floor, c/o Paul Rundell, Dallas, Texas 75201.

EAST\82982080.1

due by October 13, 2014.

Dated:  September 23, 2014
        Dallas, Texas

                              **DLA PIPER LLP (US)**

                              By: /s/ *Vincent P. Slusher*
                              Vincent P. Slusher, State Bar No. 00785480
                              vincent.slusher@dlapiper.com
                              Andrew Zollinger, State Bar No. 24063944
                              andrew.zollinger@dlapiper.com
                              DLA Piper LLP (US)
                              1717 Main Street, Suite 4600
                              Dallas, Texas 75201-4629
                              Telephone: (214) 743-4500
                              Facsimile: (214) 743-4545

                              Thomas R. Califano (admitted *pro hac vice*)
                              thomas.califano@dlapiper.com
                              DLA Piper LLP (US)
                              1251 Avenue of the Americas
                              New York, New York 10020-1104
                              Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501

                              Attorneys for the Debtors and Debtors in Possession

9/18/2014  **A&M HIG Invoice**
Invoice Summary  **SMRS**
**7/1/14 - 7/31/14**

Sears Methodist Retirement System
Attn: Susan Whittle
1114 Lost Creek Blvd Suite 220
Austin, TX 78746

SPECIAL SERVICES RENDERED
By Alvarez & Marsal Healthcare Industry Group, LLC
During the Period
July 1, 2014 - July 31, 2014

| Name | Title | Hours | Rate/Hr | Fees | % Discount |
|---|---|---|---|---|---|
| Paul Rundell | Managing Director | 169.8 | $ 650.00 | $ 110,370.00 | |
| Cathy Hernandez | Managing Director | 30.0 | 650.00 | 19,500.00 | |
| David McLaughlin | Senior Director | 191.1 | 575.00 | 109,882.50 | |
| David Shiffman | Associate | 194.0 | 375.00 | 72,750.00 | |
| Stu Cubbon | Associate | 193.6 | 375.00 | 72,596.25 | |
| Krutica Sharma | Analyst | 40.3 | 325.00 | 13,081.25 | |
| **Total Gross Fees** | | **818.7** | | **$ 398,180.00** | |
| *Voluntary Fee Discount* | | | | $ (132,398.75) | 33.3% |
| **Total Fees Charged** | | | | **265,781.25** | |
| Out-of-Pocket Expenses | | | | 32,611.41 | |
| **Total Fees and Out-of-Pocket Expenses** | | | | **$ 298,392.66** | |
| **Voluntary Discount - Case to Date** [1] | | | | **$ (189,791.25)** | |

**NOTE:**
(1) A&M reserves the right to roll forward any voluntary discounts for future billing periods.

**Wire Instructions:**
Bank: J.P. Morgan Chase
ABA: 021 000 021
Account Name: Alvarez & Marsal, LLC
Account Number: 9 5 7 3 4 7 8 4 7
Project Number 802214

9/18/2014  
Time Codes

A&M HIG Invoice  
SMRS  
7/1/14 - 7/31/14

| Code | Definition |
|---|---|
| 1 | Accounting/auditing |
| 2 | Admin services |
| 3 | Assessment services |
| 4 | Asset analysis and recovery |
| 5 | Asset disposition |
| 6 | Business analysis |
| 7 | Business operation |
| 8 | CRO governance |
| 9 | Case administration |
| 10 | Cash management |
| 11 | Claims admin and objections |
| 12 | Communications |
| 13 | Consulting |
| 14 | Contract/lease assume/reject |
| 15 | Corporate finance |
| 16 | DIP financing/cash collateral |
| 17 | Data analysis |
| 18 | Employee benefits/pensions |
| 19 | Fee/employment applications |
| 20 | Fee/employment objections |
| 21 | Financing |
| 22 | Governance matters |
| 23 | Insurance |
| 24 | Union analysis |
| 25 | Litigation support |
| 26 | Meeting of creditors |
| 27 | Plan and disclosure statement |
| 28 | Plan process |
| 29 | Post confirmations |
| 30 | Reclamation claims |
| 31 | Schedules & statements of financial affairs |
| 32 | Strategic planning |
| 33 | Tax issues |
| 34 | Testimony |
| 35 | Travel time |
| 36 | Valuation |
| 37 | Communication with creditors |

9/18/2014  
Project Hours By Time Detail

A&M HIG Invoice  
SMRS  
7/1/14 - 7/31/14

| | | Paul Rundell | Cathy Hernandez | David McLaughlin | David Shiffman | Stu Cubbon | Krutica Sharma | Total | % of Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Accounting/auditing | 17.3 | - | - | - | 4.6 | - | 21.9 | 2.7% |
| 5 | Asset disposition | 11.4 | - | 4.8 | 34.6 | - | - | 50.8 | 6.2% |
| 6 | Business analysis | 4.8 | 30.0 | 5.3 | 20.2 | 67.5 | 40.3 | 168.1 | 20.5% |
| 7 | Business operation | 24.8 | - | 3.7 | 40.5 | - | - | 69.0 | 8.4% |
| 8 | CRO governance | 7.1 | - | - | - | - | - | 7.1 | 0.9% |
| 10 | Cash management | - | - | 16.2 | - | - | - | 16.2 | 2.0% |
| 11 | Claims admin and objections | - | - | - | 3.8 | 16.1 | - | 19.9 | 2.4% |
| 12 | Communications | - | - | 5.2 | - | 1.1 | - | 6.3 | 0.8% |
| 16 | DIP financing/cash collateral | 42.8 | - | 70.7 | 5.0 | - | - | 118.5 | 14.5% |
| 23 | Insurance | - | - | 1.8 | - | 2.0 | - | 3.8 | 0.5% |
| 25 | Litigation support / First day & other motions | - | - | 13.8 | 24.5 | 13.5 | - | 51.8 | 6.3% |
| 27 | Plan and disclosure statement | - | - | 3.5 | - | - | - | 3.5 | 0.4% |
| 31 | Schedules & statements of financial affairs | 26.1 | - | 33.4 | 39.9 | 80.5 | - | 179.9 | 22.0% |
| 32 | Strategic planning | 1.6 | - | 9.7 | 8.1 | 8.4 | - | 27.8 | 3.4% |
| 34 | Testimony | 25.1 | - | - | - | - | - | 25.1 | 3.1% |
| 37 | Various requests from creditors and their advisors | 8.8 | - | 23.0 | 17.4 | - | - | 49.2 | 6.0% |
| Totals | Total | 169.8 | 30.0 | 191.1 | 194.0 | 193.6 | 40.3 | 818.7 | |

9/18/2014            A&M HIG Invoice
Expense Codes        SMRS
7/1/14 - 7/31/14

| Code | Definition |
|---|---|
| A | Airfare |
| B | Business meals |
| C | Car rental expense |
| D | Lodging |
| F | Mileage expense |
| G | Miscellaneous expense |
| H | Parking |
| I | Telecommunication expense |
| J | Taxi Fare |
| K | Train Fare |

9/18/2014  
Expense Summary

**A&M HIG Invoice**  
**SMRS**  
**7/1/14 - 7/31/14**

| Employee | Airfare | Car Rental | Trans | Parking | Misc | Telecom | Meals | Hotel | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| Paul Rundell | $ 5,701.24 | $ 271.17 | $ 454.20 | $ 310.60 | $73.78 | $160.27 | $ 383.86 | $1,992.59 | $ 9,347.71 |
| Cathy Hernandez | - | - | - | - | - | - | - | - | - |
| David McLaughlin | 3,905.70 | - | 281.52 | 523.00 | - | - | 422.10 | 2,439.52 | 7,571.84 |
| David Shiffman | 3,789.24 | 1,191.48 | 738.07 | - | - | - | 792.45 | 1,754.67 | 8,265.91 |
| Stu Cubbon | 3,481.00 | 217.85 | 240.37 | - | 10.20 | 41.03 | 975.08 | 1,758.38 | 6,723.91 |
| Krutica Sharma | - | 170.82 | - | - | - | 36.28 | - | 494.94 | 702.04 |
| | $16,877.18 | $1,851.32 | $1,714.16 | $ 833.60 | $83.98 | $237.58 | $2,573.49 | $8,440.10 | $ 32,611.41 |

9/18/2014             A&M HIG Invoice
Expense Detail          SMRS
               7/1/14 - 7/31/14

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---|
| PBR | 7/4/14 | A | ORD-DFW0-ORD- S&S | $ 1,017.98 |
| PBR | 7/5/14 | A | ORD-DFW-ORD - Hearing | 1,017.98 |
| PBR | 7/8/14 | A | Change Fee due to meeting | 252.02 |
| PBR | 7/9/14 | A | Change Fee for hearing due to objection issues | 123.01 |
| PBR | 7/9/14 | J | Car Svc - To DLA | 75.00 |
| PBR | 7/10/14 | J | Car Svc - From DLA | 75.00 |
| PBR | 7/9/14 | B | Working Meal (3 people) | 150.00 |
| PBR | 7/10/14 | B | Working Meal (1 person) | 10.00 |
| PBR | 7/10/14 | H | Parking at Ohare | 62.00 |
| PBR | 7/10/14 | F | Mileage to Ohare and back | 33.60 |
| PBR | 7/10/14 | D | Hotel | 263.94 |
| PBR | 7/10/14 | D | Tips | 11.00 |
| PBR | 7/10/14 | B | Travel meal | 4.32 |
| PBR | 7/10/14 | B | Travel meal | 2.87 |
| PBR | 7/14/14 | C | Avis | 271.17 |
| PBR | 7/17/14 | D | Hotel - three nights | 614.35 |
| PBR | 7/16/14 | B | Meal - SW, PR, DL | 127.00 |
| PBR | 7/16/14 | B | Meal - SW & PR | 27.00 |
| PBR | 7/15/14 | A | AA - ORD-DFW | 650.00 |
| PBR | 7/17/14 | B | Travel meal | 17.72 |
| PBR | 7/16/14 | A | AA - DFW-ORD (Bad weather caused flight cancelation) | 653.00 |
| PBR | 7/14/14 | A | AA Change Fee - due to meeting change | 30.00 |
| PBR | 7/13/14 | A | AA Change Fee - due to court objections (flew in on Sunday) | 223.00 |
| PBR | 7/14/14 | A | AA - DFW - ABI | 203.00 |
| PBR | 7/14/14 | B | Working meal (1 person) | 6.00 |
| PBR | 7/13/14 | J | Taxi | 75.00 |
| PBR | 7/13/14 | B | Travel meal | 4.53 |
| PBR | 7/14/14 | D | Hotel - one night | 298.52 |
| PBR | 7/14/14 | B | Travel meal | 8.19 |
| PBR | 7/17/14 | H | Parking at ohare | 145.00 |
| PBR | 7/17/14 | F | Mileage to ohare and back | 33.60 |
| PBR | 7/21/14 | I | WiFi charges | 59.95 |
| PBR | 7/21/14 | A | Airfare Credit | (203.00) |
| PBR | 7/21/14 | A | DFW-ORD | 626.10 |
| PBR | 7/21/14 | J | Taxi | 20.00 |
| PBR | 7/21/14 | J | Taxi to Buckner and back | 40.00 |
| PBR | 7/21/14 | D | DFW-Hotel | 75.00 |
| PBR | 7/22/14 | D | Hotel - two nights | 729.78 |
| PBR | 7/22/14 | H | Parking at ohare | 70.00 |
| PBR | 7/22/14 | H | Mileage to ohare | 33.60 |
| PBR | 7/21/14 | J | Taxi to client meeting | 32.00 |
| PBR | 7/20/14 | B | Travel meal | 17.23 |
| PBR | 7/22/14 | J | Car Svc to DFW | 70.00 |
| PBR | 7/22/14 | B | Working meal (1 person) | 9.00 |
| PBR | 7/22/14 | I | Wireless charges - direct client charges | 100.32 |
| PBR | 7/23/14 | G | Shipping charges for over nighting legal docs | 36.89 |
| PBR | 7/28/14 | A | United - ORD_AUS (AG meeting) | 676.10 |
| PBR | 7/31/14 | G | Shipped Docs | 36.89 |
| PBR | 7/31/14 | A | AA - DFW-ORD (from court hearing) | 432.05 |
| DSM | 7/2/14 | A | Airfare: Flight home from Abilene - one way | 431.00 |
| DSM | 7/2/14 | D | Marriott Courtyard - 2 Nights | 341.21 |

9/18/2014  
Expense Detail

A&M HIG Invoice  
SMRS  
7/1/14 - 7/31/14

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---|
| DSM | 7/2/14 | H | Parking at the Airport | 105.00 |
| DSM | 7/7/14 | A | Airfare: Flight to Abilene - one way | 461.00 |
| DSM | 7/7/14 | F | Mileage to and from Airport (42 miles roundtrip @56.0 cents) | 23.52 |
| DSM | 7/8/14 | B | Dinner at Burger King (3 people) | 20.38 |
| DSM | 7/8/14 | B | Dinner at BW3 (3 people) | 83.14 |
| DSM | 7/10/14 | A | Airfare: Flight to and from Abilene - round trip | 908.50 |
| DSM | 7/10/14 | D | Marriott Courtyard - 3 Nights | 576.08 |
| DSM | 7/10/14 | H | Parking at the Airport | 140.00 |
| DSM | 7/14/14 | B | Dinner at the Airport | 39.05 |
| DSM | 7/14/14 | H | Parking at the Airport | 278.00 |
| DSM | 7/15/14 | B | Working Dinner - three people | 148.73 |
| DSM | 7/17/14 | A | Airfare: Flight home from Abilene - one way | 461.00 |
| DSM | 7/17/14 | D | Hilton Garden Inn - 3 Nights | 548.55 |
| DSM | 7/20/14 | A | Airfare: Flight to Abilene - one way | 531.00 |
| DSM | 7/20/14 | B | Dinner in Dallas | 46.97 |
| DSM | 7/20/14 | J | Taxi to the Airport | 50.00 |
| DSM | 7/20/14 | J | Taxi to Hotel in Dallas | 70.00 |
| DSM | 7/21/14 | B | Working Breakfast | 9.85 |
| DSM | 7/21/14 | D | Hotel - W Dallas - 1 Night | 273.33 |
| DSM | 7/21/14 | J | Taxi from Hotel to Attorneys | 18.00 |
| DSM | 7/21/14 | J | Taxi to Airport in Dallas | 70.00 |
| DSM | 7/24/14 | A | Airfare: Flight to and from Abilene - round trip | 461.60 |
| DSM | 7/24/14 | B | Travel meal at DFW | 24.61 |
| DSM | 7/24/14 | B | Travel dinner at Airport | 49.37 |
| DSM | 7/24/14 | D | Hilton Garden Inn - 3 Nights | 700.35 |
| DSM | 7/24/14 | J | Taxi home from Airport | 50.00 |
| DSM | 7/28/14 | A | Airfare: Flight to Abilene - one way | 651.60 |
| DMS | 7/1/14 | B | Working meal (3 people) | 48.00 |
| DMS | 7/1/14 | D | Hotel at SMRS | 351.95 |
| DMS | 7/2/14 | A | Airfare from SMRS | 490.37 |
| DMS | 7/2/14 | B | Travel meal (DM, DS, SC) | 29.52 |
| DMS | 7/2/14 | B | Dinner at Hotel | 31.32 |
| DMS | 7/2/14 | C | Car Rental SMRS | 197.65 |
| DMS | 7/2/14 | J | Taxi (BWI to Hotel) | 15.00 |
| DMS | 7/3/14 | J | Taxi - Hotel to Train | 35.00 |
| DMS | 7/3/14 | J | Taxi - Train to Home | 58.00 |
| DMS | 7/3/14 | K | Train (BWI - NYC) (DS, SC) | 224.00 |
| DMS | 7/7/14 | B | Dinner (SC, DM, DS) | 75.15 |
| DMS | 7/7/14 | B | Breakfast at Airport | 8.18 |
| DMS | 7/7/14 | D | Hotel at SMRS | 516.22 |
| DMS | 7/7/14 | J | Taxi to Airport | 52.00 |
| DMS | 7/8/14 | B | Working meal (3 people) | 26.59 |
| DMS | 7/9/14 | B | Dinner (SC, DM, DS) | 150.00 |
| DMS | 7/9/14 | B | Travel meal at DFW (DM, DS) | 25.63 |
| DMS | 7/10/14 | A | RT Airfare SMRS | 1,147.50 |
| DMS | 7/10/14 | C | Car Rental at SMRS | 269.58 |
| DMS | 7/10/14 | J | Taxi from ORD | 87.07 |
| DMS | 7/14/14 | A | Airfare to SMRS | 381.00 |
| DMS | 7/14/14 | B | Travel Dinner at Airport | 17.32 |
| DMS | 7/14/14 | D | Hotel at SMRS | 433.86 |
| DMS | 7/14/14 | K | Train to ORD | 15.00 |

9/18/2014  
Expense Detail

**A&M HIG Invoice**  
**SMRS**  
**7/1/14 - 7/31/14**

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---|
| DMS | 7/15/14 | B | Working meal (4 people) | 42.33 |
| DMS | 7/16/14 | B | Breakfast (DM, DS, SC, PR) | 30.71 |
| DMS | 7/16/14 | B | Working meal (3 people) | 28.31 |
| DMS | 7/17/14 | A | Flight from SMRS | 756.50 |
| DMS | 7/17/14 | B | Breakfast (DM, DS, SC) | 24.27 |
| DMS | 7/17/14 | C | Car Rental at SMRS | 481.94 |
| DMS | 7/17/14 | J | Taxi from Airport | 101.00 |
| DMS | 7/21/14 | A | Airfare to SMRS | 493.00 |
| DMS | 7/21/14 | B | Travel Meal | 10.90 |
| DMS | 7/21/14 | D | Hotel Stay SMRS | 452.64 |
| DMS | 7/21/14 | J | Taxi to EWR | 62.00 |
| DMS | 7/22/14 | B | Working meal (3 people) | 44.22 |
| DMS | 7/22/14 | B | Dinner (DS) | 50.00 |
| DMS | 7/23/14 | B | Dinner (DM, DS, SC) | 150.00 |
| DMS | 7/24/14 | A | Flight Home from SMRS | 520.87 |
| DMS | 7/24/14 | C | Car Rental at SMRS | 242.31 |
| DMS | 7/24/14 | J | Taxi Home from EWR | 89.00 |
| SFC | 7/1/14 | B | Breakfast (SFC, DMS, DSM) | 22.95 |
| SFC | 7/1/14 | B | Dinner (SFC, DMS, DSM) | 101.08 |
| SFC | 7/1/14 | D | Hotel Stay | 139.00 |
| SFC | 7/1/14 | D | Hotel Tax | 20.85 |
| SFC | 7/2/14 | A | Flight to NYC | 473.00 |
| SFC | 7/2/14 | B | Breakfast (SFC, DMS, DSM) | 21.06 |
| SFC | 7/2/14 | B | Dinner (SFC) | 24.00 |
| SFC | 7/2/14 | D | Hotel Stay | 170.00 |
| SFC | 7/2/14 | D | Hotel Tax | 22.10 |
| SFC | 7/2/14 | G | Miscellaneous Supplies | 2.17 |
| SFC | 7/2/14 | I | Internet/Online Fees | 17.27 |
| SFC | 7/3/14 | B | Breakfast (SFC, DMS, DSM) | 16.39 |
| SFC | 7/3/14 | J | Taxi from train station | 17.90 |
| SFC | 7/7/14 | A | Flight to SMRS | 513.00 |
| SFC | 7/7/14 | B | Working Meal (2 people) | 31.64 |
| SFC | 7/7/14 | B | Travel Meal (SFC) | 15.71 |
| SFC | 7/7/14 | D | Hotel Stay | 149.00 |
| SFC | 7/7/14 | D | Hotel Tax | 22.35 |
| SFC | 7/7/14 | J | Taxi to Airport | 35.79 |
| SFC | 7/8/14 | B | Breakfast (SFC, DMS, DSM) | 24.04 |
| SFC | 7/8/14 | D | Hotel Stay | 149.00 |
| SFC | 7/8/14 | D | Hotel Tax | 22.35 |
| SFC | 7/9/14 | B | Breakfast (SFC, DMS, DSM) | 26.19 |
| SFC | 7/9/14 | B | Working Meal (3 people) | 54.82 |
| SFC | 7/9/14 | D | Hotel Stay | 149.00 |
| SFC | 7/9/14 | D | Hotel Tax | 22.35 |
| SFC | 7/10/14 | A | Flight to NYC | 503.00 |
| SFC | 7/10/14 | B | Breakfast (SFC, DMS, DSM) | 20.58 |
| SFC | 7/10/14 | B | Travel Meal (SFC) | 12.17 |
| SFC | 7/10/14 | J | Taxi from Airport | 35.78 |
| SFC | 7/14/14 | A | Flight to SMRS | 493.00 |
| SFC | 7/14/14 | B | Travel Meal (SFC) | 6.24 |
| SFC | 7/14/14 | D | Hotel Stay | 109.99 |
| SFC | 7/14/14 | D | Hotel Tax | 16.50 |

9/18/2014  
Expense Detail

**A&M HIG Invoice**  
**SMRS**  
**7/1/14 - 7/31/14**

| Initials | Date | Code | Task Detail | Expenses |
|---|---|---|---|---|
| SFC | 7/14/14 | I | Internet/Online Fees | 7.50 |
| SFC | 7/14/14 | J | Taxi to Airport | 35.70 |
| SFC | 7/15/14 | B | Breakfast (SFC, DMS, DSM) | 29.74 |
| SFC | 7/15/14 | B | Travel Meal (SFC) | 20.72 |
| SFC | 7/15/14 | D | Hotel Stay | 129.00 |
| SFC | 7/15/14 | D | Hotel Tax | 19.35 |
| SFC | 7/16/14 | C | Car Rental | 217.85 |
| SFC | 7/16/14 | D | Hotel Stay | 129.00 |
| SFC | 7/16/14 | D | Hotel Tax | 19.35 |
| SFC | 7/17/14 | A | Flight to NYC | 503.00 |
| SFC | 7/17/14 | B | Dinner (SFC, DMS, DSM) | 150.00 |
| SFC | 7/17/14 | B | Travel Meal (SFC) | 9.99 |
| SFC | 7/17/14 | J | Taxi from Airport | 36.30 |
| SFC | 7/18/14 | B | Breakfast (SFC, DMS, DSM) | 18.89 |
| SFC | 7/21/14 | A | Flight to SMRS | 493.00 |
| SFC | 7/21/14 | B | Dinner (SFC, DMS, DSM) | 132.43 |
| SFC | 7/21/14 | B | Travel Meal (SFC) | 26.90 |
| SFC | 7/21/14 | D | Hotel Stay | 129.99 |
| SFC | 7/21/14 | D | Hotel Tax | 19.50 |
| SFC | 7/21/14 | G | Miscellaneous Supplies | 8.03 |
| SFC | 7/21/14 | J | Taxi to Airport | 39.00 |
| SFC | 7/22/14 | B | Breakfast (SFC, DMS, DSM) | 20.91 |
| SFC | 7/22/14 | B | Dinner (SFC, DSM) | 91.80 |
| SFC | 7/22/14 | D | Hotel Stay | 139.00 |
| SFC | 7/22/14 | D | Hotel Tax | 20.85 |
| SFC | 7/23/14 | B | Breakfast (SFC, DMS, DSM) | 25.50 |
| SFC | 7/23/14 | B | Working Meal (2 people) | 37.57 |
| SFC | 7/23/14 | D | Hotel Stay | 139.00 |
| SFC | 7/23/14 | D | Hotel Tax | 20.85 |
| SFC | 7/24/14 | A | Flight to NYC | 503.00 |
| SFC | 7/24/14 | B | Breakfast (SFC, DMS, DSM) | 24.52 |
| SFC | 7/24/14 | B | Travel Meal (SFC) | 9.24 |
| SFC | 7/24/14 | I | Internet/Online Fees - 30 minutes worth | 8.13 |
| SFC | 7/24/14 | I | Internet/Online Fees - additional 30 minutes worth | 8.13 |
| SFC | 7/24/14 | J | Taxi from Airport | 39.90 |
| KS | 7/1/14 | D | Hotel: Hotel Stay - 2 Nights | 219.00 |
| KS | 7/1/14 | D | Hotel Tax: Hotel Stay - 2 Nights | 28.47 |
| KS | 7/2/14 | D | Hotel Tax: Hotel Stay - 2 Nights | 28.47 |
| KS | 7/2/14 | D | Hotel: Hotel Stay - 2 Nights | 219.00 |
| KS | 7/3/14 | C | Car Rental: Car Rental at Midland Airport | 170.82 |
| KS | 7/12/14 | I | 06/13/14-07/12/14 Wireless Usage Charges | 36.28 |
| | | | Total | $32,611.41 |