**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|   |   |   |
|---|---|---|
| In re: § | CASE NO. 14-32821-sgj11 | |
| § | | |
| **SEARS METHODIST RETIREMENT** § | **CHAPTER 11** | |
| **SYSTEMS, INC.,** *et al.*[1] § | | |
| § | | |
| Debtors. § | Jointly Administered | |
| § | | |

### AFFIDAVIT OF SERVICE

STATE OF ILLINOIS     )
                                    ) ss
COUNTY OF COOK     )

I, Ryan S. Nadick, being duly sworn, depose and state:

1.     I am an Assistant Director with GCG, Inc., the notice, claims and solicitation agent for the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1925, Chicago, Illinois 60603.

2.     On September 23, 2014, at the direction of DLA Piper LLP, Counsel to the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses), and by first class mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties):

---

[1] The debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: Sears Methodist Retirement System, Inc. (6330), Canyons Senior Living, L.P. (8545), Odessa Methodist Housing, Inc. (9569), Sears Brazos Retirement Corporation (8053), Sears Caprock Retirement Corporation (9581), Sears Methodist Centers, Inc. (4917), Sears Methodist Foundation (2545), Sears Panhandle Retirement Corporation (3233), Sears Permian Retirement Corporation (7608), Sears Plains Retirement Corporation (8233), Sears Tyler Methodist Retirement Corporation (0571) and Senior Dimensions, Inc. (4016). The mailing address of each of the debtors, solely for purposes of notices and communications, is 2100 Ross Avenue 21st Floor, c/o Paul Rundell, Dallas, Texas 75201.

- **Monthly Fee Statement of Alvarez & Marsal Healthcare Industry Group, LLC for the Period July 1, 2014 through July 31, 2014** [Docket No. 467].

Ryan S. Nadick

Sworn to before me this 24th day of September, 2014

Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires: December 1, 2014

JEFFREY C DEMMA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 01, 2014

# EXHIBIT A

ALFONSO L. MELENDEZ, P.C.
ATTN: ALFONSO L. MELENDEZ, ESQ.
11335 PELLICANO DR.
EL PASO, TX 79936
email: alfonso@almfirm.com

ATKINS, HOLLMANN, JONES, PEACOCK, LEWIS & LYON
ATTN: AMBER L. JAMES, ESQ.
3800 E. 42ND ST., STE. 500
ODESSA, TX 79762
email: ajames@odessalawfirm.com

BIBBY FINANCIAL SERVICES INC.
ATTN: ANGELA REECE
600 TOWN PARK LANE
SUITE 450
KENNESAW, GA 30144
email: areece@bibbyusa.com

BONTKE BROTHERS CONSTRUCTION COMPANY
ATTN: KENNY BONTKE
102 COLLEGE DR.
ABILENE, TX 79601
email: kbontke@bontkebrothers.com

CARLS MCDONALD & DALRYMPLE LLP
ATTN: NANCY A. SHELLHORSE
BARTON OAKS PLAZA ONE, SUITE 280
901 S. MOPAC EXPRESSWAY
AUSTIN, TX 78746
email: nshellhorse@cmcdlaw.com

CLIFTONLARSONALLEN LLP
ATTN: MICHAEL J. SIEGEL, ESQ.
5001 SPRING VALLEY ROAD
SUITE 600W
DALLAS, TX 75244
email: michael.siegel@claconnect.com

CRITICAL HEALTH CONNECTION INC.
ATTN: TRICIA HAYES
5010 KNICKERBOCKER RD.
SAN ANGELO, TX 76904
email: tricia@chcmedstaff.com

CRITICAL HEALTH CONNECTION, INC.
ATTN: JEFF PEISER, PRESIDENT
5010 KNICKERBOCKER ROAD
SAN ANGELO, TX 76904
email: jeff@chcmedstaff.com

CULHANE MEADOWS PLLC
ATTN: RICHARD G. GRANT, ESQ.
THE CRESCENT, STE. 700
100 CRESCENT COURT
DALLAS, TX 75201
email: rgrant@culhanemeadows.com

CUNNINGHAM DISTRIBUTING INC.
ATTN: JOHN CUNNINGHAM
2015 MILLS STREET
EL PASO, TX 79901
email: cunninghamdist@sbcglobal.net

DENTONS US LLP
ATTN: KATHRYN ASHTON, ESQ.
233 SOUTH WACKER DRIVE
SUITE 7800
CHICAGO, IL 60606
email: kathryn.ashton@dentons.com

DIAMOND MCCARTHY LLP
ATTN: CHARLES M. RUBIO, ESQ.
909 FANNIN ST., 15TH FL.
TWO HOUSTON CENTER
HOUSTON, TX 77010
email: CRUBIO@DIAMONDMCCARTHY.COM

DIAMOND MCCARTHY LLP
ATTN: KYUNG S. LEE, ESQ.
909 FANNIN ST.,15TH FL.
TWO HOUSTON CENTER
HOUSTON, TX 77010
email: KLEE@DIAMONDMCCARTHY.COM

DIANA MCIVER & ASSOCIATES INC.
ATTN: JANINE SISAK
4101 PARKSTONE HEIGHTS DRIVE
SUITE 310
AUSTIN, TX 78746
email: janines@dmacompanies.com; info@mciver.com

DUANE MORRIS LLP
ATTN: JOHN ROBERT WEISS, ESQ.
190 S. LASALLE ST., STE. 3700
CHICAGO, IL 60603
email: jrweiss@duanemorris.com

DUANE MORRIS LLP
ATTN: ROSANNE CIAMBRONE, ESQ.
190 S. LASALLE ST., STE. 3700
CHICAGO, IL 60603
email: rciambrone@duanemorris.com

EL PASO ELECTRIC COMPANY
ATTN: MARYLOU ROMERO
100 N. STANTON
EL PASO, TX 79901
email: Marylou.romero@epelectric.com

EVANS PHARMACY
ATTN: BENTLY HAWLEY
310 DOTTSY AVE.
ODESSA, TX 79763
email: Rahawley13@cs.com

GCG, INC.
ATTN: NINA BRODY
190 S. LASALLE STREET
SUITE 1925
CHICAGO, IL 60603
email: nina.brody@gcginc.com

GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.
ATTN: BRIAN T. CUMINGS, ESQ.
401 CONGRESS AVE., STE. 2200
AUSTIN, TX 78701
email: bcumings@gdhm.com

GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.
ATTN: JAMES V. HOEFFNER, ESQ.
401 CONGRESS AVE., STE. 2200
AUSTIN, TX 78701
email: JHOEFFNER@GDHM.COM

GRAY REED & MCGRAW, P.C.
ATTN: JASON S. BROOKNER, ESQ.
1601 ELM ST., STE 4600
DALLAS, TX 75201
email: jbrookner@grayreed.com

GRAY REED & MCGRAW, P.C.
ATTN: LYDIA R. WEBB, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201
email: lwebb@grayreed.com

GRAY REED & MCGRAW, P.C.
ATTN: MICHEAL W. BISHOP, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201
email: mbishop@grayreed.com

GREENBERG TRAURIG, LLP
ATTN: BRYAN L. ELWOOD, ESQ.
2200 ROSS AVE., STE. 5200
DALLAS, TX 75201
email: elwoodb@gtlaw.com

GREENBERG TRAURIG, LLP
ATTN: CLIFTON R. JESSUP, JR., ESQ.
2200 ROSS AVE., STE. 5200
DALLAS, TX 75201
email: jessupc@gtlaw.com

GREENBERG TRAURIG, LLP
ATTN: DAVID D. CLEARY, ESQ.
2375 E. CAMELBACK RD., STE 700
PHOENIX, AZ 85016
email: CLEARYD@GTLAW.COM

GREENBERG TRAURIG, LLP
ATTN: NANCY A. PETERMAN, ESQ.
77 W. WACKER DR., STE. 3100
CHICAGO, IL 60601
email: petermann@gtlaw.com

| | |
|---|---|
| HEALTHMEDX LLC<br>ATTN: DAN DUNCAN<br>5100 N. TOWNE CENTRE DR.<br>OZARK, MO 65721<br>email: DAN.DUNCAN@HEALTHMEDX.COM | HUSCH BLACKWELL LLP<br>ATTN: KELL MERCER<br>111 CONGRESS AVENUE<br>SUITE 1400<br>AUSTIN, TX 78701-4093<br>email: Kell.Mercer@huschblackwell.com |
| JENNIFER J. YOUNG<br>RESIDENT AT MEADOW LAKE<br>15811 ROLLING GREEN COVE<br>TYLER, TX 75703<br>email: jenniferyoung@jenniferyoungmail.com | JOEL K NAIL<br>RESIDENT OF WESLEY COURT<br>6525 LINCOLNSHIRE WAY<br>ABILENE, TX 79606<br>email: Joel.nail@yahoo.com |
| KATTEN MUCHIN ROSENMAN LLP<br>ATTN: PETER A. SIDDIQUI, ESQ.<br>525 W. MONROE ST.<br>CHICAGO, IL 60661-3693<br>email: peter.siddiqui@kattenlaw.com | KNIGHT CARPET & FLOORING<br>ATTN: PAIGE WATTS<br>3401 NORTH FIRST STREET<br>ABILENE, TX 79603<br>email: paige@knightcarpet.com |
| LAW OFFICE OF DICK HARRIS, P.C.<br>ATTN: DICK HARRIS, ESQ.<br>PO BOX 3835<br>ABILENE, TX 79604<br>email: dharris_law_firm@swbell.net | LAW OFFICES OF JUDITH W. ROSS<br>ATTN: ERIC SODERLUND, ESQ.<br>700 N. PEARL ST., STE. 1610<br>DALLAS, TX 75201<br>email: eric.soderlund@judithwross.com |
| LAW OFFICES OF JUDITH W. ROSS<br>ATTN: JUDITH W. ROSS, ESQ.<br>700 N. PEARL ST., STE. 1610<br>DALLAS, TX 75201<br>email: Judith.ross@judithwross.com | LAW OFFICES OF JUDITH W. ROSS<br>ATTN: NEIL J. ORLEANS, ESQ.<br>700 N. PEARL ST., STE. 1610<br>DALLAS, TX 75201<br>email: Neil.orleans@judithwross.com |
| LAW OFFICES OF K. KENNETH KOTLER<br>ATTN: K. KENNETH KOTLER, ESQ.<br>1901 AVENUE OF THE STARS, STE. 1100<br>LOS ANGELES, CA 90067<br>email: kotler@kenkotler.com | LIFE CARE SERVICES LLC<br>ATTN: ED KENNY, PRESIDENT<br>CAPITAL SQUARE<br>400 LOCUST ST., STE. 820<br>DES MOINES, IA 50309-2334<br>email: kenny@lcsnet.com |
| LIFE CARE SERVICES LLC<br>ATTN: JOEL D. NELSON, VICE PRESIDENT<br>CAPITAL SQUARE<br>400 LOCUST, STE. 820<br>DES MOINES, IA 50309-2334<br>email: info@lcsnet.com | LIFE CARE SERVICES LLC<br>C/O HINCKLEY ALLEN<br>ATTN: WILLIAM S. FISH JR.<br>20 CHURCH STREET<br>HARTFORD, CT 06103<br>email: wfish@hinckleyallen.com |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: LAURIE SPINDLER HUFFMAN, ESQ.
2777 N. STEMMONS FREEWAY, STE. 1000
DALLAS, TX 75207
email: dallas.bankruptcy@publicans.com

MAYFIELD PAPER
ATTN: JILL MONTOYA
1115 SOUTH HILL STREET
SAN ANGELO, TX 76903
email: info@mayfieldpaper.com; jmontoya@mayfieldpaper.com

MAYFIELD PAPER COMPANY
ATTN: JILL MONTOYA
PO BOX 3889
SAN ANGELO, TX 76902
email: jmontoya@mayfieldpaper.com

MCCALL, PARKHURST & HORTON L.L.P.
ATTN: L.E. (TED) BRIZZOLARA, III
717 NORTH HARWOOD
SUITE 900
DALLAS, TX 75201
email: tbrizzolara@mphlegal.com

MCCALL, PARKHURST & HORTON LLP
ATTN: L.E. (TED) BRIZZOLARA, III
717 NORTH HARWOOD
9TH FLOOR
DALLAS, TX 75201
email: tbrizzolara@mphlegal.com

MCDERMOTT WILL & EMERY LLP
ATTN: MEGAN M. PREUSKER, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096
email: mpreusker@mwe.com

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096
email: ncoco@mwe.com

MCDERMOTT WILL & EMERY LLP
ATTN: WILLIAM P. SMITH, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096
email: WSMITH@MWE.COM

MCKESSON MEDICAL SURGICAL
CORPORATE HEADQUARTERS
ATTN: DEBBIE CLARKE
8741 LANDMARK RD.
RICHMOND, VA 23228
email: Debbie.Clarke@McKesson.com

MCKESSON MEDICAL SURGICAL INC.
ATTN: MELANIE BREWER, CREDIT MANAGER
4345 SOUTHPOINT BLVD.
JACKSONVILLE, FL 32216
email: mbrewer@pssd.com

MCWHORTER, COBB & JOHNSON, LLP
ATTN: R. MICHAEL MCCAULEY, JR., ESQ.
PO BOX 2547
LUBBOCK, TX 79408
email: mccauley@mcjllp.com

MCWHORTER, COBB & JOHNSON, LLP
ATTN: TODD J. JOHNSTON, ESQ.
PO BOX 2547
LUBBOCK, TX 79408
email: tjohnston@mcjllp.com

MEDLINE INDUSTRIES INC.
ATTN: TONY RUSSO
ONE MEDLINE PLACE
MUNDELEIN, IL 60060
email: arusso@medline.com

MESCH, CLARK & ROTHSCHILD PC.
ATTN: SUSAN N. GOODMAN ESQ.
259 N. MEYER AVE.
TUCSON, AZ 85701
email: sgoodman@mcrazlaw.com

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
ATTN: RICHARD H. MOCHE
ONE FINANCIAL CENTER
BOSTON, MA 02111
email: RMoche@mintz.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C
ATTN: CHARLES W. AZANO, ESQ.
ONE FINANCIAL CTR.
BOSTON, MA 02111
email: cazano@mintz.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C
ATTN: DANIEL S. BLECK, ESQ.
ONE FINANCIAL CTR.
BOSTON, MA 02111
email: dbleck@mintz.com

MULLIN HOARD & BROWN, LLP
ATTN: ALYSIA CORDOVA, ESQ.
PO BOX 31656
AMARILLO, TX 79120-1656
email: acordova@mhba.com

MULLIN HOARD & BROWN, LLP
ATTN: DON D. SUNDERLAND, ESQ.
PO BOX 31656
AMARILLO, TX 79120-1656
email: DSUNDERL@MHBA.COM

MUNSCH HARDT KOPF & HARR PC
ATTN: KEVIN M. LIPPMAN, ESQ.
500 N. AKARD ST., STE. 3800
DALLAS, TX 75201-6659
email: KLIPPMAN@MUNSCH.COM

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: JOE E. MARSHALL, ESQ.
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201
email: jmarshall@munsch.com

MUNSCH, HARDT, KOPF & HARR P.C.
ATTN: THOMAS DANIEL BERGHMAN
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201
email: tberghman@munsch.com

NAMAN HOWELL SMITH & LEE, PLLC
ATTN:  DAVID L. LEBAS, ESQ.
8310 N. CAPITAL OF TEXAS HWY, STE. 490
AUSTIN, TX 78731
email: dlebas@namanhowell.com; koswald@namanhowell.com

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ATTN:  GREG ABBOTT
300 W. 15TH STREET
AUSTIN, TX 78701
email: greg.abbott@texasattorneygeneral.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ATTN: WILLIAM A. FRAZELL, ASSISTANT AG
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548
email: bill.frazell@texasattorneygeneral.gov

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DONNA K. WEBB, AUSA
BURNETT PLAZA, STE. 1700
801 CHERRY ST., UNIT 4
FORT WORTH, TX 76102-6882
email: DONNA.WEBB@USDOJ.GOV

OMNICARE OF FT. WORTH
OMNICARE, INC.
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202
email: tammy.kolde@omnicare.com

OMNICARE, INC.
ATTN: BANKRUPTCY DEPARTMENT
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202
email: tammy.kolde@omnicare.com

| | |
|---|---|
| OMNICARE-APS LUBBOCK<br>OMNICARE PHARMACY SERVICES<br>900 OMNICARE CENTER<br>201 E. FOURTH STREET<br>CINCINNATI, OH 45202<br>email: tammy.kolde@omnicare.com | PETER G. MILNE, PC<br>ATTN: PETER G. MILNE, ESQ.<br>327 W. HOUSTON ST.<br>TYLER, TX 75702<br>email: PMILNE@TYLERTAXLAW.COM |
| PRUDENTIAL HUNTOON PAIGE ASSOCIATES, LTD.<br>PRUDENTIAL ASSET RESOURCES<br>ATTN: FHA LOAN ADMINISTRATION<br>2100 ROSS AVENUE<br>SUITE 2500<br>DALLAS, TX 75201<br>email: paige.warren@prudential.com | SEA ISLE CORPORATION<br>ATTN: BILL HALPEM<br>5447 GUARINO RD.<br>PITTSBURGH, PA 15217<br>email: SeaisleCo@aol.com |
| SEARS METHODIST RETIREMENT SYSTEM, INC.<br>ATTN: KATHLEEN M. LEEDY<br>VICE PRESIDENT OF PROJECT MANAGEMENT<br>1114 LOST CREEK BOULEVARD, SUITE 210<br>AUSTIN, TX 78746-6318<br>email: KMLeedy@Sears-Methodist.com | SELECT MEDICAL INC.<br>ATTN: BURDINE PUCYLOWSKI<br>V.P. OF BUSINESS DEVELOPMENT<br>4025 TAMPA ROAD, SUITE 1106<br>OLDSMAR, FL 34677<br>email: bpucylowski@selectmedical.com |
| SELECT MEDICAL REHABILITATION SERVICES<br>ATTN: LISA CUTRELL<br>4025 TAMPA RD., SUITE 1106<br>OLDSMAR, FL 34677<br>email: lcutrell@selectmedical.com | SPROUSE SHRADER SMITH PLLC<br>ATTN: JOHN MASSOUH, ESQ.<br>701 S. TAYLOR, STE 500<br>PO BOX 15008<br>AMARILLO, TX 79105-5008<br>email: john.massouh@sprouselaw.com |
| SUMMIT LITHO, INC.<br>ATTN: MARK DAVIS<br>1807 SW MARKET STREET<br>LEES SUMMIT, MO 64082-2319<br>email: mark@summitlitho.com | SUSAN B. HERSH, P.C.<br>ATTN: SUSAN B. HERSH, ESQ.<br>12770 COIT RD., STE. 1100<br>DALLAS, TX 75251<br>email: susan@susanbhershpc.com |
| SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVE., STE. 1120<br>MIAMI, FL 33131-1605<br>email: claims@recoverycorp.com | SYSCO USAI INC.<br>ATTN: JIM BECK<br>SENIOR DIRECTOR CREDIT RISK DEPARTMENT<br>1390 ENCLAVE PARKWAY<br>HOUSTON, TX 77077<br>email: beck.james@corp.sysco.com |
| TEXAS ATTORNEY GENERAL'S OFFICE<br>ATTN: J. CASEY ROY, ESQ.<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548- MC 008<br>AUSTIN, TX 78711-2548<br>email: CASEY.ROY@TEXASATTORNEYGENERAL.GOV | TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS<br>ATTN: LEEANN CHANCE, ASSET MANAGER<br>221 EAST 11TH STREET<br>AUSTIN, TX 78701-2410<br>email: leeann.chance@tdhca.state.tx.us |

| | |
|---|---|
| TEXAS METHODIST FOUNDATION<br>ATTN: TERRI HARNISH<br>11709 BOULDER LANE<br>SUITE 100<br>AUSTIN, TX 78726-1808<br>email: tharnish@tmf-fdn.org | TEXAS METHODIST FOUNDATION<br>C/O HUSCH BLACKWELL LLP<br>ATTN: KELL MERCER<br>111 CONGRESS AVENUE, SUITE 1400<br>AUSTIN, TX 78701-4093<br>email: Kell.Mercer@huschblackwell.com |
| TEXAS TECH UNIVERSITY SYSTEM<br>ATTN:  JOHN HUFFAKER - GENERAL COUNSEL<br>PO BOX 42021<br>LUBBOCK, TX 79409<br>email: john.huffaker@ttu.edu | TEXAS TECH UNIVERSITY SYSTEM<br>ATTN: SHEILA KIDWELL, GENERAL COUNSEL<br>PO BOX 42021<br>LUBBOCK, TX 79409<br>email: Sheila.kidwell@ttu.edu |
| U.S. DEPT OF HOUSING AND URBAN DEVELOPMENT<br>ATTN: KIM MAYFIELD, ENFORCEMENT ATTORNEY<br>DEPARTMENTAL ENFORCEMENT CENTER<br>801 CHERRY STREET, SUITE 2500<br>FORT WORTH, TX 76012<br>email: Kimberly.P.Mayfield@hud.gov | UMB BANK, N.A.<br>ATTN:  LORNA GLEASON<br>CORPORATE TRUST SERVICES<br>120 SOUTH SIXTH STREET<br>#1400<br>MINNEAPOLIS, MN 55402<br>email: LORNA.GLEASON@UMB.COM |
| UNDERWOOD LAW FIRM, P.C.<br>ATTN:  ROGER S. COX, ESQ.<br>PO BOX 9158<br>AMARILLO, TX 79105-9158<br>email: roger.cox@uwlaw.com | WICK PHILLIPS GOULD & MARTIN, LLP<br>ATTN: JONATHAN S. COVIN, ESQ.<br>3131 MCKINNEY AVE., STE. 100<br>DALLAS, TX 75204<br>email: jonathan.covin@wickphillips.com |
| WICK PHILLIPS GOULD & MARTIN, LLP<br>ATTN: SHAYLA L. FRIESEN, ESQ.<br>3131 MCKINNEY AVE., STE. 100<br>DALLAS, TX 75204<br>email: shayla.friesen@wickphillips.com | WRIGHT GINSBERG BRUSILOW P.C.<br>ATTN: C. ASHLEY ELLIS, ESQ.<br>14755 PRESTON RD., STE. 600<br>DALLAS, TX 75254<br>email: bankruptcy@wgblawfirm.com |
| WRIGHT GINSBERG BRUSILOW P.C.<br>ATTN: FRANK J. WRIGHT, ESQ.<br>14755 PRESTON RD., STE. 600<br>DALLAS, TX 75254<br>email: bankruptcy@wgblawfirm.com | |

# **EXHIBIT B**

| | |
|---|---|
| ALFONSO L. MELENDEZ, P.C.<br>ATTN: ALFONSO L. MELENDEZ, ESQ.<br>11335 PELLICANO DR.<br>EL PASO, TX 79936 | AMERICAN STATE BANK<br>ATTN: DEBBIE KNIGHT<br>1401 AVENUE Q<br>LUBBOCK, TX 79401 |
| ATKINS, HOLLMANN, JONES, PEACOCK, LEWIS & LYON<br>ATTN: AMBER L. JAMES, ESQ.<br>3800 E. 42ND ST., STE. 500<br>ODESSA, TX 79762 | BEN E. KEITH<br>2300 NORTH LAKESIDE DRIVE<br>AMARILLO, TX 79108 |
| BEN E. KEITH<br>7001 WILL ROGERS BLVD.<br>FORT WORTH, TX 76140 | BEN E. KEITH<br>ATTN: LEGAL<br>PO BOX 2628<br>FORT WORTH, TX 76113 |
| BIBBY FINANCIAL SERVICES INC.<br>ATTN: ANGELA REECE<br>600 TOWN PARK LANE<br>SUITE 450<br>KENNESAW, GA 30144 | BONTKE BROTHERS CONSTRUCTION COMPANY<br>ATTN: KENNY BONTKE<br>102 COLLEGE DR.<br>ABILENE, TX 79601 |
| BONTKE BROTHERS CONSTRUCTION COMPANY<br>PO BOX 2896<br>ABILENE, TX 79604-2896 | CARLS MCDONALD & DALRYMPLE LLP<br>ATTN: NANCY A. SHELLHORSE<br>BARTON OAKS PLAZA ONE, SUITE 280<br>901 S. MOPAC EXPRESSWAY<br>AUSTIN, TX 78746 |
| CLIFTONLARSONALLEN LLP<br>ATTN: MICHAEL J. SIEGEL, ESQ.<br>5001 SPRING VALLEY ROAD<br>SUITE 600W<br>DALLAS, TX 75244 | CMS RO - CENTERS FOR MEDICARE &<br>MEDICAID SERVICES REGIONAL OFFICE<br>1301 YOUNG STREET<br>RM. 714<br>DALLAS, TX 75202 |
| CRITICAL HEALTH CONNECTION INC.<br>ATTN: TRICIA HAYES<br>5010 KNICKERBOCKER RD.<br>SAN ANGELO, TX 76904 | CRITICAL HEALTH CONNECTION, INC.<br>ATTN: JEFF PEISER, PRESIDENT<br>5010 KNICKERBOCKER ROAD<br>SAN ANGELO, TX 76904 |
| CULHANE MEADOWS PLLC<br>ATTN: RICHARD G. GRANT, ESQ.<br>THE CRESCENT, STE. 700<br>100 CRESCENT COURT<br>DALLAS, TX 75201 | CUNNINGHAM DISTRIBUTING INC.<br>ATTN: JOHN CUNNINGHAM<br>2015 MILLS STREET<br>EL PASO, TX 79901 |
| DAVIS BROWN LAW FIRM<br>215 10TH STREET<br>SUITE 1300<br>DES MOINES, IA 50309 | DENTONS US LLP<br>ATTN: KATHRYN ASHTON, ESQ.<br>233 SOUTH WACKER DRIVE<br>SUITE 7800<br>CHICAGO, IL 60606 |
| DEPARTMENT OF VETERAN'S AFFAIRS<br>REGIONAL OFFICE, FINANCE SECTION (24)<br>ONE VETERANS PLAZA<br>701 CLAY AVENUE<br>WACO, TX 76799 | DIAMOND MCCARTHY LLP<br>ATTN: CHARLES M. RUBIO, ESQ.<br>909 FANNIN ST., 15TH FL.<br>TWO HOUSTON CENTER<br>HOUSTON, TX 77010 |

| | |
|---|---|
| DIAMOND MCCARTHY LLP<br>ATTN: KYUNG S. LEE, ESQ.<br>909 FANNIN ST.,15TH FL.<br>TWO HOUSTON CENTER<br>HOUSTON, TX 77010 | DIANA MCIVER & ASSOCIATES INC.<br>ATTN: JANINE SISAK<br>4101 PARKSTONE HEIGHTS DRIVE<br>SUITE 310<br>AUSTIN, TX 78746 |
| DIRECT SUPPLY, INC.<br>ATTN: KURT POLUCEK<br>6767 N. INDUSTRIAL ROAD<br>MILWAUKEE, WI 53223 | DIRECT SUPPLY, INC.<br>PO BOX 88201<br>MILWAUKEE, WI 53288-0201 |
| DUANE MORRIS LLP<br>ATTN: JOHN ROBERT WEISS, ESQ.<br>190 S. LASALLE ST., STE. 3700<br>CHICAGO, IL 60603 | DUANE MORRIS LLP<br>ATTN: ROSANNE CIAMBRONE, ESQ.<br>190 S. LASALLE ST., STE. 3700<br>CHICAGO, IL 60603 |
| EL PASO ELECTRIC COMPANY<br>ATTN: MARYLOU ROMERO<br>100 N. STANTON<br>EL PASO, TX 79901 | ETMC FIRST PHYSICIANS<br>PO BOX 9477<br>TYLER, TX 75713-1027 |
| EVANS PHARMACY<br>ATTN: BENTLY HAWLEY<br>310 DOTTSY AVE.<br>ODESSA, TX 79763 | GCG, INC.<br>ATTN: NINA BRODY<br>190 S. LASALLE STREET<br>SUITE 1925<br>CHICAGO, IL 60603 |
| GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.<br>ATTN: BRIAN T. CUMINGS, ESQ.<br>401 CONGRESS AVE., STE. 2200<br>AUSTIN, TX 78701 | GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.<br>ATTN: JAMES V. HOEFFNER, ESQ.<br>401 CONGRESS AVE., STE. 2200<br>AUSTIN, TX 78701 |
| GRAY REED & MCGRAW, P.C.<br>ATTN: JASON S. BROOKNER, ESQ.<br>1601 ELM ST., STE 4600<br>DALLAS, TX 75201 | GRAY REED & MCGRAW, P.C.<br>ATTN: LYDIA R. WEBB, ESQ.<br>1601 ELM ST., STE. 4600<br>DALLAS, TX 75201 |
| GRAY REED & MCGRAW, P.C.<br>ATTN: MICHEAL W. BISHOP, ESQ.<br>1601 ELM ST., STE. 4600<br>DALLAS, TX 75201 | GREENBERG TRAURIG, LLP<br>ATTN: BRYAN L. ELWOOD, ESQ.<br>2200 ROSS AVE., STE. 5200<br>DALLAS, TX 75201 |
| GREENBERG TRAURIG, LLP<br>ATTN: CLIFTON R. JESSUP, JR., ESQ.<br>2200 ROSS AVE., STE. 5200<br>DALLAS, TX 75201 | GREENBERG TRAURIG, LLP<br>ATTN: DAVID D. CLEARY, ESQ.<br>2375 E. CAMELBACK RD., STE 700<br>PHOENIX, AZ 85016 |
| GREENBERG TRAURIG, LLP<br>ATTN: NANCY A. PETERMAN, ESQ.<br>77 W. WACKER DR., STE. 3100<br>CHICAGO, IL 60601 | HEALTHMEDX LLC<br>ATTN: DAN DUNCAN<br>5100 N. TOWNE CENTRE DR.<br>OZARK, MO 65721 |

| | |
|---|---|
| HFDC OF CENTRAL TEXAS, INC.<br>ATTN: PRESIDENT<br>118 MAGNOLIA AVENUE<br>HUBBARD, TX 76648 | HUSCH BLACKWELL LLP<br>ATTN: KELL MERCER<br>111 CONGRESS AVENUE<br>SUITE 1400<br>AUSTIN, TX 78701-4093 |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES-INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JENNIFER J. YOUNG<br>RESIDENT AT MEADOW LAKE<br>15811 ROLLING GREEN COVE<br>TYLER, TX 75703 |
| JOEL K NAIL<br>RESIDENT OF WESLEY COURT<br>6525 LINCOLNSHIRE WAY<br>ABILENE, TX 79606 | KATTEN MUCHIN ROSENMAN LLP<br>ATTN: PETER A. SIDDIQUI, ESQ.<br>525 W. MONROE ST.<br>CHICAGO, IL 60661-3693 |
| KNIGHT CARPET & FLOORING<br>ATTN: PAIGE WATTS<br>3401 NORTH FIRST STREET<br>ABILENE, TX 79603 | LAW OFFICE OF DICK HARRIS, P.C.<br>ATTN: DICK HARRIS, ESQ.<br>PO BOX 3835<br>ABILENE, TX 79604 |
| LAW OFFICES OF JUDITH W. ROSS<br>ATTN: ERIC SODERLUND, ESQ.<br>700 N. PEARL ST., STE. 1610<br>DALLAS, TX 75201 | LAW OFFICES OF JUDITH W. ROSS<br>ATTN: JUDITH W. ROSS, ESQ.<br>700 N. PEARL ST., STE. 1610<br>DALLAS, TX 75201 |
| LAW OFFICES OF JUDITH W. ROSS<br>ATTN: NEIL J. ORLEANS, ESQ.<br>700 N. PEARL ST., STE. 1610<br>DALLAS, TX 75201 | LAW OFFICES OF K. KENNETH KOTLER<br>ATTN: K. KENNETH KOTLER, ESQ.<br>1901 AVENUE OF THE STARS, STE. 1100<br>LOS ANGELES, CA 90067 |
| LIFE CARE SERVICES LLC<br>ATTN: ED KENNY, PRESIDENT<br>CAPITAL SQUARE<br>400 LOCUST ST., STE. 820<br>DES MOINES, IA 50309-2334 | LIFE CARE SERVICES LLC<br>ATTN: JOEL D. NELSON, VICE PRESIDENT<br>CAPITAL SQUARE<br>400 LOCUST, STE. 820<br>DES MOINES, IA 50309-2334 |
| LIFE CARE SERVICES LLC<br>C/O HINCKLEY ALLEN<br>ATTN: WILLIAM S. FISH JR.<br>20 CHURCH STREET<br>HARTFORD, CT 06103 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: LAURIE SPINDLER HUFFMAN, ESQ.<br>2777 N. STEMMONS FREEWAY, STE. 1000<br>DALLAS, TX 75207 |
| LOWES BUSINESS ACCOUNT<br>LOWE'S COMPANIES, INC.<br>1000 LOWE'S BLVD.<br>MOORESVILLE, NC 28117 | MCCALL, PARKHURST & HORTON L.L.P.<br>ATTN: L.E. (TED) BRIZZOLARA, III<br>717 NORTH HARWOOD<br>SUITE 900<br>DALLAS, TX 75201 |
| MCCALL, PARKHURST & HORTON LLP<br>ATTN: L.E. (TED) BRIZZOLARA, III<br>717 NORTH HARWOOD<br>9TH FLOOR<br>DALLAS, TX 75201 | MCDERMOTT WILL & EMERY LLP<br>ATTN: MEGAN M. PREUSKER, ESQ.<br>227 WEST MONROE ST.<br>CHICAGO, IL 60606-5096 |

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, ESQ.<br>227 WEST MONROE ST.<br>CHICAGO, IL 60606-5096 | MCDERMOTT WILL & EMERY LLP<br>ATTN: WILLIAM P. SMITH, ESQ.<br>227 WEST MONROE ST.<br>CHICAGO, IL 60606-5096 |
| MCKESSON MEDICAL SURGICAL<br>CORPORATE HEADQUARTERS<br>ATTN: DEBBIE CLARKE<br>8741 LANDMARK RD.<br>RICHMOND, VA 23228 | MCKESSON MEDICAL SURGICAL INC.<br>ATTN: MELANIE BREWER, CREDIT MANAGER<br>4345 SOUTHPOINT BLVD.<br>JACKSONVILLE, FL 32216 |
| MCWHORTER, COBB & JOHNSON, LLP<br>ATTN: R. MICHAEL MCCAULEY, JR., ESQ.<br>PO BOX 2547<br>LUBBOCK, TX 79408 | MCWHORTER, COBB & JOHNSON, LLP<br>ATTN: TODD J. JOHNSTON, ESQ.<br>PO BOX 2547<br>LUBBOCK, TX 79408 |
| MEDLINE INDUSTRIES INC.<br>ATTN: TONY RUSSO<br>ONE MEDLINE PLACE<br>MUNDELEIN, IL 60060 | MESCH, CLARK & ROTHSCHILD PC.<br>ATTN: SUSAN N. GOODMAN ESQ.<br>259 N. MEYER AVE.<br>TUCSON, AZ 85701 |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.<br>ATTN: RICHARD H. MOCHE<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C<br>ATTN: CHARLES W. AZANO, ESQ.<br>ONE FINANCIAL CTR.<br>BOSTON, MA 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C<br>ATTN: DANIEL S. BLECK, ESQ.<br>ONE FINANCIAL CTR.<br>BOSTON, MA 02111 | MULLIN HOARD & BROWN, LLP<br>ATTN: ALYSIA CORDOVA, ESQ.<br>PO BOX 31656<br>AMARILLO, TX 79120-1656 |
| MULLIN HOARD & BROWN, LLP<br>ATTN: DON D. SUNDERLAND, ESQ.<br>PO BOX 31656<br>AMARILLO, TX 79120-1656 | MUNSCH HARDT KOPF & HARR PC<br>ATTN: KEVIN M. LIPPMAN, ESQ.<br>500 N. AKARD ST., STE. 3800<br>DALLAS, TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR, P.C.<br>ATTN: JOE E. MARSHALL, ESQ.<br>3800 ROSS TOWER<br>500 N. AKARD ST.<br>DALLAS, TX 75201 | MUNSCH, HARDT, KOPF & HARR P.C.<br>ATTN: THOMAS DANIEL BERGHMAN<br>3800 ROSS TOWER<br>500 N. AKARD ST.<br>DALLAS, TX 75201 |
| NAMAN HOWELL SMITH & LEE, PLLC<br>ATTN: DAVID L. LEBAS, ESQ.<br>8310 N. CAPITAL OF TEXAS HWY, STE. 490<br>AUSTIN, TX 78731 | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ATTN: GREG ABBOTT<br>300 W. 15TH STREET<br>AUSTIN, TX 78701 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ATTN: WILLIAM A. FRAZELL, ASSISTANT AG<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>BANKRUPTCY-COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 |

| | |
|---|---|
| OFFICE OF THE UNITED STATES ATTORNEY<br>ATTN: DONNA K. WEBB, AUSA<br>BURNETT PLAZA, STE. 1700<br>801 CHERRY ST., UNIT 4<br>FORT WORTH, TX 76102-6882 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: NANCY S. RESNICK<br>1100 COMMERCE STREET, ROOM 976<br>DALLAS, TX 75242-1699 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: WILLIAM T. NEARY<br>1100 COMMERCE STREET, ROOM 976<br>DALLAS, TX 75245-1699 | OMNICARE OF FT. WORTH<br>OMNICARE, INC.<br>900 OMNICARE CENTER<br>201 E. FOURTH STREET<br>CINCINNATI, OH 45202 |
| OMNICARE, INC.<br>ATTN: BANKRUPTCY DEPARTMENT<br>900 OMNICARE CENTER<br>201 E. FOURTH STREET<br>CINCINNATI, OH 45202 | OMNICARE-APS LUBBOCK<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 715276<br>COLUMBUS, OH 43271-5276 |
| OMNICARE-APS LUBBOCK<br>OMNICARE PHARMACY SERVICES<br>900 OMNICARE CENTER<br>201 E. FOURTH STREET<br>CINCINNATI, OH 45202 | PETER G. MILNE, PC<br>ATTN: PETER G. MILNE, ESQ.<br>327 W. HOUSTON ST.<br>TYLER, TX 75702 |
| PROSPERITY BANK<br>ATTN: DEBBIE KNIGHT<br>VICE PRESIDENT<br>620 NORTH GRANT #234<br>ODESSA, TX 79761 | PRUDENTIAL HUNTOON PAIGE ASSOCIATES, LTD.<br>PRUDENTIAL ASSET RESOURCES<br>ATTN: FHA LOAN ADMINISTRATION<br>2100 ROSS AVENUE<br>SUITE 2500<br>DALLAS, TX 75201 |
| RED RIVER HEALTH FACILITIES DEVELOPMENT CORP.<br>C/O CITY OF WINDTHORST<br>ATTN: CITY SECRETARY<br>PO BOX 128<br>WINDTHORST, TX 76389 | RED RIVER HEALTH FACILITIES DEVELOPMENT CORP.<br>C/O CITY OF WINDTHORST<br>NUMBER 1 MUNCHRATH ROAD<br>WINDTHORST, TX 76389 |
| RITCHESON, LAUFFER & VINCENT, P.C.<br>ATTN: CHARLES E. LAUFFER, JR., ESQ.<br>TWO AMERICAN CTR.<br>821 ESE LOOP 323, STE.530<br>TYLER, TX 75701 | SANTANDER BANK, N.A.<br>ATTN: DAVID GRISHMAN<br>VP- DEBT MANAGEMENT AND RECOVERY<br>MAIL CODE: MA1-MB2-0217<br>TWO MORRISSEY BLVD.<br>DORCHESTER, MA 02125 |
| SEA ISLE CORPORATION<br>ATTN: BILL HALPEM<br>5447 GUARINO RD.<br>PITTSBURGH, PA 15217 | SEARS METHODIST RETIREMENT SYSTEM, INC.<br>ATTN: KATHLEEN M. LEEDY<br>VICE PRESIDENT OF PROJECT MANAGEMENT<br>1114 LOST CREEK BOULEVARD, SUITE 210<br>AUSTIN, TX 78746-6318 |
| SELECT MEDICAL INC.<br>ATTN: BURDINE PUCYLOWSKI<br>V.P. OF BUSINESS DEVELOPMENT<br>4025 TAMPA ROAD, SUITE 1106<br>OLDSMAR, FL 34677 | SELECT MEDICAL REHABILITATION SERVICES<br>4714 GETTYSBURG ROAD<br>MECHANICSBURG, PA 17055 |
| SELECT MEDICAL REHABILITATION SERVICES<br>ATTN: LISA CUTRELL<br>4025 TAMPA RD., SUITE 1106<br>OLDSMAR, FL 34677 | SOVEREIGN BANK<br>ATTN: DAVID GRISHMAN, ASSISTANT VICE PRESIDENT<br>MAIL CODE: MA1-SST-0410<br>75 STATE STREET<br>BOSTON, MA 02109 |

SPROUSE SHRADER SMITH PLLC
ATTN: JOHN MASSOUH, ESQ.
701 S. TAYLOR, STE 500
PO BOX 15008
AMARILLO, TX 79105-5008

STERICYCLE INC.
28161 N. KEITH DRIVE
LAKE FOREST, IL 60045

SUDDENLINK - DALLAS
PO BOX 660365
DALLAS, TX 75266-0365

SUDDENLINK - DALLAS
ATTN: COLLECTIONS
6151 PALUXY DR.
TYLER, TX 75703

SUMMIT LITHO, INC.
ATTN: MARK DAVIS
1807 SW MARKET STREET
LEES SUMMIT, MO 64082-2319

SUSAN B. HERSH, P.C.
ATTN: SUSAN B. HERSH, ESQ.
12770 COIT RD., STE. 1100
DALLAS, TX 75251

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVE., STE. 1120
MIAMI, FL 33131-1605

SYSCO USAI INC.
ATTN: JIM BECK
SENIOR DIRECTOR CREDIT RISK DEPARTMENT
1390 ENCLAVE PARKWAY
HOUSTON, TX 77077

TEXAS ATTORNEY GENERAL'S OFFICE
ATTN: J. CASEY ROY, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548- MC 008
AUSTIN, TX 78711-2548

TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS
ATTN: LEEANN CHANCE, ASSET MANAGER
221 EAST 11TH STREET
AUSTIN, TX 78701-2410

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
ATTN: CAREY E. SMITH, OFFICE OF GENERAL COUNSEL
BROWN-HEATLY BUILDING
4900 N. LAMAR BLVD.
MAIL CODE MC-1070
AUSTIN, TX 78751-2316

TEXAS METHODIST FOUNDATION
ATTN: TERRI HARNISH
11709 BOULDER LANE
SUITE 100
AUSTIN, TX 78726-1808

TEXAS METHODIST FOUNDATION
C/O HUSCH BLACKWELL LLP
ATTN: KELL MERCER
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701-4093

TEXAS TECH UNIVERSITY SYSTEM
ATTN: JOHN HUFFAKER - GENERAL COUNSEL
PO BOX 42021
LUBBOCK, TX 79409

TEXAS TECH UNIVERSITY SYSTEM
ATTN: SHEILA KIDWELL, GENERAL COUNSEL
PO BOX 42021
LUBBOCK, TX 79409

TEXAS VETERAN'S LAND BOARD
1700 N. CONGRESS AVE.
AUSTIN, TX 78701-1495

TEXAS VETERAN'S LAND BOARD
PO BOX 12873
AUSTIN, TX 78711-2873

TEXAS WORKFORCE COMMISSION
TEC BUILDING - BANKRUPTCY
101 EAST 15TH STREET
AUSTIN, TX 78778

THE TEXAS DEPARTMENT OF AGING
AND DISABILITY SERVICES (DADS)
701 W. 51ST STREET
AUSTIN, TX 78751

THE TEXAS DEPARTMENT OF AGING
AND DISABILITY SERVICES (DADS)
PO BOX 149030
AUSTIN, TX 78714-9030

| | |
|---|---|
| THOMAS A MACKEY PHD<br>2883 PALOMINO SPGS<br>BANDERA, TX 78003-3591 | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br>ATTN: SECRETARY OF HOUSING AND URBAN DEVELOPMENT<br>801 CHERRY ST.<br>UNIT #45<br>SUITE 2500<br>FORT WORTH, TX 76102 |
| UMB BANK, N.A.<br>ATTN: LORNA GLEASON<br>CORPORATE TRUST SERVICES<br>120 SOUTH SIXTH STREET<br>#1400<br>MINNEAPOLIS, MN 55402 | UNDERWOOD LAW FIRM, P.C.<br>ATTN: ROGER S. COX, ESQ.<br>PO BOX 9158<br>AMARILLO, TX 79105-9158 |
| US FOODS INC.<br>PO BOX 840243<br>DALLAS, TX 75284-0243 | WELLS FARGO BANK, N.A.<br>ATTN: KUSHINA WHITE, CORPORATE TRUST DEPARTMENT<br>750 N. ST. PAUL PLACE<br>SUITE 1750<br>DALLAS, TX 75201 |
| WESTERN BUILDERS OF AMARILLO<br>700 S. GRANT STREET<br>AMARILLO, TX 79101 | WICK PHILLIPS GOULD & MARTIN, LLP<br>ATTN: JONATHAN S. COVIN, ESQ.<br>3131 MCKINNEY AVE., STE. 100<br>DALLAS, TX 75204 |
| WICK PHILLIPS GOULD & MARTIN, LLP<br>ATTN: SHAYLA L. FRIESEN, ESQ.<br>3131 MCKINNEY AVE., STE. 100<br>DALLAS, TX 75204 | WRIGHT GINSBERG BRUSILOW P.C.<br>ATTN: C. ASHLEY ELLIS, ESQ.<br>14755 PRESTON RD., STE. 600<br>DALLAS, TX 75254 |
| WRIGHT GINSBERG BRUSILOW P.C.<br>ATTN: FRANK J. WRIGHT, ESQ.<br>14755 PRESTON RD., STE. 600<br>DALLAS, TX 75254 | |