

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 9, 2014**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 14-32821-11 |
| | § | |
| **SEARS METHODIST RETIREMENT** | § | CHAPTER 11 |
| **SYSTEM, INC.,** *et al.*[1] | § | |
| | § | Jointly Administered |
| Debtors. | § | |

### ORDER SETTING HEARING AND DEADLINE TO OBJECT TO DISCLOSURE STATEMENT AND MOTION FOR AN ORDER APPROVING DISCLOSURE STATEMENT

**[RELATES TO DKT. NOS. 595, 596 & 597]**

A Disclosure Statement having been filed by Sears Methodist Retirement System, Inc., Sears Caprock Retirement Corporation, Sears Methodist Centers, Inc., Sears Methodist

---

[1] The debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: Sears Methodist Retirement System, Inc. (6330), Canyons Senior Living, L.P. (8545), Odessa Methodist Housing, Inc. (9569), Sears Brazos Retirement Corporation (8053), Sears Caprock Retirement Corporation (9581), Sears Methodist Centers, Inc. (4917), Sears Methodist Foundation (2545), Sears Panhandle Retirement Corporation (3233), Sears Permian Retirement Corporation (7608), Sears Plains Retirement Corporation (8233), Sears Tyler Methodist Retirement Corporation (0571) and Senior Dimensions, Inc. (4016). The mailing address of each of the debtors, solely for purposes of notices and communications, is 2100 Ross Avenue, 21st Floor, c/o Paul Rundell, Dallas, Texas 75201.

Foundation, Sears Panhandle Retirement Corporation, Sears Permian Retirement Corporation, Sears Plains Retirement Corporation, Sears Tyler Methodist Retirement Corporation, and Senior Dimensions, Inc. (collectively, the "Plan Debtors", and collectively with the remaining debtors and debtors in possession in the above-captioned cases, the "Debtors") on December 6, 2014 [Dkt. No. 596] (the "Disclosure Statement") in connection with the Plan Debtors' Joint Plan of Reorganization Pursuant to Chapter 11of the Bankruptcy Code attached thereto as Exhibit 1 and filed at Docket No. 595 (the "Plan of Reorganization"), and an accompanying Plan Debtors' Motion For Entry Of An Order (i) Approving Disclosure Statement, (ii) Establishing Procedures For The Solicitation And Tabulation Of Votes To Accept Or Reject The Plan Debtors' Chapter 11 Plan, (iii) Scheduling A Confirmation Hearing, And (iv) Approving Related Notice Procedures [Dkt. No. 597] (the "Motion to Approve") having been filed by the Plan Debtors; and the Court having set a time for consideration of the Disclosure Statement, the Motion to Approve and any objections thereto;

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. A hearing on the approval of the Disclosure Statement for the Plan of Reorganization filed by the Plan Debtors and the Motion to Approve shall be held before the Honorable Stacey G. C. Jernigan in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242 on **January 16, 2015 at 9:30 a.m**. (prevailing central time) (the "Disclosure Statement Hearing").

2. Any objection to the Disclosure Statement or Motion to Approve shall be filed and served upon counsel for the Debtors, Thomas R. Califano, at DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020, and Vincent P. Slusher, DLA Piper LLP

3

(US), 1717 Main Street, Suite 4600, Dallas, Texas 75201 on or before **January 14, 2015 at 5:00 p.m**. (prevailing central time).

3. Counsel for the Debtors shall mail a copy of this Order to all creditors and parties in interest and notice of the Disclosure Statement Hearing on or before December 10, 2014.

4. Any party requesting a copy of the Disclosure Statement shall contact counsel for the Debtors, Vincent P. Slusher, at DLA Piper LLP (US), 1717 Main Street, Suite 4600, Dallas, Texas 75201.

###End of Order###

Order submitted by:

Vincent P. Slusher, State Bar No. 00785480
vincent.slusher@dlapiper.com
Andrew Zollinger, State Bar No. 24063944
andrew.zollinger@dlapiper.com
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

Thomas R. Califano (admitted *pro hac vice*)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Attorneys for the Debtors and Debtors-in-Possession