## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | CASE NO. 14-32821-sgj11 |
| SEARS METHODIST RETIREMENT SYSTEM, INC., *et al.*[1] | CHAPTER 11 |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

I, Ryan S. Nadick, being duly sworn, depose and state:

1. I am an Assistant Director with GCG, Inc., the notice, claims and solicitation agent for the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1925, Chicago, Illinois 60603.

2. On January 15, 2015, at the direction of DLA Piper LLP ("DLA Piper"), counsel to the Debtors, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties, the Office of the United States Trustee, Counsel to the Committee, the

---

[1] The debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: Sears Methodist Retirement System, Inc. (6330), Canyons Senior Living, L.P. (8545), Odessa Methodist Housing, Inc. (9569), Sears Brazos Retirement Corporation (8053), Sears Caprock Retirement Corporation (9581), Sears Methodist Centers, Inc. (4917), Sears Methodist Foundation (2545), Sears Panhandle Retirement Corporation (3233), Sears Permian Retirement Corporation (7608), Sears Plains Retirement Corporation (8233), Sears Tyler Methodist Retirement Corporation (0571) and Senior Dimensions, Inc. (4016). The mailing address of each of the debtors, solely for purposes of notices and communications, is 2100 Ross Avenue 21st Floor, c/o Paul Rundell, Dallas, Texas 75201.

Debtors' Top Thirty (30) Largest Unsecured Creditors on a Consolidated Basis, Counsel to the Plan Debtors' Secured Lenders and Bond Trustees, the SEC and Additional Notice Parties):

- **Supplement to Plan Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan Debtors' Chapter 11 Plan, (III) Scheduling a Confirmation Hearing, and (IV) Approving Related Notice Procedures** [Docket No. 684];

- **Notice of Filing Clean and Redlined Versions of the Plan Debtors' Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 685];

- **Notice of Filing Clean and Redlined Versions of the Amended Disclosure Statement for Plan Debtors' Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 686]; and

- **Amended Notice of Agenda of Matters Scheduled for Hearing on January 16, 2015 at 9:30 a.m. (CST) ("Amended Hearing Agenda")** [Docket No. 687].

3. On January 16, 2015, also at the direction of DLA Piper, I caused a true and correct copy of the **Amended Hearing Agenda** to be served by e-mail on the parties identified on Exhibit B annexed hereto (Additional Notice Parties with e-mail addresses), and by facsimile on the parties identified on Exhibit C annexed hereto (Additional Notice Parties with facsimile numbers).

_____
Ryan S. Nadick

Sworn to before me this 16th day of
January, 2015

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires: December 1, 2018



JEFFREY C. DEMMA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 01, 2018

# EXHIBIT A

ALFONSO L. MELENDEZ, P.C.
ATTN: ALFONSO L. MELENDEZ, ESQ.
11335 PELLICANO DR.
EL PASO, TX 79936
email: alfonso@almfirm.com

ATKINS, HOLLMANN, JONES, PEACOCK, LEWIS & LYON
ATTN: AMBER L. JAMES, ESQ.
3800 E. 42ND ST., STE. 500
ODESSA, TX 79762
email: ajames@odessalawfirm.com

BEARD LAW FIRM
ATTN: RUSSELL C. BEARD, ESQ.
PO BOX 1401
ABILENE, TX 79604-1401
email: office@beardfirm.com

BIBBY FINANCIAL SERVICES INC.
ATTN: ANGELA REECE
600 TOWN PARK LANE
SUITE 450
KENNESAW, GA 30144
email: areece@bibbyusa.com

BONTKE BROTHERS CONSTRUCTION COMPANY
ATTN: KENNY BONTKE
102 COLLEGE DR.
ABILENE, TX 79601
email: kbontke@bontkebrothers.com

BRYAN CAVE LLP
ATTN: FAISAL DELAWALLA, ESQ.
161 N. CLARK ST., STE. 4300
CHICAGO, IL 60601
email: faisal.delawalla@bryancave.com

CARLS MCDONALD & DALRYMPLE LLP
ATTN: NANCY A. SHELLHORSE
BARTON OAKS PLAZA ONE, SUITE 280
901 S. MOPAC EXPRESSWAY
AUSTIN, TX 78746
email: nshellhorse@cmcdlaw.com

CLIFTONLARSON ALLEN LLP
ATTN MICHAEL SIEGEL
5001 SPRING VALLEY ROAD
STE 600W
DALLAS, TX 75244
email: michael.siegel@claconnect.com

CLIFTONLARSONALLEN LLP
ATTN: MICHAEL J. SIEGEL, ESQ.
5001 SPRING VALLEY ROAD
SUITE 600W
DALLAS, TX 75244
email: michael.siegel@claconnect.com

CRITICAL HEALTH CONNECTION INC.
ATTN: TRICIA HAYES
5010 KNICKERBOCKER RD.
SAN ANGELO, TX 76904
email: tricia@chcmedstaff.com

CRITICAL HEALTH CONNECTION, INC.
ATTN: JEFF PEISER, PRESIDENT
5010 KNICKERBOCKER ROAD
SAN ANGELO, TX 76904
email: jeff@chcmedstaff.com

CULHANE MEADOWS PLLC
ATTN: RICHARD G. GRANT, ESQ.
THE CRESCENT, STE. 700
100 CRESCENT COURT
DALLAS, TX 75201
email: rgrant@culhanemeadows.com

CUNNINGHAM DISTRIBUTING INC.
ATTN: JOHN CUNNINGHAM
2015 MILLS STREET
EL PASO, TX 79901
email: cunninghamdist@sbcglobal.net

DENTONS US LLP
ATTN: KATHRYN ASHTON, ESQ.
233 SOUTH WACKER DRIVE
SUITE 7800
CHICAGO, IL 60606
email: kathryn.ashton@dentons.com

DIAMOND MCCARTHY LLP
ATTN: CHARLES M. RUBIO, ESQ.
909 FANNIN ST., 15TH FL.
TWO HOUSTON CENTER
HOUSTON, TX 77010
email: CRUBIO@DIAMONDMCCARTHY.COM

DIAMOND MCCARTHY LLP
ATTN: KYUNG S. LEE, ESQ.
909 FANNIN ST.,15TH FL.
TWO HOUSTON CENTER
HOUSTON, TX 77010
email: KLEE@DIAMONDMCCARTHY.COM

DIANA MCIVER & ASSOCIATES INC.
ATTN: JANINE SISAK
4101 PARKSTONE HEIGHTS DRIVE
SUITE 310
AUSTIN, TX 78746
email: janines@dmacompanies.com; info@mciver.com

DIRECT SUPPLY, INC.
ATTN: KURT POLUCEK
6767 N. INDUSTRIAL ROAD
MILWAUKEE, WI 53223
email: kpolucek@directsupply.com

DUANE MORRIS LLP
ATTN: JOHN ROBERT WEISS, ESQ.
190 S. LASALLE ST., STE. 3700
CHICAGO, IL 60603
email: jrweiss@duanemorris.com

DUANE MORRIS LLP
ATTN: ROSANNE CIAMBRONE, ESQ.
190 S. LASALLE ST., STE. 3700
CHICAGO, IL 60603
email: rciambrone@duanemorris.com

EL PASO ELECTRIC COMPANY
ATTN: MARYLOU ROMERO
100 N. STANTON
EL PASO, TX 79901
email: Marylou.romero@epelectric.com

ELROD, PLLC
ATTN: DAVID W. ELROD, ESQ.
500 N. AKARD ST., STE. 3000
DALLAS, TX 75201
email: delrod@elrodtrial.com

ELROD, PLLC
ATTN: WORTHY WALKER, ESQ.
500 N. AKARD ST., STE. 3000
DALLAS, TX 75201
email: wwalker@elrodtrial.com

EVANS PHARMACY
ATTN: BENTLY HAWLEY
310 DOTTSY AVE.
ODESSA, TX 79763
email: Rahawley13@cs.com

FROST BROWN TODD, LLC
ATTN ROBERT A. GUY JR, ESQ
150 3RD AVE S. STE. 1900
NASHVILLE, TN 37201
email: BGUY@FBTLAW.COM

GCG, INC.
ATTN: NINA BRODY
190 S. LASALLE STREET
SUITE 1925
CHICAGO, IL 60603
email: nina.brody@gcginc.com

GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.
ATTN: BRIAN T. CUMINGS, ESQ.
401 CONGRESS AVE., STE. 2200
AUSTIN, TX 78701
email: bcumings@gdhm.com

GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.
ATTN: JAMES V. HOEFFNER, ESQ.
401 CONGRESS AVE., STE. 2200
AUSTIN, TX 78701
email: JHOEFFNER@GDHM.COM

GRAY REED & MCGRAW, P.C.
ATTN: JASON S. BROOKNER, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201
email: jbrookner@grayreed.com

GRAY REED & MCGRAW, P.C.
ATTN: LYDIA R. WEBB, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201
email: lwebb@grayreed.com

GRAY REED & MCGRAW, P.C.
ATTN: MICHEAL W. BISHOP, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201
email: mbishop@grayreed.com

GREENBERG TRAURIG, LLP
ATTN: BRYAN L. ELWOOD, ESQ.
2200 ROSS AVE., STE. 5200
DALLAS, TX 75201
email: elwoodb@gtlaw.com

GREENBERG TRAURIG, LLP
ATTN: CLIFTON R. JESSUP, JR., ESQ.
2200 ROSS AVE., STE. 5200
DALLAS, TX 75201
email: jessupc@gtlaw.com

GREENBERG TRAURIG, LLP
ATTN: DAVID D. CLEARY, ESQ.
2375 E. CAMELBACK RD., STE. 700
PHOENIX, AZ 85016
email: CLEARYD@GTLAW.COM

GREENBERG TRAURIG, LLP
ATTN: NANCY A. PETERMAN, ESQ.
77 W. WACKER DR., STE. 3100
CHICAGO, IL 60601
email: petermann@gtlaw.com

HEALTHMEDX LLC
ATTN: DAN DUNCAN
5100 N. TOWNE CENTRE DR.
OZARK, MO 65721
email: DAN.DUNCAN@HEALTHMEDX.COM

HUSCH BLACKWELL LLP
ATTN: KELL MERCER
111 CONGRESS AVENUE
SUITE 1400
AUSTIN, TX 78701-4093
email: Kell.Mercer@huschblackwell.com

JENNIFER J. YOUNG
RESIDENT AT MEADOW LAKE
15811 ROLLING GREEN COVE
TYLER, TX 75703
email: jenniferyoung@jenniferyoungmail.com

JOEL K NAIL
RESIDENT OF WESLEY COURT
6525 LINCOLNSHIRE WAY
ABILENE, TX 79606
email: Joel.nail@yahoo.com

KATTEN MUCHIN ROSENMAN LLP
ATTN: PETER A. SIDDIQUI, ESQ.
525 W. MONROE ST.
CHICAGO, IL 60661-3693
email: peter.siddiqui@kattenlaw.com

KNIGHT CARPET & FLOORING
ATTN: PAIGE WATTS
3401 NORTH FIRST STREET
ABILENE, TX 79603
email: paige@knightcarpet.com

LANE RUSSELL COLEMAN & LOGAN PC
ATTN: JASON B. BINFORD, ESQ.
3700 THANKSGIVING TOWER
1601 ELM ST.
DALLAS, TX 75201
email: jbinford@krcl.com

| | |
|---|---|
| LAW OFFICE OF DICK HARRIS, P.C.<br>ATTN: DICK HARRIS, ESQ.<br>PO BOX 3835<br>ABILENE, TX 79604<br>email: dharris_law_firm@swbell.net | LAW OFFICES OF JUDITH W. ROSS<br>ATTN: ERIC SODERLUND, ESQ.<br>700 N. PEARL ST., STE. 1610<br>DALLAS, TX 75201<br>email: eric.soderlund@judithwross.com |
| LAW OFFICES OF JUDITH W. ROSS<br>ATTN: JUDITH W. ROSS, ESQ.<br>700 N. PEARL ST., STE. 1610<br>DALLAS, TX 75201<br>email: Judith.ross@judithwross.com | LAW OFFICES OF JUDITH W. ROSS<br>ATTN: NEIL J. ORLEANS, ESQ.<br>700 N. PEARL ST., STE. 1610<br>DALLAS, TX 75201<br>email: Neil.orleans@judithwross.com |
| LAW OFFICES OF K. KENNETH KOTLER<br>ATTN: K. KENNETH KOTLER, ESQ.<br>1901 AVENUE OF THE STARS, STE. 1100<br>LOS ANGELES, CA 90067<br>email: kotler@kenkotler.com | LIFE CARE SERVICES LLC<br>ATTN: ED KENNY, PRESIDENT<br>CAPITAL SQUARE<br>400 LOCUST ST., STE. 820<br>DES MOINES, IA 50309-2334<br>email: kenny@lcsnet.com |
| LIFE CARE SERVICES LLC<br>ATTN: JOEL D. NELSON, VICE PRESIDENT<br>CAPITAL SQUARE<br>400 LOCUST, STE. 820<br>DES MOINES, IA 50309-2334<br>email: info@lcsnet.com | LIFE CARE SERVICES LLC<br>C/O HINCKLEY ALLEN<br>ATTN: WILLIAM S. FISH JR.<br>20 CHURCH STREET<br>HARTFORD, CT 06103<br>email: wfish@hinckleyallen.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: LAURIE SPINDLER HUFFMAN, ESQ.<br>2777 N. STEMMONS FREEWAY, STE. 1000<br>DALLAS, TX 75207<br>email: dallas.bankruptcy@publicans.com | MAYFIELD PAPER<br>ATTN: JILL MONTOYA<br>1115 SOUTH HILL STREET<br>SAN ANGELO, TX 76903<br>email: info@mayfieldpaper.com; jmontoya@mayfieldpaper.com |
| MAYFIELD PAPER COMPANY<br>ATTN JILL MONTOYA<br>PO BOX 3889<br>SAN ANGELO, TX 76902<br>email: jmontoya@mayfieldpaper.com | MCCALL, PARKHURST & HORTON L.L.P.<br>ATTN: L.E. (TED) BRIZZOLARA, III<br>717 NORTH HARWOOD<br>SUITE 900<br>DALLAS, TX 75201<br>email: tbrizzolara@mphlegal.com |
| MCCALL, PARKHURST & HORTON LLP<br>ATTN: L.E. (TED) BRIZZOLARA, III<br>717 NORTH HARWOOD<br>9TH FLOOR<br>DALLAS, TX 75201<br>email: tbrizzolara@mphlegal.com | MCDERMOTT WILL & EMERY LLP<br>ATTN: MEGAN M. PREUSKER, ESQ.<br>227 WEST MONROE ST.<br>CHICAGO, IL 60606-5096<br>email: mpreusker@mwe.com |

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, ESQ.<br>227 WEST MONROE ST.<br>CHICAGO, IL 60606-5096<br>email: ncoco@mwe.com | MCDERMOTT WILL & EMERY LLP<br>ATTN: WILLIAM P. SMITH, ESQ.<br>227 WEST MONROE ST.<br>CHICAGO, IL 60606-5096<br>email: WSMITH@MWE.COM |
| MCGUIRE, CRADDOCK & STROTHER, P.C.<br>ATTN: DAVID L. WOODS, ESQ.<br>2501 N. HARWOOD, STE. 1800<br>DALLAS, TX 75201<br>email: dwoods@mcslaw.com | MCGUIRE, CRADDOCK & STROTHERS, P.C.<br>ATTN: JAMES G. REA, ESQ.<br>2501 N. HARWOOD, STE. 1800<br>DALLAS, TX 75201<br>email: jrea@mcslaw.com |
| MCKESSON MEDICAL SURGICAL<br>CORPORATE HEADQUARTERS<br>ATTN: DEBBIE CLARKE<br>8741 LANDMARK RD.<br>RICHMOND, VA 23228<br>email: Debbie.Clarke@McKesson.com | MCKESSON MEDICAL SURGICAL INC.<br>ATTN: MELANIE BREWER, CREDIT MANAGER<br>4345 SOUTHPOINT BLVD.<br>JACKSONVILLE, FL 32216<br>email: mbrewer@pssd.com |
| MCWHORTER, COBB & JOHNSON, LLP<br>ATTN: R. MICHAEL MCCAULEY, JR., ESQ.<br>PO BOX 2547<br>LUBBOCK, TX 79408<br>email: mccauley@mcjllp.com | MCWHORTER, COBB & JOHNSON, LLP<br>ATTN: TODD J. JOHNSTON, ESQ.<br>PO BOX 2547<br>LUBBOCK, TX 79408<br>email: tjohnston@mcjllp.com |
| MEDLINE INDUSTRIES INC.<br>ATTN: TONY RUSSO<br>ONE MEDLINE PLACE<br>MUNDELEIN, IL 60060<br>email: arusso@medline.com | MESCH, CLARK & ROTHSCHILD PC.<br>ATTN: SUSAN N. GOODMAN ESQ.<br>259 N. MEYER AVE.<br>TUCSON, AZ 85701<br>email: sgoodman@mcrazlaw.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.<br>ATTN: RICHARD H. MOCHE<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br>email: RMoche@mintz.com | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C<br>ATTN: CHARLES W. AZANO, ESQ.<br>ONE FINANCIAL CTR.<br>BOSTON, MA 02111<br>email: cazano@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C<br>ATTN: DANIEL S. BLECK, ESQ.<br>ONE FINANCIAL CTR.<br>BOSTON, MA 02111<br>email: dbleck@mintz.com | MULLIN HOARD & BROWN, LLP<br>ATTN: ALYSIA CORDOVA, ESQ.<br>PO BOX 31656<br>AMARILLO, TX 79120-1656<br>email: acordova@mhba.com |

MULLIN HOARD & BROWN, LLP
ATTN: DON D. SUNDERLAND, ESQ.
PO BOX 31656
AMARILLO, TX 79120-1656
email: DSUNDERL@MHBA.COM

MUNSCH HARDT KOPF & HARR PC
ATTN: KEVIN M. LIPPMAN, ESQ.
500 N. AKARD ST., STE. 3800
DALLAS, TX 75201-6659
email: KLIPPMAN@MUNSCH.COM

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: JOE E. MARSHALL, ESQ.
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201
email: jmarshall@munsch.com

MUNSCH, HARDT, KOPF & HARR P.C.
ATTN: THOMAS DANIEL BERGHMAN
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201
email: tberghman@munsch.com

NAMAN HOWELL SMITH & LEE, PLLC
ATTN:  DAVID L. LEBAS, ESQ.
8310 N. CAPITAL OF TEXAS HWY, STE. 490
AUSTIN, TX 78731
email: dlebas@namanhowell.com; koswald@namanhowell.com

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ATTN:  GREG ABBOTT
300 W. 15TH STREET
AUSTIN, TX 78701
email: greg.abbott@texasattorneygeneral.gov

OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION MC 008
ATTN JAY W HURST, ESQ.
PO BOX 12548
AUSTIN, TX 78711-2548
email: Jay.Hurst@texasattorneygeneral.gov

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DONNA K. WEBB, AUSA
BURNETT PLAZA, STE. 1700
801 CHERRY ST., UNIT 4
FORT WORTH, TX 76102-6882
email: DONNA.WEBB@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: NANCY S. RESNICK
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75242-1699
email: nancy.s.resnick@usdoj.gov

OMNICARE OF FT WORTH
C/O OMNICARE, INC.
PO BOX 715268
COLUMBUS, OH 43271-5268
email: results@omnicare.com

OMNICARE OF FT. WORTH
OMNICARE, INC.
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202
email: tammy.kolde@omnicare.com

OMNICARE, INC.
ATTN: BANKRUPTCY DEPARTMENT
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202
email: tammy.kolde@omnicare.com

OMNICARE-APS LUBBOCK
OMNICARE PHARMACY SERVICES
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202
email: tammy.kolde@omnicare.com

PETER G. MILNE, PC
ATTN: PETER G. MILNE, ESQ.
327 W. HOUSTON ST.
TYLER, TX 75702
email: PMILNE@TYLERTAXLAW.COM

| | |
|---|---|
| PRUDENTIAL HUNTOON PAIGE ASSOCIATES, LTD.<br>PRUDENTIAL ASSET RESOURCES<br>ATTN: FHA LOAN ADMINISTRATION<br>2100 ROSS AVENUE<br>SUITE 2500<br>DALLAS, TX 75201<br>email: paige.warren@prudential.com | SANTANDER BANK N A<br>C/O DUANE MORRIS LLP<br>ATTN JOHN ROBERT WEISS<br>190 S LASALLE ST STE 3700<br>CHICAGO, IL 60603<br>email: jrweiss@duanemorris.com |
| SEA ISLE CORPORATION<br>ATTN: BILL HALPEM<br>5447 GUARINO RD.<br>PITTSBURGH, PA 15217<br>email: SeaisleCo@aol.com | SEARS METHODIST RETIREMENT SYSTEM, INC.<br>ATTN: KATHLEEN M. LEEDY<br>VICE PRESIDENT OF PROJECT MANAGEMENT<br>1114 LOST CREEK BOULEVARD, SUITE 210<br>AUSTIN, TX 78746-6318<br>email: KMLeedy@Sears-Methodist.com |
| SEC<br>FORT WORTH REGIONAL OFFICE<br>ATTN: DAVID WOODCOCK, REGIONAL DIRECTOR<br>BURNETT PLAZA, 801 CHERRY STREET<br>SUITE 1900, UNIT 18<br>FORT WORTH, TX 76102<br>email: dfw@sec.gov | SELECT MEDICAL INC.<br>ATTN: BURDINE PUCYLOWSKI<br>V.P. OF BUSINESS DEVELOPMENT<br>4025 TAMPA ROAD, SUITE 1106<br>OLDSMAR, FL 34677<br>email: bpucylowski@selectmedical.com |
| SELECT MEDICAL REHABILITATION SERVICES<br>ATTN: LISA CUTRELL<br>4025 TAMPA RD., SUITE 1106<br>OLDSMAR, FL 34677<br>email: lcutrell@selectmedical.com | SPROUSE SHRADER SMITH PLLC<br>ATTN: JOHN MASSOUH, ESQ.<br>701 S. TAYLOR, STE. 500<br>PO BOX 15008<br>AMARILLO, TX 79105-5008<br>email: john.massouh@sprouselaw.com |
| SUMMIT LITHO, INC.<br>ATTN: MARK DAVIS<br>1807 SW MARKET STREET<br>LEES SUMMIT, MO 64082-2319<br>email: mark@summitlitho.com | SUSAN B. HERSH, P.C.<br>ATTN: SUSAN B. HERSH, ESQ.<br>12770 COIT RD., STE. 1100<br>DALLAS, TX 75251<br>email: susan@susanbhershpc.com |
| SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVE., STE. 1120<br>MIAMI, FL 33131-1605<br>email: claims@recoverycorp.com | SYSCO USAI INC.<br>ATTN: JIM BECK<br>SENIOR DIRECTOR CREDIT RISK DEPARTMENT<br>1390 ENCLAVE PARKWAY<br>HOUSTON, TX 77077<br>email: beck.james@corp.sysco.com |
| TEXAS ATTORNEY GENERAL'S OFFICE<br>ATTN: CHRISTOPHER S. MURPHY, ESQ.<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548 - MC 008<br>AUSTIN, TX 78711-2548<br>email: christopher.murphy@texasattorneygeneral.gov | TEXAS ATTORNEY GENERAL'S OFFICE<br>ATTN: J. CASEY ROY, ESQ.<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548- MC 008<br>AUSTIN, TX 78711-2548<br>email: CASEY.ROY@TEXASATTORNEYGENERAL.GOV |

| | |
|---|---|
| TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS<br>ATTN: LEEANN CHANCE, ASSET MANAGER<br>221 EAST 11TH STREET<br>AUSTIN, TX 78701-2410<br>email: leeann.chance@tdhca.state.tx.us | TEXAS METHODIST FOUNDATION<br>ATTN: TERRI HARNISH<br>11709 BOULDER LANE<br>SUITE 100<br>AUSTIN, TX 78726-1808<br>email: tharnish@tmf-fdn.org |
| TEXAS METHODIST FOUNDATION<br>C/O HUSCH BLACKWELL LLP<br>ATTN: KELL MERCER<br>111 CONGRESS AVENUE, SUITE 1400<br>AUSTIN, TX 78701-4093<br>email: Kell.Mercer@huschblackwell.com | TEXAS TECH UNIVERSITY SYSTEM<br>ATTN:  JOHN HUFFAKER - GENERAL COUNSEL<br>PO BOX 42021<br>LUBBOCK, TX 79409<br>email: john.huffaker@ttu.edu |
| TEXAS TECH UNIVERSITY SYSTEM<br>ATTN: SHEILA KIDWELL, GENERAL COUNSEL<br>PO BOX 42021<br>LUBBOCK, TX 79409<br>email: Sheila.kidwell@ttu.edu | U.S. DEPT OF HOUSING AND URBAN DEVELOPMENT<br>ATTN: KIM MAYFIELD, ENFORCEMENT ATTORNEY<br>DEPARTMENTAL ENFORCEMENT CENTER<br>801 CHERRY STREET, SUITE 2500<br>FORT WORTH, TX 76012<br>email: Kimberly.P.Mayfield@hud.gov |
| UMB BANK, N.A.<br>ATTN:  LORNA GLEASON<br>CORPORATE TRUST SERVICES<br>120 SOUTH SIXTH STREET<br>#1400<br>MINNEAPOLIS, MN 55402<br>email: LORNA.GLEASON@UMB.COM | UNDERWOOD LAW FIRM, P.C.<br>ATTN:  ROGER S. COX, ESQ.<br>PO BOX 9158<br>AMARILLO, TX 79105-9158<br>email: roger.cox@uwlaw.com |
| WICK PHILLIPS GOULD & MARTIN, LLP<br>ATTN: JONATHAN S. COVIN, ESQ.<br>3131 MCKINNEY AVE., STE. 100<br>DALLAS, TX 75204<br>email: jonathan.covin@wickphillips.com | WICK PHILLIPS GOULD & MARTIN, LLP<br>ATTN: SHAYLA L. FRIESEN, ESQ.<br>3131 MCKINNEY AVE., STE. 100<br>DALLAS, TX 75204<br>email: shayla.friesen@wickphillips.com |
| WRIGHT GINSBERG BRUSILOW P.C.<br>ATTN: C. ASHLEY ELLIS, ESQ.<br>14755 PRESTON RD., STE. 600<br>DALLAS, TX 75254<br>email: bankruptcy@wgblawfirm.com | WRIGHT GINSBERG BRUSILOW P.C.<br>ATTN: FRANK J. WRIGHT, ESQ.<br>14755 PRESTON RD., STE. 600<br>DALLAS, TX 75254<br>email: bankruptcy@wgblawfirm.com |

# EXHIBIT B

MUNSCH HARDT KOPF & HARR, P.C.  
ATTN: JAY H. ONG  
500 N. AKARD ST, STE 3800  
DALLAS, TX 75201-6659  
email: jong@munsch.com

PREVARIAN AL ODESSA, LP  
C/O GP PAL ODESSA LLC  
ATTN KATHY DE LA VERGNE  
8214 WESTCHESTER DR STE 600  
DALLAS, TX 75225  
email: kdelavergne@prevarian.com

# EXHIBIT C

| | |
|---|---|
| MUNSCH HARDT KOPF & HARR, P.C.<br>ATTN: JAY H. ONG<br>500 N. AKARD ST, STE 3800<br>DALLAS, TX 75201-6659<br>FAX: 214-855-7584 | SANDCAP PREVARIAN INVESTORS, LLC<br>ATTN: WILLIAM SANDLIN<br>550 BAILEY, SUITE 255<br>FORT WORTH, TX 76107<br>FAX: 817-289-2614 |
| TEXAS ATTORNEY GENERAL'S OFFICE<br>DANIEL T. HODGE<br>FIRST ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409 | TEXAS ATTORNEY GENERAL'S OFFICE<br>JOHN B. SCOTT<br>DEPUTY ATTORNEY GENERAL FOR CIVIL LITIGA<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409 |
| TEXAS ATTORNEY GENERAL'S OFFICE<br>RONALD R. DEL VENTO<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409 | |