## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | **CASE NO. 14-32821-sgj11** |
| | § | |
| **SEARS METHODIST RETIREMENT** | § | **CHAPTER 11** |
| **SYSTEM, INC.,** *et al.*[1] | § | |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS      )

                      ) ss

COUNTY OF COOK      )

I, Ryan S. Nadick, being duly sworn, depose and state:

1.      I am an Assistant Director with GCG, Inc., the notice, claims and solicitation agent for the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1925, Chicago, Illinois 60603.

2.      On January 16, 2015, at the direction of DLA Piper LLP, counsel to the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties, the Office of the United States Trustee, Counsel to the Committee, the Debtors' Consolidated

---

[1] The debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: Sears Methodist Retirement System, Inc. (6330), Canyons Senior Living, L.P. (8545), Odessa Methodist Housing, Inc. (9569), Sears Brazos Retirement Corporation (8053), Sears Caprock Retirement Corporation (9581), Sears Methodist Centers, Inc. (4917), Sears Methodist Foundation (2545), Sears Panhandle Retirement Corporation (3233), Sears Permian Retirement Corporation (7608), Sears Plains Retirement Corporation (8233), Sears Tyler Methodist Retirement Corporation (0571) and Senior Dimensions, Inc. (4016). The mailing address of each of the debtors, solely for purposes of notices and communications, is 2100 Ross Avenue 21st Floor, c/o Paul Rundell, Dallas, Texas 75201.

Top Thirty (30) Largest Unsecured Creditors, Counsel to the Plan Debtors' Secured Lenders and

Bond Trustees, the SEC and Additional Notice Parties):

- **Supplement to Plan Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan Debtors' Chapter 11 Plan, (III) Scheduling a Confirmation Hearing, and (IV) Approving Related Notice Procedures** [Docket No. 684].

_____

Ryan S. Nadick

Sworn to before me this 21st day of
January, 2015

_____

Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires: December 1, 2018

JEFFREY C. DEMMA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 01, 2018

# EXHIBIT A

ALFONSO L. MELENDEZ, P.C.
ATTN: ALFONSO L. MELENDEZ, ESQ.
11335 PELLICANO DR.
EL PASO, TX 79936

AMERICAN STATE BANK
ATTN: DEBBIE KNIGHT
1401 AVENUE Q
LUBBOCK, TX 79401

ATKINS, HOLLMANN, JONES, PEACOCK, LEWIS & LYON
ATTN: AMBER L. JAMES, ESQ.
3800 E. 42ND ST., STE. 500
ODESSA, TX 79762

AUSTIN BANK, TEXAS N.A.
TYLER (CUMBERLAND PARK)
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
PO BOX 1537
WHITEHOUSE, TX 75791

BEARD LAW FIRM
ATTN: RUSSELL C. BEARD, ESQ.
PO BOX 1401
ABILENE, TX 79604-1401

BEN E. KEITH
2300 NORTH LAKESIDE DRIVE
AMARILLO, TX 79108

BEN E. KEITH
7001 WILL ROGERS BLVD.
FORT WORTH, TX 76140

BEN E. KEITH
ATTN: LEGAL
PO BOX 2628
FORT WORTH, TX 76113

BEN E. KEITH
PO BOX 901001
FORT WORTH, TX 76101

BIBBY FINANCIAL SERVICES INC.
ATTN: ANGELA REECE
600 TOWN PARK LANE
SUITE 450
KENNESAW, GA 30144

BONTKE BROTHERS CONSTRUCTION COMPANY
ATTN: KENNY BONTKE
102 COLLEGE DR.
ABILENE, TX 79601

BONTKE BROTHERS CONSTRUCTION COMPANY
PO BOX 2896
ABILENE, TX 79604-2896

BRYAN CAVE LLP
ATTN: FAISAL DELAWALLA, ESQ.
161 N. CLARK ST., STE. 4300
CHICAGO, IL 60601

CARLS MCDONALD & DALRYMPLE LLP
ATTN: NANCY A. SHELLHORSE
BARTON OAKS PLAZA ONE, SUITE 280
901 S. MOPAC EXPRESSWAY
AUSTIN, TX 78746

CLIFTONLARSON ALLEN LLP
ATTN MICHAEL SIEGEL
5001 SPRING VALLEY ROAD
STE 600W
DALLAS, TX 75244

CLIFTONLARSONALLEN LLP
ATTN: MICHAEL J. SIEGEL, ESQ.
5001 SPRING VALLEY ROAD
SUITE 600W
DALLAS, TX 75244

CMS RO - CENTERS FOR MEDICARE &
MEDICAID SERVICES REGIONAL OFFICE
1301 YOUNG STREET
RM. 714
DALLAS, TX 75202

CRITICAL HEALTH CONNECTION INC.
ATTN: TRICIA HAYES
5010 KNICKERBOCKER RD.
SAN ANGELO, TX 76904

CRITICAL HEALTH CONNECTION, INC.
5010 KNICKERBOCKER RD.
SAN ANGELO, TX 76904

CRITICAL HEALTH CONNECTION, INC.
ATTN: JEFF PEISER, PRESIDENT
5010 KNICKERBOCKER ROAD
SAN ANGELO, TX 76904

CULHANE MEADOWS PLLC
ATTN: RICHARD G. GRANT, ESQ.
THE CRESCENT, STE. 700
100 CRESCENT COURT
DALLAS, TX 75201

CUNNINGHAM DISTRIBUTING INC.
ATTN: JOHN CUNNINGHAM
2015 MILLS STREET
EL PASO, TX 79901

DAVIS BROWN LAW FIRM
215 10TH STREET
SUITE 1300
DES MOINES, IA 50309

DENTONS US LLP
ATTN: KATHRYN ASHTON, ESQ.
233 SOUTH WACKER DRIVE
SUITE 7800
CHICAGO, IL 60606

DEPARTMENT OF VETERAN'S AFFAIRS
REGIONAL OFFICE, FINANCE SECTION (24)
ONE VETERANS PLAZA
701 CLAY AVENUE
WACO, TX 76799

DIAMOND MCCARTHY LLP
ATTN: CHARLES M. RUBIO, ESQ.
909 FANNIN ST., 15TH FL.
TWO HOUSTON CENTER
HOUSTON, TX 77010

DIAMOND MCCARTHY LLP
ATTN: KYUNG S. LEE, ESQ.
909 FANNIN ST.,15TH FL.
TWO HOUSTON CENTER
HOUSTON, TX 77010

DIANA MCIVER & ASSOCIATES INC.
ATTN: JANINE SISAK
4101 PARKSTONE HEIGHTS DRIVE
SUITE 310
AUSTIN, TX 78746

DIANA MCIVER & ASSOCIATES, INC
4101 PARKSTONE HEIGHTS DRIVE, SUITE 310
AUSTIN, TX 78746

DIRECT SUPPLY, INC.
ATTN: KURT POLUCEK
6767 N. INDUSTRIAL ROAD
MILWAUKEE, WI 53223

DIRECT SUPPLY, INC.
BOX 88201
MILWAUKEE, WI 53288-0201

DIRECT SUPPLY, INC.
PO BOX 88201
MILWAUKEE, WI 53288-0201

DUANE MORRIS LLP
ATTN: JOHN ROBERT WEISS, ESQ.
190 S. LASALLE ST., STE. 3700
CHICAGO, IL 60603

DUANE MORRIS LLP
ATTN: ROSANNE CIAMBRONE, ESQ.
190 S. LASALLE ST., STE. 3700
CHICAGO, IL 60603

EL PASO ELECTRIC COMPANY
ATTN: MARYLOU ROMERO
100 N. STANTON
EL PASO, TX 79901

ELROD, PLLC
ATTN: DAVID W. ELROD, ESQ.
500 N. AKARD ST., STE. 3000
DALLAS, TX 75201

ELROD, PLLC
ATTN: WORTHY WALKER, ESQ.
500 N. AKARD ST., STE. 3000
DALLAS, TX 75201

ETMC FIRST PHYSICIANS
PO BOX 9477
TYLER, TX 75713-1027

EVANS PHARMACY
ATTN: BENTLY HAWLEY
310 DOTTSY AVE.
ODESSA, TX 79763

EVANS PHARMACY
P.O. BOX 4474
ODESSA, TX 79760

FROST BROWN TODD, LLC
ATTN ROBERT A. GUY JR, ESQ
150 3RD AVE S. STE. 1900
NASHVILLE, TN 37201

GCG, INC.
ATTN: NINA BRODY
190 S. LASALLE STREET
SUITE 1925
CHICAGO, IL 60603

GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.
ATTN: BRIAN T. CUMINGS, ESQ.
401 CONGRESS AVE., STE. 2200
AUSTIN, TX 78701

GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.
ATTN: JAMES V. HOEFFNER, ESQ.
401 CONGRESS AVE., STE. 2200
AUSTIN, TX 78701

GRAY REED & MCGRAW, P.C.
ATTN: JASON S. BROOKNER, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201

GRAY REED & MCGRAW, P.C.
ATTN: LYDIA R. WEBB, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201

GRAY REED & MCGRAW, P.C.
ATTN: MICHEAL W. BISHOP, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201

GREENBERG TRAURIG, LLP
ATTN: BRYAN L. ELWOOD, ESQ.
2200 ROSS AVE., STE. 5200
DALLAS, TX 75201

GREENBERG TRAURIG, LLP
ATTN: CLIFTON R. JESSUP, JR., ESQ.
2200 ROSS AVE., STE. 5200
DALLAS, TX 75201

GREENBERG TRAURIG, LLP
ATTN: DAVID D. CLEARY, ESQ.
2375 E. CAMELBACK RD., STE. 700
PHOENIX, AZ 85016

GREENBERG TRAURIG, LLP
ATTN: NANCY A. PETERMAN, ESQ.
77 W. WACKER DR., STE. 3100
CHICAGO, IL 60601

HEALTHMEDX LLC
ATTN: DAN DUNCAN
5100 N. TOWNE CENTRE DR.
OZARK, MO 65721

HFDC OF CENTRAL TEXAS, INC.
ATTN: PRESIDENT
118 MAGNOLIA AVENUE
HUBBARD, TX 76648

HUSCH BLACKWELL LLP
ATTN: KELL MERCER
111 CONGRESS AVENUE
SUITE 1400
AUSTIN, TX 78701-4093

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES-INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JENNIFER J. YOUNG
RESIDENT AT MEADOW LAKE
15811 ROLLING GREEN COVE
TYLER, TX 75703

JOEL K NAIL
RESIDENT OF WESLEY COURT
6525 LINCOLNSHIRE WAY
ABILENE, TX 79606

KATTEN MUCHIN ROSENMAN LLP
ATTN: PETER A. SIDDIQUI, ESQ.
525 W. MONROE ST.
CHICAGO, IL 60661-3693

KNIGHT CARPET & FLOORING
ATTN: PAIGE WATTS
3401 NORTH FIRST STREET
ABILENE, TX 79603

LANE RUSSELL COLEMAN & LOGAN PC
ATTN: JASON B. BINFORD, ESQ.
3700 THANKSGIVING TOWER
1601 ELM ST.
DALLAS, TX 75201

LAW OFFICE OF DICK HARRIS, P.C.
ATTN: DICK HARRIS, ESQ.
PO BOX 3835
ABILENE, TX 79604

LAW OFFICES OF JUDITH W. ROSS
ATTN: ERIC SODERLUND, ESQ.
700 N. PEARL ST., STE. 1610
DALLAS, TX 75201

LAW OFFICES OF JUDITH W. ROSS
ATTN: JUDITH W. ROSS, ESQ.
700 N. PEARL ST., STE. 1610
DALLAS, TX 75201

LAW OFFICES OF JUDITH W. ROSS
ATTN: NEIL J. ORLEANS, ESQ.
700 N. PEARL ST., STE. 1610
DALLAS, TX 75201

LAW OFFICES OF K. KENNETH KOTLER
ATTN: K. KENNETH KOTLER, ESQ.
1901 AVENUE OF THE STARS, STE. 1100
LOS ANGELES, CA 90067

LIFE CARE SERVICES
ATTN: JOEL D. NELSON
CAPITAL SQUARE
400 LOCUST ST STE 820
DES MOINES, IA 50309

LIFE CARE SERVICES LLC
ATTN: ED KENNY, PRESIDENT
CAPITAL SQUARE
400 LOCUST ST., STE. 820
DES MOINES, IA 50309-2334

LIFE CARE SERVICES LLC
ATTN: JOEL D. NELSON
400 LOCUST STREET
SUITE 820
DES MOINES, IA 50309

LIFE CARE SERVICES LLC
ATTN: JOEL D. NELSON, VICE PRESIDENT
CAPITAL SQUARE
400 LOCUST, STE. 820
DES MOINES, IA 50309-2334

LIFE CARE SERVICES LLC
C/O HINCKLEY ALLEN
ATTN: WILLIAM S. FISH JR.
20 CHURCH STREET
HARTFORD, CT 06103

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: LAURIE SPINDLER HUFFMAN, ESQ.
2777 N. STEMMONS FREEWAY, STE. 1000
DALLAS, TX 75207

LOWES BUSINESS ACCOUNT
LOWE'S COMPANIES, INC.
1000 LOWE'S BLVD.
MOORESVILLE, NC 28117

LOWE'S COMPANIES, INC.
1000 LOWE'S BLVD
MOORESVILLE, NC 28117

MAYFIELD PAPER COMPANY
ATTN JILL MONTOYA
PO BOX 3889
SAN ANGELO, TX 76902

MCCALL, PARKHURST & HORTON L.L.P.
ATTN: L.E. (TED) BRIZZOLARA, III
717 NORTH HARWOOD
SUITE 900
DALLAS, TX 75201

MCCALL, PARKHURST & HORTON LLP
ATTN: L.E. (TED) BRIZZOLARA, III
717 NORTH HARWOOD
9TH FLOOR
DALLAS, TX 75201

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK, TX 78680

MCDERMOTT WILL & EMERY LLP
ATTN: MEGAN M. PREUSKER, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096

MCDERMOTT WILL & EMERY LLP
ATTN: WILLIAM P. SMITH, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096

MCGUIRE, CRADDOCK & STROTHER, P.C.
ATTN: DAVID L. WOODS, ESQ.
2501 N. HARWOOD, STE. 1800
DALLAS, TX 75201

MCGUIRE, CRADDOCK & STROTHERS, P.C.
ATTN: JAMES G. REA, ESQ.
2501 N. HARWOOD, STE. 1800
DALLAS, TX 75201

MCKESSON MEDICAL SURGICAL
CORPORATE HEADQUARTERS
ATTN: DEBBIE CLARKE
8741 LANDMARK RD.
RICHMOND, VA 23228

MCKESSON MEDICAL SURGICAL INC.
ATTN: MELANIE BREWER, CREDIT MANAGER
4345 SOUTHPOINT BLVD.
JACKSONVILLE, FL 32216

MCWHORTER, COBB & JOHNSON, LLP
ATTN: R. MICHAEL MCCAULEY, JR., ESQ.
PO BOX 2547
LUBBOCK, TX 79408

MCWHORTER, COBB & JOHNSON, LLP
ATTN: TODD J. JOHNSTON, ESQ.
PO BOX 2547
LUBBOCK, TX 79408

MEDLINE INDUSTRIES INC.
ATTN: TONY RUSSO
ONE MEDLINE PLACE
MUNDELEIN, IL 60060

MEDLINE INDUSTRIES, INC. - DALLAS
DEPT. 1080
PO BOX 121080
DALLAS, TX 75312-1080

MESCH, CLARK & ROTHSCHILD PC.
ATTN: SUSAN N. GOODMAN ESQ.
259 N. MEYER AVE.
TUCSON, AZ 85701

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
ATTN: RICHARD H. MOCHE
ONE FINANCIAL CENTER
BOSTON, MA 02111

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C
ATTN: CHARLES W. AZANO, ESQ.
ONE FINANCIAL CTR.
BOSTON, MA 02111

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C
ATTN: DANIEL S. BLECK, ESQ.
ONE FINANCIAL CTR.
BOSTON, MA 02111

MULLIN HOARD & BROWN, LLP
ATTN: ALYSIA CORDOVA, ESQ.
PO BOX 31656
AMARILLO, TX 79120-1656

MULLIN HOARD & BROWN, LLP
ATTN: DON D. SUNDERLAND, ESQ.
PO BOX 31656
AMARILLO, TX 79120-1656

MUNSCH HARDT KOPF & HARR PC
ATTN: KEVIN M. LIPPMAN, ESQ.
500 N. AKARD ST., STE. 3800
DALLAS, TX 75201-6659

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: JOE E. MARSHALL, ESQ.
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201

MUNSCH, HARDT, KOPF & HARR P.C.
ATTN: THOMAS DANIEL BERGHMAN
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201

NAMAN HOWELL SMITH & LEE, PLLC
ATTN:  DAVID L. LEBAS, ESQ.
8310 N. CAPITAL OF TEXAS HWY, STE. 490
AUSTIN, TX 78731

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ATTN:  GREG ABBOTT
300 W. 15TH STREET
AUSTIN, TX 78701

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
BANKRUPTCY-COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION MC 008
ATTN JAY W HURST, ESQ.
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DONNA K. WEBB, AUSA
BURNETT PLAZA, STE. 1700
801 CHERRY ST., UNIT 4
FORT WORTH, TX 76102-6882

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: NANCY S. RESNICK
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75242-1699

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: WILLIAM T. NEARY
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75245-1699

OMNICARE OF FT WORTH
C/O OMNICARE, INC.
PO BOX 715268
COLUMBUS, OH 43271-5268

OMNICARE OF FT. WORTH
OMNICARE, INC.
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202

OMNICARE, INC
P.O. BOX 715268
COLUMBUS, OH 43271-5268

OMNICARE, INC.
ATTN: BANKRUPTCY DEPARTMENT
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202

OMNICARE-APS LUBBOCK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 715276
COLUMBUS, OH 43271-5276

OMNICARE-APS LUBBOCK
OMNICARE PHARMACY SERVICES
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202

OMNICARE-APS LUBBOCK
OMNICARE PHARMACY SERVICES
PO BOX 715276
COLUMBUS, OH 43271-5276

PETER G. MILNE, PC
ATTN: PETER G. MILNE, ESQ.
327 W. HOUSTON ST.
TYLER, TX 75702

PROSPERITY BANK
ATTN: DEBBIE KNIGHT
VICE PRESIDENT
620 NORTH GRANT #234
ODESSA, TX 79761

PROSPERITY BANK
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
620 N. GRANT
ODESSA, TX 79761

PRUDENTIAL HUNTOON PAIGE ASSOCIATES, LTD.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
2100 ROSS AVE
SUITE 100
DALLAS, TX 75201-7907

PRUDENTIAL HUNTOON PAIGE ASSOCIATES, LTD.
PRUDENTIAL ASSET RESOURCES
ATTN: FHA LOAN ADMINISTRATION
2100 ROSS AVENUE
SUITE 2500
DALLAS, TX 75201

RED RIVER HEALTH FACILITIES DEVELOPMENT CORP.
C/O CITY OF WINDTHORST
ATTN: CITY SECRETARY
PO BOX 128
WINDTHORST, TX 76389

RED RIVER HEALTH FACILITIES DEVELOPMENT CORP.
C/O CITY OF WINDTHORST
NUMBER 1 MUNCHRATH ROAD
WINDTHORST, TX 76389

RITCHESON, LAUFFER & VINCENT, P.C.
ATTN: CHARLES E. LAUFFER, JR., ESQ.
TWO AMERICAN CTR.
821 ESE LOOP 323, STE.530
TYLER, TX 75701

SANTANDER BANK N A
C/O DUANE MORRIS LLP
ATTN JOHN ROBERT WEISS
190 S LASALLE ST STE 3700
CHICAGO, IL 60603

SANTANDER BANK, N.A.
ATTN: DAVID GRISHMAN
VP- DEBT MANAGEMENT AND RECOVERY
MAIL CODE: MA1-MB2-0217
TWO MORRISSEY BLVD.
DORCHESTER, MA 02125

SANTANDER BANK, N.A.
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
MAIL CODE:MA1-MB2-0217
TWO MORRISSEY BLVD.
DORCHESTER, MA 02125

SEA ISLE CORPORATION
ATTN: BILL HALPEM
5447 GUARINO RD.
PITTSBURGH, PA 15217

SEA ISLE CORPORATION
P.O. BOX 81021
PITTSBURGH, PA 15217

SEARS METHODIST RETIREMENT SYSTEM, INC.
ATTN: KATHLEEN M. LEEDY
VICE PRESIDENT OF PROJECT MANAGEMENT
1114 LOST CREEK BOULEVARD, SUITE 210
AUSTIN, TX 78746-6318

SEC
FORT WORTH REGIONAL OFFICE
ATTN: DAVID WOODCOCK, REGIONAL DIRECTOR
BURNETT PLAZA, 801 CHERRY STREET
SUITE 1900, UNIT 18
FORT WORTH, TX 76102

SEC HEADQUARTERS
100 F STREET, NE
WASHINGTON, DC 20549

SELECT MEDICAL INC.
ATTN: BURDINE PUCYLOWSKI
V.P. OF BUSINESS DEVELOPMENT
4025 TAMPA ROAD, SUITE 1106
OLDSMAR, FL 34677

SELECT MEDICAL REHABILITATION SERVICES
4714 GETTYSBURG ROAD
MECHANICSBURG, PA 17055

SELECT MEDICAL REHABILITATION SERVICES
ATTN: LISA CUTRELL
4025 TAMPA RD., SUITE 1106
OLDSMAR, FL 34677

SOVEREIGN BANK
ATTN: DAVID GRISHMAN, ASSISTANT VICE PRESIDENT
MAIL CODE: MA1-SST-0410
75 STATE STREET
BOSTON, MA 02109

SPROUSE SHRADER SMITH PLLC
ATTN: JOHN MASSOUH, ESQ.
701 S. TAYLOR, STE. 500
PO BOX 15008
AMARILLO, TX 79105-5008

STERICYCLE INC.
28161 N. KEITH DRIVE
LAKE FOREST, IL 60045

STERICYCLE, INC
P.O. BOX 6578
CAROL STREAM, IL 60197-6578

STERICYCLE, INC.
ATTN: PRESIDENT MANAGING OR GENERAL AGENT
2333 WAUKEGAN RD
SUITE 300
BANNOCKBURN, IL 60015

STERICYCLE, INC.
ATTN: RANDALL BERMAN
4010 COMMERCIAL AVE
NORTHBROOK, IL 60062

SUDDENLINK - DALLAS
ATTN: COLLECTIONS
6151 PALUXY DR.
TYLER, TX 75703

SUDDENLINK - DALLAS
P O BOX 660365
DALLAS, TX 75266-0365

SUMMIT LITHO, INC.
ATTN: MARK DAVIS
1807 SW MARKET STREET
LEES SUMMIT, MO 64082-2319

SUSAN B. HERSH, P.C.
ATTN:  SUSAN B. HERSH, ESQ.
12770 COIT RD., STE. 1100
DALLAS, TX 75251

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVE., STE. 1120
MIAMI, FL 33131-1605

SYSCO USAI INC.
ATTN: JIM BECK
SENIOR DIRECTOR CREDIT RISK DEPARTMENT
1390 ENCLAVE PARKWAY
HOUSTON, TX 77077

TEXAS ATTORNEY GENERAL'S OFFICE
ATTN: J. CASEY ROY, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548- MC 008
AUSTIN, TX 78711-2548

TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS
ATTN: LEEANN CHANCE, ASSET MANAGER
221 EAST 11TH STREET
AUSTIN, TX 78701-2410

TEXAS METHODIST FOUNDATION
11709 BOULDER LANE, SUITE 100
AUSTIN, TX 78726

TEXAS METHODIST FOUNDATION
ATTN: TERRI HARNISH
11709 BOULDER LANE
SUITE 100
AUSTIN, TX 78726-1808

TEXAS TECH UNIVERSITY SYSTEM
ATTN: JOHN HUFFAKER - GENERAL COUNSEL
PO BOX 42021
LUBBOCK, TX 79409

TEXAS VETERAN'S LAND BOARD
1700 N. CONGRESS AVE.
AUSTIN, TX 78701-1495

TEXAS WORKFORCE COMMISSION
TEC BUILDING - BANKRUPTCY
101 EAST 15TH STREET
AUSTIN, TX 78778

THE TEXAS DEPARTMENT OF AGING
AND DISABILITY SERVICES (DADS)
PO BOX 149030
AUSTIN, TX 78714-9030

SYSCO NEW MEXICO
601 COMANCHE RD NE
ALBUQUERQUE, NM 87107-4103

TEXAS ATTORNEY GENERAL'S OFFICE
ATTN: CHRISTOPHER S. MURPHY, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548 - MC 008
AUSTIN, TX 78711-2548

TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS
ATTN: LEANN CHANCE
221 EAST 11TH STREET
AUSTIN, TX 78701

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
ATTN: CAREY E. SMITH, OFFICE OF GENERAL COUNSEL
BROWN-HEATLY BUILDING
4900 N. LAMAR BLVD.
MAIL CODE MC-1070
AUSTIN, TX 78751-2316

TEXAS METHODIST FOUNDATION
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
11709 BOULDER LANE
SUITE 100
AUSTIN, TX 78726-1808

TEXAS METHODIST FOUNDATION
C/O HUSCH BLACKWELL LLP
ATTN: KELL MERCER
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701-4093

TEXAS TECH UNIVERSITY SYSTEM
ATTN: SHEILA KIDWELL, GENERAL COUNSEL
PO BOX 42021
LUBBOCK, TX 79409

TEXAS VETERAN'S LAND BOARD
PO BOX 12873
AUSTIN, TX 78711-2873

THE TEXAS DEPARTMENT OF AGING
AND DISABILITY SERVICES (DADS)
701 W. 51ST STREET
AUSTIN, TX 78751

THOMAS A MACKEY PHD
2883 PALOMINO SPGS
BANDERA, TX 78003-3591

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
ATTN: SECRETARY OF HOUSING AND URBAN DEVELOPMENT
801 CHERRY ST.
UNIT #45
SUITE 2500
FORT WORTH, TX 76102

UMB BANK, N.A.
ATTN: LORNA GLEASON
CORPORATE TRUST SERVICES
120 SOUTH SIXTH STREET
#1400
MINNEAPOLIS, MN 55402

US FOODS INC.
PO BOX 840243
DALLAS, TX 75284-0243

WELLS FARGO BANK, N.A.
ATTN: KUSHINA WHITE, CORPORATE TRUST DEPARTMENT
750 N. ST. PAUL PLACE
SUITE 1750
DALLAS, TX 75201

WESTERN BUILDERS OF AMARILLO
700 S. GRANT STREET
AMARILLO, TX 79101

WICK PHILLIPS GOULD & MARTIN, LLP
ATTN: SHAYLA L. FRIESEN, ESQ.
3131 MCKINNEY AVE., STE. 100
DALLAS, TX 75204

WRIGHT GINSBERG BRUSILOW P.C.
ATTN: FRANK J. WRIGHT, ESQ.
14755 PRESTON RD., STE. 600
DALLAS, TX 75254

UMB BANK, AS INDENTURED TRUSTEE
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
CORPORATE TURST SERVICES
120 S SIXTH STREET, #1400
MINNEAPOLIS, MN 55402

UNDERWOOD LAW FIRM, P.C.
ATTN: ROGER S. COX, ESQ.
PO BOX 9158
AMARILLO, TX 79105-9158

US. DEPT. OF HOUSING AND URBAN DEVELOPMENT
DEPARTMENTAL ENFORCEMENT CENTER
819 TAYLOR STREET
ROOM 13A47
FORT WORTH, TX 76102-7907

WELLS FARGO BANK, N.A., AS INDENTURED TRUSTEE
ATTN: PRESIDENT, MANAGING OR GENERAL AGENT
750 N. ST. PAUL PLACE
SUITE 1750
DALLAS, TX 75201

WICK PHILLIPS GOULD & MARTIN, LLP
ATTN: JONATHAN S. COVIN, ESQ.
3131 MCKINNEY AVE., STE. 100
DALLAS, TX 75204

WRIGHT GINSBERG BRUSILOW P.C.
ATTN: C. ASHLEY ELLIS, ESQ.
14755 PRESTON RD., STE. 600
DALLAS, TX 75254