## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | CASE NO. 14-32821-sgj11 |
| | § | |
| SEARS METHODIST RETIREMENT | § | CHAPTER 11 |
| SYSTEM, INC., *et al.*[1] | § | |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF COOK | ) |

I, Nina H. Brody, being duly sworn, depose and state:

1.      I am an Senior Project Manager with Garden City Group, Inc.,[2] the notice, claims and solicitation agent for the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceeding.  Our business address is 190 South LaSalle Street, Suite 1925, Chicago, Illinois 60603.

2.      On February 26, 2015, at the direction of DLA Piper LLP ("DLA Piper"), counsel to the Debtors, I caused true and correct copies of the following documents to be served by e-mail on the Master Service List, Notice of Appearance Parties, Amer-Consolidated Roofing, Inc. d/b/a Top Wall Construction and Objecting parties identified on Exhibit A annexed hereto:

- **Notice of Hearing** [Docket No. 765].

---

[1] The debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: Sears Methodist Retirement System, Inc. (6330), Canyons Senior Living, L.P. (8545), Odessa Methodist Housing, Inc. (9569), Sears Brazos Retirement Corporation (8053), Sears Caprock Retirement Corporation (9581), Sears Methodist Centers, Inc. (4917), Sears Methodist Foundation (2545), Sears Panhandle Retirement Corporation (3233), Sears Permian Retirement Corporation (7608), Sears Plains Retirement Corporation (8233), Sears Tyler Methodist Retirement Corporation (0571) and Senior Dimensions, Inc. (4016).  The mailing address of each of the debtors, solely for purposes of notices and communications, is 2100 Ross Avenue 21st Floor, c/o Paul Rundell, Dallas, Texas 75201.

[2] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

3. On February 26, 2015 and February 27, 2015, also at the direction of DLA Piper, I caused true and correct copies of the following documents to be served by e-mail on the Master Service List, Notice of Appearance Parties, Amer-Consolidated Roofing, Inc. d/b/a Top Wall Construction and Objecting parties identified on Exhibit B annexed hereto:

- **Plan Debtors' Memorandum of Law (I) In Support of Confirmation of the Plan Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code and (II) In Reply to Outstanding Objections Thereto** (Docket No. 768)

- **Amended Witness and Exhibit List for February 27, 2015 Hearing** (Docket No. 769)

- **Notice of Filing of Clean and Redlined Versions of the Plan Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 770)

- **Declaration of Paul B. Rundell in Support of Confirmation of the Plan Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 771)

- **Amended Notice of Agenda of Matters Scheduled for Hearing on February 27, 2015 at 9:30 a.m. (CST)** (Docket No. 772)

Nina H. Brody

Sworn to before me this 27th day of
February, 2015

Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires: December 1, 2018

JEFFREY C. DEMMA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 01, 2018

# EXHIBIT A

ALFONSO L. MELENDEZ, P.C.
ATTN: ALFONSO L. MELENDEZ, ESQ.
11335 PELLICANO DR.
EL PASO, TX 79936
email: alfonso@almfirm.com

AMER-CONSOLIDATED ROOFING INC
C/O LAW OFFICE OF DICK HARRIS PC
ATTN DICK HARRIS
PO BOX 3835
ABILENE, TX 79604
email: dharris_law_firm@swbell.net

ATKINS, HOLLMANN, JONES, PEACOCK, LEWIS & LYON
ATTN: AMBER L. JAMES, ESQ.
3800 E. 42ND ST., STE. 500
ODESSA, TX 79762
email: ajames@odessalawfirm.com

BEARD LAW FIRM
ATTN: RUSSELL C. BEARD, ESQ.
PO BOX 1401
ABILENE, TX 79604-1401
email: office@beardfirm.com

BIBBY FINANCIAL SERVICES INC.
ATTN: ANGELA REECE
600 TOWN PARK LANE
SUITE 450
KENNESAW, GA 30144
email: areece@bibbyusa.com

BONTKE BROTHERS CONSTRUCTION COMPANY
ATTN: KENNY BONTKE
102 COLLEGE DR.
ABILENE, TX 79601
email: kbontke@bontkebrothers.com

BRYAN CAVE LLP
ATTN: FAISAL DELAWALLA, ESQ.
161 N. CLARK ST., STE. 4300
CHICAGO, IL 60601
email: faisal.delawalla@bryancave.com

CARLS MCDONALD & DALRYMPLE LLP
ATTN: NANCY A. SHELLHORSE
BARTON OAKS PLAZA ONE, SUITE 280
901 S. MOPAC EXPRESSWAY
AUSTIN, TX 78746
email: nshellhorse@cmcdlaw.com

CLIFTONLARSONALLEN LLP
ATTN: MICHAEL J. SIEGEL, ESQ.
5001 SPRING VALLEY ROAD
SUITE 600W
DALLAS, TX 75244
email: michael.siegel@claconnect.com

CRITICAL HEALTH CONNECTION INC.
ATTN: TRICIA HAYES
5010 KNICKERBOCKER RD.
SAN ANGELO, TX 76904
email: tricia@chcmedstaff.com

CRITICAL HEALTH CONNECTION, INC.
ATTN: JEFF PEISER, PRESIDENT
5010 KNICKERBOCKER ROAD
SAN ANGELO, TX 76904
email: jeff@chcmedstaff.com

CULHANE MEADOWS PLLC
ATTN: RICHARD G. GRANT, ESQ.
THE CRESCENT, STE. 700
100 CRESCENT COURT
DALLAS, TX 75201
email: rgrant@culhanemeadows.com

CUNNINGHAM DISTRIBUTING INC.
ATTN: JOHN CUNNINGHAM
2015 MILLS STREET
EL PASO, TX 79901
email: cunninghamdist@sbcglobal.net

DENTONS US LLP
ATTN: KATHRYN ASHTON, ESQ.
233 SOUTH WACKER DRIVE
SUITE 7800
CHICAGO, IL 60606
email: kathryn.ashton@dentons.com

DIAMOND MCCARTHY LLP
ATTN: CHARLES M. RUBIO, ESQ.
909 FANNIN ST., 15TH FL.
TWO HOUSTON CENTER
HOUSTON, TX 77010
email: CRUBIO@DIAMONDMCCARTHY.COM

DIAMOND MCCARTHY LLP
ATTN: KYUNG S. LEE, ESQ.
909 FANNIN ST.,15TH FL.
TWO HOUSTON CENTER
HOUSTON, TX 77010
email: KLEE@DIAMONDMCCARTHY.COM

DIANA MCIVER & ASSOCIATES INC.
ATTN: JANINE SISAK
4101 PARKSTONE HEIGHTS DRIVE
SUITE 310
AUSTIN, TX 78746
email: janines@dmacompanies.com; info@mciver.com

DIRECT SUPPLY, INC.
ATTN: KURT POLUCEK
6767 N. INDUSTRIAL ROAD
MILWAUKEE, WI 53223
email: kpolucek@directsupply.com

DLA PIPER
ATTN: SHERRY FAULKNER
1717 MAIN STREET, SUITE 4600
DALLAS, TX 75201
email: Sherry.Faulkner@dlapiper.com

DLA PIPER LLP (US)
ATTN: ANDREW ZOLLINGER, ESQ.
1717 MAIN STREET, SUITE 4600
DALLAS, TX 75201-4629
email: andrew.zollinger@dlapiper.com

DLA PIPER LLP (US)
ATTN: RACHEL NANES, ESQ.
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
email: Rachel.Nanes@dlapiper.com

DLA PIPER LLP (US)
ATTN: VINCENT P. SLUSHER, ESQ.
1717 MAIN STREET, SUITE 4600
DALLAS, TX 75201-4629
email: vincent.slusher@dlapiper.com

DUANE MORRIS LLP
ATTN: JOHN ROBERT WEISS, ESQ.
190 S. LASALLE ST., STE. 3700
CHICAGO, IL 60603
email: jrweiss@duanemorris.com

DUANE MORRIS LLP
ATTN: ROSANNE CIAMBRONE, ESQ.
190 S. LASALLE ST., STE. 3700
CHICAGO, IL 60603
email: rciambrone@duanemorris.com

ELROD, PLLC
ATTN: DAVID W. ELROD, ESQ.
500 N. AKARD ST., STE. 3000
DALLAS, TX 75201
email: delrod@elrodtrial.com

ELROD, PLLC
ATTN: WORTHY WALKER, ESQ.
500 N. AKARD ST., STE. 3000
DALLAS, TX 75201
email: wwalker@elrodtrial.com

EVANS PHARMACY
ATTN: BENTLY HAWLEY
310 DOTTSY AVE.
ODESSA, TX 79763
email: Rahawley13@cs.com

FROST BROWN TODD, LLC
ATTN ROBERT A. GUY JR, ESQ
150 3RD AVE S. STE. 1900
NASHVILLE, TN 37201
email: BGUY@FBTLAW.COM

GCG, INC.
ATTN: NINA BRODY
190 S. LASALLE STREET
SUITE 1925
CHICAGO, IL 60603
email: nina.brody@gcginc.com

GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.
ATTN: BRIAN T. CUMINGS, ESQ.
401 CONGRESS AVE., STE. 2200
AUSTIN, TX 78701
email: bcumings@gdhm.com

GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.
ATTN: JAMES V. HOEFFNER, ESQ.
401 CONGRESS AVE., STE. 2200
AUSTIN, TX 78701
email: JHOEFFNER@GDHM.COM

GRAY REED & MCGRAW, P.C.
ATTN: JASON S. BROOKNER, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201
email: jbrookner@grayreed.com

GRAY REED & MCGRAW, P.C.
ATTN: LYDIA R. WEBB, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201
email: lwebb@grayreed.com

GRAY REED & MCGRAW, P.C.
ATTN: MICHEAL W. BISHOP, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201
email: mbishop@grayreed.com

GREENBERG TRAURIG, LLP
ATTN: BRYAN L. ELWOOD, ESQ.
2200 ROSS AVE., STE. 5200
DALLAS, TX 75201
email: elwoodb@gtlaw.com

GREENBERG TRAURIG, LLP
ATTN: CLIFTON R. JESSUP, JR., ESQ.
2200 ROSS AVE., STE. 5200
DALLAS, TX 75201
email: jessupc@gtlaw.com

GREENBERG TRAURIG, LLP
ATTN: DAVID D. CLEARY, ESQ.
2375 E. CAMELBACK RD., STE. 700
PHOENIX, AZ 85016
email: CLEARYD@GTLAW.COM

GREENBERG TRAURIG, LLP
ATTN: NANCY A. PETERMAN, ESQ.
77 W. WACKER DR., STE. 3100
CHICAGO, IL 60601
email: petermann@gtlaw.com

HEALTHMEDX LLC
ATTN: DAN DUNCAN
5100 N. TOWNE CENTRE DR.
OZARK, MO 65721
email: DAN.DUNCAN@HEALTHMEDX.COM

HOFFMAN, SHEFFIELD, SAUSEDA & HOFFMAN, PLLC
ATTN CHRIS HOFFMAN, ESQ.
1008 S. MADISON
AMARILLO, TX 79101
email: choffman@hsshlaw.com

HUSCH BLACKWELL LLP
ATTN: KELL MERCER
111 CONGRESS AVENUE
SUITE 1400
AUSTIN, TX 78701-4093
email: Kell.Mercer@huschblackwell.com

JENNIFER J. YOUNG
RESIDENT AT MEADOW LAKE
15811 ROLLING GREEN COVE
TYLER, TX 75703
email: jenniferyoung@jenniferyoungmail.com

JOEL K NAIL
RESIDENT OF WESLEY COURT
6525 LINCOLNSHIRE WAY
ABILENE, TX 79606
email: Joel.nail@yahoo.com

KATTEN MUCHIN ROSENMAN LLP
ATTN: PETER A. SIDDIQUI, ESQ.
525 W. MONROE ST.
CHICAGO, IL 60661-3693
email: peter.siddiqui@kattenlaw.com

KNIGHT CARPET & FLOORING
ATTN: PAIGE WATTS
3401 NORTH FIRST STREET
ABILENE, TX 79603
email: paige@knightcarpet.com

LANE RUSSELL COLEMAN & LOGAN PC
ATTN: JASON B. BINFORD, ESQ.
3700 THANKSGIVING TOWER
1601 ELM ST.
DALLAS, TX 75201
email: jbinford@krcl.com

LAW OFFICE OF DICK HARRIS, P.C.
ATTN: DICK HARRIS, ESQ.
PO BOX 3835
ABILENE, TX 79604
email: dharris_law_firm@swbell.net

LAW OFFICES OF JUDITH W. ROSS
ATTN: ERIC SODERLUND, ESQ.
700 N. PEARL ST., STE. 1610
DALLAS, TX 75201
email: eric.soderlund@judithwross.com

LAW OFFICES OF JUDITH W. ROSS
ATTN: JUDITH W. ROSS, ESQ.
700 N. PEARL ST., STE. 1610
DALLAS, TX 75201
email: Judith.ross@judithwross.com

LAW OFFICES OF JUDITH W. ROSS
ATTN: NEIL J. ORLEANS, ESQ.
700 N. PEARL ST., STE. 1610
DALLAS, TX 75201
email: Neil.orleans@judithwross.com

LAW OFFICES OF K. KENNETH KOTLER
ATTN: K. KENNETH KOTLER, ESQ.
1901 AVENUE OF THE STARS, STE. 1100
LOS ANGELES, CA 90067
email: kotler@kenkotler.com

LIFE CARE SERVICES LLC
ATTN: ED KENNY, PRESIDENT
CAPITAL SQUARE
400 LOCUST ST., STE. 820
DES MOINES, IA 50309-2334
email: kenny@lcsnet.com

LIFE CARE SERVICES LLC
ATTN: JOEL D. NELSON, VICE PRESIDENT
CAPITAL SQUARE
400 LOCUST, STE. 820
DES MOINES, IA 50309-2334
email: info@lcsnet.com

LIFE CARE SERVICES LLC
C/O HINCKLEY ALLEN
ATTN: WILLIAM S. FISH JR.
20 CHURCH STREET
HARTFORD, CT 06103
email: wfish@hinckleyallen.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: LAURIE SPINDLER HUFFMAN, ESQ.
2777 N. STEMMONS FREEWAY, STE. 1000
DALLAS, TX 75207
email: dallas.bankruptcy@publicans.com; laurie.huffman@lgbs.com

MAYFIELD PAPER
ATTN: JILL MONTOYA
1115 SOUTH HILL STREET
SAN ANGELO, TX 76903
email: info@mayfieldpaper.com; jmontoya@mayfieldpaper.com

MAYFIELD PAPER COMPANY
ATTN: JILL MONTOYA
PO BOX 3889
SAN ANGELO, TX 76902
email: jmontoya@mayfieldpaper.com

MCCALL, PARKHURST & HORTON L.L.P.
ATTN: L.E. (TED) BRIZZOLARA, III
717 NORTH HARWOOD
SUITE 900
DALLAS, TX 75201
email: tbrizzolara@mphlegal.com

MCCALL, PARKHURST & HORTON LLP
ATTN: L.E. (TED) BRIZZOLARA, III
717 NORTH HARWOOD
9TH FLOOR
DALLAS, TX 75201
email: tbrizzolara@mphlegal.com

MCDERMOTT WILL & EMERY LLP
ATTN: MEGAN M. PREUSKER, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096
email: mpreusker@mwe.com

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096
email: ncoco@mwe.com

MCDERMOTT WILL & EMERY LLP
ATTN: WILLIAM P. SMITH, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096
email: WSMITH@MWE.COM

MCGUIRE, CRADDOCK & STROTHER, P.C.
ATTN: DAVID L. WOODS, ESQ.
2501 N. HARWOOD, STE. 1800
DALLAS, TX 75201
email: dwoods@mcslaw.com

MCGUIRE, CRADDOCK & STROTHERS, P.C.
ATTN: JAMES G. REA, ESQ.
2501 N. HARWOOD, STE. 1800
DALLAS, TX 75201
email: jrea@mcslaw.com

MCKESSON MEDICAL SURGICAL
CORPORATE HEADQUARTERS
ATTN: DEBBIE CLARKE
8741 LANDMARK RD.
RICHMOND, VA 23228
email: Debbie.Clarke@McKesson.com

MCKESSON MEDICAL SURGICAL INC.
ATTN: MELANIE BREWER, CREDIT MANAGER
4345 SOUTHPOINT BLVD.
JACKSONVILLE, FL 32216
email: mbrewer@pssd.com

MCWHORTER, COBB & JOHNSON, LLP
ATTN: R. MICHAEL MCCAULEY, JR., ESQ.
PO BOX 2547
LUBBOCK, TX 79408
email: mccauley@mcjllp.com

MCWHORTER, COBB & JOHNSON, LLP
ATTN: TODD J. JOHNSTON, ESQ.
PO BOX 2547
LUBBOCK, TX 79408
email: tjohnston@mcjllp.com

MEDLINE INDUSTRIES INC.
ATTN: TONY RUSSO
ONE MEDLINE PLACE
MUNDELEIN, IL 60060
email: arusso@medline.com

MESCH, CLARK & ROTHSCHILD PC.
ATTN: SUSAN N. GOODMAN ESQ.
259 N. MEYER AVE.
TUCSON, AZ 85701
email: sgoodman@mcrazlaw.com

MICHAEL S. SIMPSON
1509 W. 31ST STREET
AUSTIN, TX 78703
email: msimpson@mikesimpsonlaw.com

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
ATTN: RICHARD H. MOCHE
ONE FINANCIAL CENTER
BOSTON, MA 02111
email: RMoche@mintz.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C
ATTN: CHARLES W. AZANO, ESQ.
ONE FINANCIAL CTR.
BOSTON, MA 02111
email: cazano@mintz.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C
ATTN: DANIEL S. BLECK, ESQ.
ONE FINANCIAL CTR.
BOSTON, MA 02111
email: dbleck@mintz.com

MULLIN HOARD & BROWN, LLP
ATTN: ALYSIA CORDOVA, ESQ.
PO BOX 31656
AMARILLO, TX 79120-1656
email: acordova@mhba.com

MULLIN HOARD & BROWN, LLP
ATTN: DON D. SUNDERLAND, ESQ.
PO BOX 31656
AMARILLO, TX 79120-1656
email: DSUNDERL@MHBA.COM

MUNSCH HARDT KOPF & HARR PC
ATTN: KEVIN M. LIPPMAN, ESQ.
500 N. AKARD ST., STE. 3800
DALLAS, TX 75201-6659
email: KLIPPMAN@MUNSCH.COM

MUNSCH HARDT KOPF & HARR, P.C.
ATTN JOE E. MARSHALL, ESQ
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201
email: JMARSHALL@MUNSCH.COM

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: JOE E. MARSHALL, ESQ.
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201
email: jmarshall@munsch.com

MUNSCH, HARDT, KOPF & HARR P.C.
ATTN: THOMAS DANIEL BERGHMAN
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201
email: tberghman@munsch.com

NAMAN HOWELL SMITH & LEE, PLLC
ATTN: DAVID L. LEBAS, ESQ.
8310 N. CAPITAL OF TEXAS HWY, STE. 490
AUSTIN, TX 78731
email: dlebas@namanhowell.com; koswald@namanhowell.com

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ATTN: GREG ABBOTT
300 W. 15TH STREET
AUSTIN, TX 78701
email: greg.abbott@texasattorneygeneral.gov

OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION MC 008
ATTN JAY W HURST, ESQ.
PO BOX 12548
AUSTIN, TX 78711-2548
email: Jay.Hurst@texasattorneygeneral.gov

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DONNA K. WEBB, AUSA
BURNETT PLAZA, STE. 1700
801 CHERRY ST., UNIT 4
FORT WORTH, TX 76102-6882
email: DONNA.WEBB@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: NANCY S. RESNICK
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75242-1699
email: nancy.s.resnick@usdoj.gov

OMNICARE OF FT. WORTH
OMNICARE, INC.
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202
email: tammy.kolde@omnicare.com

OMNICARE, INC.
ATTN: BANKRUPTCY DEPARTMENT
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202
email: tammy.kolde@omnicare.com

OMNICARE-APS LUBBOCK
OMNICARE PHARMACY SERVICES
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202
email: tammy.kolde@omnicare.com

PETER G. MILNE, PC
ATTN: PETER G. MILNE, ESQ.
327 W. HOUSTON ST.
TYLER, TX 75702
email: PMILNE@TYLERTAXLAW.COM

PRUDENTIAL HUNTOON PAIGE ASSOCIATES, LTD.
PRUDENTIAL ASSET RESOURCES
ATTN: FHA LOAN ADMINISTRATION
2100 ROSS AVENUE
SUITE 2500
DALLAS, TX 75201
email: paige.warren@prudential.com

SEA ISLE CORPORATION
ATTN: BILL HALPEM
5447 GUARINO RD.
PITTSBURGH, PA 15217
email: SeaisleCo@aol.com

SELECT MEDICAL INC.
ATTN: BURDINE PUCYLOWSKI
V.P. OF BUSINESS DEVELOPMENT
4025 TAMPA ROAD, SUITE 1106
OLDSMAR, FL 34677
email: bpucylowski@selectmedical.com

SELECT MEDICAL REHABILITATION SERVICES
ATTN: LISA CUTRELL
4025 TAMPA RD., SUITE 1106
OLDSMAR, FL 34677
email: lcutrell@selectmedical.com

SPROUSE SHRADER SMITH PLLC
ATTN: JOHN MASSOUH, ESQ.
701 S. TAYLOR, STE. 500
PO BOX 15008
AMARILLO, TX 79105-5008
email: john.massouh@sprouselaw.com

SUMMIT LITHO, INC.
ATTN: MARK DAVIS
1807 SW MARKET STREET
LEES SUMMIT, MO 64082-2319
email: mark@summitlitho.com

SUSAN B. HERSH, P.C.
ATTN: SUSAN B. HERSH, ESQ.
12770 COIT RD., STE. 1100
DALLAS, TX 75251
email: susan@susanbhershpc.com

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVE., STE. 1120
MIAMI, FL 33131-1605
email: claims@recoverycorp.com

SYSCO USAI INC.
ATTN: JIM BECK
SENIOR DIRECTOR CREDIT RISK DEPARTMENT
1390 ENCLAVE PARKWAY
HOUSTON, TX 77077
email: beck.james@corp.sysco.com

TEXAS ATTORNEY GENERAL'S OFFICE
ATTN: CHRISTOPHER S. MURPHY, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548 - MC 008
AUSTIN, TX 78711-2548
email: christopher.murphy@texasattorneygeneral.gov

TEXAS ATTORNEY GENERAL'S OFFICE
ATTN: J. CASEY ROY, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548- MC 008
AUSTIN, TX 78711-2548
email: CASEY.ROY@TEXASATTORNEYGENERAL.GOV

TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS
ATTN: LEEANN CHANCE, ASSET MANAGER
221 EAST 11TH STREET
AUSTIN, TX 78701-2410
email: leeann.chance@tdhca.state.tx.us

TEXAS METHODIST FOUNDATION
ATTN: TERRI HARNISH
11709 BOULDER LANE
SUITE 100
AUSTIN, TX 78726-1808
email: tharnish@tmf-fdn.org

TEXAS METHODIST FOUNDATION
C/O HUSCH BLACKWELL LLP
ATTN: KELL MERCER
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701-4093
email: Kell.Mercer@huschblackwell.com

TEXAS TECH UNIVERSITY SYSTEM
ATTN: JOHN HUFFAKER - GENERAL COUNSEL
PO BOX 42021
LUBBOCK, TX 79409
email: john.huffaker@ttu.edu

TEXAS TECH UNIVERSITY SYSTEM
ATTN: SHEILA KIDWELL, GENERAL COUNSEL
PO BOX 42021
LUBBOCK, TX 79409
email: Sheila.kidwell@ttu.edu

U.S. DEPT OF HOUSING AND URBAN DEVELOPMENT
ATTN: KIM MAYFIELD, ENFORCEMENT ATTORNEY
DEPARTMENTAL ENFORCEMENT CENTER
801 CHERRY STREET, SUITE 2500
FORT WORTH, TX 76012
email: Kimberly.P.Mayfield@hud.gov

UMB BANK, N.A.
ATTN: LORNA GLEASON
CORPORATE TRUST SERVICES
120 SOUTH SIXTH STREET
#1400
MINNEAPOLIS, MN 55402
email: LORNA.GLEASON@UMB.COM

UNDERWOOD LAW FIRM, P.C.
ATTN: ROGER S. COX, ESQ.
PO BOX 9158
AMARILLO, TX 79105-9158
email: roger.cox@uwlaw.com

VIRGINIA R FINCHER
(MRS BERT T FINCHER)
C/O MIKE SIMPSON & SARA FINCHER SIMPSON
1509 W 31ST ST
AUSTIN, TX 78703
email: michael.s.simpson@gmail.com; msimpson@mikesimpson.com

WICK PHILLIPS GOULD & MARTIN, LLP
ATTN: JONATHAN S. COVIN, ESQ.
3131 MCKINNEY AVE., STE. 100
DALLAS, TX 75204
email: jonathan.covin@wickphillips.com

WICK PHILLIPS GOULD & MARTIN, LLP
ATTN: SHAYLA L. FRIESEN, ESQ.
3131 MCKINNEY AVE., STE. 100
DALLAS, TX 75204
email: shayla.friesen@wickphillips.com

WRIGHT GINSBERG BRUSILOW P.C.
ATTN: C. ASHLEY ELLIS, ESQ.
14755 PRESTON RD., STE. 600
DALLAS, TX 75254
email: bankruptcy@wgblawfirm.com

WRIGHT GINSBERG BRUSILOW P.C.
ATTN: FRANK J. WRIGHT, ESQ.
14755 PRESTON RD., STE. 600
DALLAS, TX 75254
email: bankruptcy@wgblawfirm.com

# EXHIBIT B

ALFONSO L. MELENDEZ, P.C.
ATTN: ALFONSO L. MELENDEZ, ESQ.
11335 PELLICANO DR.
EL PASO, TX 79936
email: alfonso@almfirm.com

AMER-CONSOLIDATED ROOFING INC
C/O LAW OFFICE OF DICK HARRIS PC
ATTN DICK HARRIS
PO BOX 3835
ABILENE, TX 79604
email: dharris_law_firm@swbell.net

ATKINS, HOLLMANN, JONES, PEACOCK, LEWIS & LYON
ATTN: AMBER L. JAMES, ESQ.
3800 E. 42ND ST., STE. 500
ODESSA, TX 79762
email: ajames@odessalawfirm.com

BEARD LAW FIRM
ATTN: RUSSELL C. BEARD, ESQ.
PO BOX 1401
ABILENE, TX 79604-1401
email: office@beardfirm.com

BIBBY FINANCIAL SERVICES INC.
ATTN: ANGELA REECE
600 TOWN PARK LANE
SUITE 450
KENNESAW, GA 30144
email: areece@bibbyusa.com

BONTKE BROTHERS CONSTRUCTION COMPANY
ATTN: KENNY BONTKE
102 COLLEGE DR.
ABILENE, TX 79601
email: kbontke@bontkebrothers.com

BRYAN CAVE LLP
ATTN: FAISAL DELAWALLA, ESQ.
161 N. CLARK ST., STE. 4300
CHICAGO, IL 60601
email: faisal.delawalla@bryancave.com

CARLS MCDONALD & DALRYMPLE LLP
ATTN: NANCY A. SHELLHORSE
BARTON OAKS PLAZA ONE, SUITE 280
901 S. MOPAC EXPRESSWAY
AUSTIN, TX 78746
email: nshellhorse@cmcdlaw.com

CLIFTONLARSONALLEN LLP
ATTN: MICHAEL J. SIEGEL, ESQ.
5001 SPRING VALLEY ROAD
SUITE 600W
DALLAS, TX 75244
email: michael.siegel@claconnect.com

CRITICAL HEALTH CONNECTION INC.
ATTN: TRICIA HAYES
5010 KNICKERBOCKER RD.
SAN ANGELO, TX 76904
email: tricia@chcmedstaff.com

CRITICAL HEALTH CONNECTION, INC.
ATTN: JEFF PEISER, PRESIDENT
5010 KNICKERBOCKER ROAD
SAN ANGELO, TX 76904
email: jeff@chcmedstaff.com

CULHANE MEADOWS PLLC
ATTN: RICHARD G. GRANT, ESQ.
THE CRESCENT, STE. 700
100 CRESCENT COURT
DALLAS, TX 75201
email: rgrant@culhanemeadows.com

CUNNINGHAM DISTRIBUTING INC.
ATTN: JOHN CUNNINGHAM
2015 MILLS STREET
EL PASO, TX 79901
email: cunninghamdist@sbcglobal.net

DENTONS US LLP
ATTN: KATHRYN ASHTON, ESQ.
233 SOUTH WACKER DRIVE
SUITE 7800
CHICAGO, IL 60606
email: kathryn.ashton@dentons.com

DIAMOND MCCARTHY LLP
ATTN: CHARLES M. RUBIO, ESQ.
909 FANNIN ST., 15TH FL.
TWO HOUSTON CENTER
HOUSTON, TX 77010
email: CRUBIO@DIAMONDMCCARTHY.COM

DIAMOND MCCARTHY LLP
ATTN: KYUNG S. LEE, ESQ.
909 FANNIN ST.,15TH FL.
TWO HOUSTON CENTER
HOUSTON, TX 77010
email: KLEE@DIAMONDMCCARTHY.COM

DIANA MCIVER & ASSOCIATES INC.
ATTN: JANINE SISAK
4101 PARKSTONE HEIGHTS DRIVE
SUITE 310
AUSTIN, TX 78746
email: janines@dmacompanies.com; info@mciver.com

DIRECT SUPPLY, INC.
ATTN: KURT POLUCEK
6767 N. INDUSTRIAL ROAD
MILWAUKEE, WI 53223
email: kpolucek@directsupply.com

DLA PIPER
ATTN: SHERRY FAULKNER
1717 MAIN STREET, SUITE 4600
DALLAS, TX 75201
email: Sherry.Faulkner@dlapiper.com

DLA PIPER LLP (US)
ATTN: ANDREW ZOLLINGER, ESQ.
1717 MAIN STREET, SUITE 4600
DALLAS, TX 75201-4629
email: andrew.zollinger@dlapiper.com

DLA PIPER LLP (US)
ATTN: RACHEL NANES, ESQ.
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
email: Rachel.Nanes@dlapiper.com

DLA PIPER LLP (US)
ATTN: VINCENT P. SLUSHER, ESQ.
1717 MAIN STREET, SUITE 4600
DALLAS, TX 75201-4629
email: vincent.slusher@dlapiper.com

DUANE MORRIS LLP
ATTN: JOHN ROBERT WEISS, ESQ.
190 S. LASALLE ST., STE. 3700
CHICAGO, IL 60603
email: jrweiss@duanemorris.com

DUANE MORRIS LLP
ATTN: ROSANNE CIAMBRONE, ESQ.
190 S. LASALLE ST., STE. 3700
CHICAGO, IL 60603
email: rciambrone@duanemorris.com

ELROD, PLLC
ATTN: DAVID W. ELROD, ESQ.
500 N. AKARD ST., STE. 3000
DALLAS, TX 75201
email: delrod@elrodtrial.com

ELROD, PLLC
ATTN: WORTHY WALKER, ESQ.
500 N. AKARD ST., STE. 3000
DALLAS, TX 75201
email: wwalker@elrodtrial.com

EVANS PHARMACY
ATTN: BENTLY HAWLEY
310 DOTTSY AVE.
ODESSA, TX 79763
email: Rahawley13@cs.com

FROST BROWN TODD, LLC
ATTN ROBERT A. GUY JR, ESQ
150 3RD AVE S. STE. 1900
NASHVILLE, TN 37201
email: BGUY@FBTLAW.COM

GCG, INC.
ATTN: NINA BRODY
190 S. LASALLE STREET
SUITE 1925
CHICAGO, IL 60603
email: nina.brody@gcginc.com

GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.
ATTN: BRIAN T. CUMINGS, ESQ.
401 CONGRESS AVE., STE. 2200
AUSTIN, TX 78701
email: bcumings@gdhm.com

GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.
ATTN: JAMES V. HOEFFNER, ESQ.
401 CONGRESS AVE., STE. 2200
AUSTIN, TX 78701
email: JHOEFFNER@GDHM.COM

GRAY REED & MCGRAW, P.C.
ATTN: JASON S. BROOKNER, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201
email: jbrookner@grayreed.com

GRAY REED & MCGRAW, P.C.
ATTN: LYDIA R. WEBB, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201
email: lwebb@grayreed.com

GRAY REED & MCGRAW, P.C.
ATTN: MICHEAL W. BISHOP, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201
email: mbishop@grayreed.com

GREENBERG TRAURIG, LLP
ATTN: BRYAN L. ELWOOD, ESQ.
2200 ROSS AVE., STE. 5200
DALLAS, TX 75201
email: elwoodb@gtlaw.com

GREENBERG TRAURIG, LLP
ATTN: CLIFTON R. JESSUP, JR., ESQ.
2200 ROSS AVE., STE. 5200
DALLAS, TX 75201
email: jessupc@gtlaw.com

GREENBERG TRAURIG, LLP
ATTN: DAVID D. CLEARY, ESQ.
2375 E. CAMELBACK RD., STE. 700
PHOENIX, AZ 85016
email: CLEARYD@GTLAW.COM

GREENBERG TRAURIG, LLP
ATTN: NANCY A. PETERMAN, ESQ.
77 W. WACKER DR., STE. 3100
CHICAGO, IL 60601
email: petermann@gtlaw.com

HEALTHMEDX LLC
ATTN: DAN DUNCAN
5100 N. TOWNE CENTRE DR.
OZARK, MO 65721
email: DAN.DUNCAN@HEALTHMEDX.COM

HOFFMAN, SHEFFIELD, SAUSEDA & HOFFMAN, PLLC
ATTN CHRIS HOFFMAN, ESQ.
1008 S. MADISON
AMARILLO, TX 79101
email: choffman@hsshlaw.com

HUSCH BLACKWELL LLP
ATTN: KELL MERCER
111 CONGRESS AVENUE
SUITE 1400
AUSTIN, TX 78701-4093
email: Kell.Mercer@huschblackwell.com

JENNIFER J. YOUNG
RESIDENT AT MEADOW LAKE
15811 ROLLING GREEN COVE
TYLER, TX 75703
email: jenniferyoung@jenniferyoungmail.com

JOEL K NAIL
RESIDENT OF WESLEY COURT
6525 LINCOLNSHIRE WAY
ABILENE, TX 79606
email: Joel.nail@yahoo.com

KATTEN MUCHIN ROSENMAN LLP
ATTN: PETER A. SIDDIQUI, ESQ.
525 W. MONROE ST.
CHICAGO, IL 60661-3693
email: peter.siddiqui@kattenlaw.com

KNIGHT CARPET & FLOORING
ATTN: PAIGE WATTS
3401 NORTH FIRST STREET
ABILENE, TX 79603
email: paige@knightcarpet.com

LANE RUSSELL COLEMAN & LOGAN PC
ATTN: JASON B. BINFORD, ESQ.
3700 THANKSGIVING TOWER
1601 ELM ST.
DALLAS, TX 75201
email: jbinford@krcl.com

LAW OFFICE OF DICK HARRIS, P.C.
ATTN: DICK HARRIS, ESQ.
PO BOX 3835
ABILENE, TX 79604
email: dharris_law_firm@swbell.net

LAW OFFICES OF JUDITH W. ROSS
ATTN: ERIC SODERLUND, ESQ.
700 N. PEARL ST., STE. 1610
DALLAS, TX 75201
email: eric.soderlund@judithwross.com

LAW OFFICES OF JUDITH W. ROSS
ATTN: JUDITH W. ROSS, ESQ.
700 N. PEARL ST., STE. 1610
DALLAS, TX 75201
email: Judith.ross@judithwross.com

LAW OFFICES OF JUDITH W. ROSS
ATTN: NEIL J. ORLEANS, ESQ.
700 N. PEARL ST., STE. 1610
DALLAS, TX 75201
email: Neil.orleans@judithwross.com

LAW OFFICES OF K. KENNETH KOTLER
ATTN: K. KENNETH KOTLER, ESQ.
1901 AVENUE OF THE STARS, STE. 1100
LOS ANGELES, CA 90067
email: kotler@kenkotler.com

LIFE CARE SERVICES LLC
ATTN: ED KENNY, PRESIDENT
CAPITAL SQUARE
400 LOCUST ST., STE. 820
DES MOINES, IA 50309-2334
email: kenny@lcsnet.com

LIFE CARE SERVICES LLC
ATTN: JOEL D. NELSON, VICE PRESIDENT
CAPITAL SQUARE
400 LOCUST, STE. 820
DES MOINES, IA 50309-2334
email: info@lcsnet.com

LIFE CARE SERVICES LLC
C/O HINCKLEY ALLEN
ATTN: WILLIAM S. FISH JR.
20 CHURCH STREET
HARTFORD, CT 06103
email: wfish@hinckleyallen.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: LAURIE SPINDLER HUFFMAN, ESQ.
2777 N. STEMMONS FREEWAY, STE. 1000
DALLAS, TX 75207
email: dallas.bankruptcy@publicans.com; laurie.huffman@lgbs.com

MAYFIELD PAPER
ATTN: JILL MONTOYA
1115 SOUTH HILL STREET
SAN ANGELO, TX 76903
email: info@mayfieldpaper.com; jmontoya@mayfieldpaper.com

MAYFIELD PAPER COMPANY
ATTN: JILL MONTOYA
PO BOX 3889
SAN ANGELO, TX 76902
email: jmontoya@mayfieldpaper.com

MCCALL, PARKHURST & HORTON L.L.P.
ATTN: L.E. (TED) BRIZZOLARA, III
717 NORTH HARWOOD
SUITE 900
DALLAS, TX 75201
email: tbrizzolara@mphlegal.com

MCCALL, PARKHURST & HORTON LLP
ATTN: L.E. (TED) BRIZZOLARA, III
717 NORTH HARWOOD
9TH FLOOR
DALLAS, TX 75201
email: tbrizzolara@mphlegal.com

MCDERMOTT WILL & EMERY LLP
ATTN: MEGAN M. PREUSKER, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096
email: mpreusker@mwe.com

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096
email: ncoco@mwe.com

MCDERMOTT WILL & EMERY LLP
ATTN: WILLIAM P. SMITH, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096
email: WSMITH@MWE.COM

MCGUIRE, CRADDOCK & STROTHER, P.C.
ATTN: DAVID L. WOODS, ESQ.
2501 N. HARWOOD, STE. 1800
DALLAS, TX 75201
email: dwoods@mcslaw.com

MCGUIRE, CRADDOCK & STROTHERS, P.C.
ATTN: JAMES G. REA, ESQ.
2501 N. HARWOOD, STE. 1800
DALLAS, TX 75201
email: jrea@mcslaw.com

MCKESSON MEDICAL SURGICAL
CORPORATE HEADQUARTERS
ATTN: DEBBIE CLARKE
8741 LANDMARK RD.
RICHMOND, VA 23228
email: Debbie.Clarke@McKesson.com

MCKESSON MEDICAL SURGICAL INC.
ATTN: MELANIE BREWER, CREDIT MANAGER
4345 SOUTHPOINT BLVD.
JACKSONVILLE, FL 32216
email: mbrewer@pssd.com

MCWHORTER, COBB & JOHNSON, LLP
ATTN: R. MICHAEL MCCAULEY, JR., ESQ.
PO BOX 2547
LUBBOCK, TX 79408
email: mccauley@mcjllp.com

MCWHORTER, COBB & JOHNSON, LLP
ATTN: TODD J. JOHNSTON, ESQ.
PO BOX 2547
LUBBOCK, TX 79408
email: tjohnston@mcjllp.com

MEDLINE INDUSTRIES INC.
ATTN: TONY RUSSO
ONE MEDLINE PLACE
MUNDELEIN, IL 60060
email: arusso@medline.com

MESCH, CLARK & ROTHSCHILD PC.
ATTN: SUSAN N. GOODMAN ESQ.
259 N. MEYER AVE.
TUCSON, AZ 85701
email: sgoodman@mcrazlaw.com

MICHAEL S. SIMPSON
1509 W. 31ST STREET
AUSTIN, TX 78703
email: msimpson@mikesimpsonlaw.com

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
ATTN: RICHARD H. MOCHE
ONE FINANCIAL CENTER
BOSTON, MA 02111
email: RMoche@mintz.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C
ATTN: CHARLES W. AZANO, ESQ.
ONE FINANCIAL CTR.
BOSTON, MA 02111
email: cazano@mintz.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C
ATTN: DANIEL S. BLECK, ESQ.
ONE FINANCIAL CTR.
BOSTON, MA 02111
email: dbleck@mintz.com

MULLIN HOARD & BROWN, LLP
ATTN: ALYSIA CORDOVA, ESQ.
PO BOX 31656
AMARILLO, TX 79120-1656
email: acordova@mhba.com

MULLIN HOARD & BROWN, LLP
ATTN: DON D. SUNDERLAND, ESQ.
PO BOX 31656
AMARILLO, TX 79120-1656
email: DSUNDERL@MHBA.COM

MUNSCH HARDT KOPF & HARR PC
ATTN: KEVIN M. LIPPMAN, ESQ.
500 N. AKARD ST., STE. 3800
DALLAS, TX 75201-6659
email: KLIPPMAN@MUNSCH.COM

MUNSCH HARDT KOPF & HARR, P.C.
ATTN JOE E. MARSHALL, ESQ
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201
email: JMARSHALL@MUNSCH.COM

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: JOE E. MARSHALL, ESQ.
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201
email: jmarshall@munsch.com

MUNSCH, HARDT, KOPF & HARR P.C.
ATTN: THOMAS DANIEL BERGHMAN
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201
email: tberghman@munsch.com

NAMAN HOWELL SMITH & LEE, PLLC
ATTN: DAVID L. LEBAS, ESQ.
8310 N. CAPITAL OF TEXAS HWY, STE. 490
AUSTIN, TX 78731
email: dlebas@namanhowell.com; koswald@namanhowell.com

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ATTN: GREG ABBOTT
300 W. 15TH STREET
AUSTIN, TX 78701
email: greg.abbott@texasattorneygeneral.gov

OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION MC 008
ATTN JAY W HURST, ESQ.
PO BOX 12548
AUSTIN, TX 78711-2548
email: Jay.Hurst@texasattorneygeneral.gov

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DONNA K. WEBB, AUSA
BURNETT PLAZA, STE. 1700
801 CHERRY ST., UNIT 4
FORT WORTH, TX 76102-6882
email: DONNA.WEBB@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: NANCY S. RESNICK
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75242-1699
email: nancy.s.resnick@usdoj.gov

OMNICARE OF FT. WORTH
OMNICARE, INC.
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202
email: tammy.kolde@omnicare.com

OMNICARE, INC.
ATTN: BANKRUPTCY DEPARTMENT
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202
email: tammy.kolde@omnicare.com

OMNICARE-APS LUBBOCK
OMNICARE PHARMACY SERVICES
900 OMNICARE CENTER
201 E. FOURTH STREET
CINCINNATI, OH 45202
email: tammy.kolde@omnicare.com

PETER G. MILNE, PC
ATTN: PETER G. MILNE, ESQ.
327 W. HOUSTON ST.
TYLER, TX 75702
email: PMILNE@TYLERTAXLAW.COM

PRUDENTIAL HUNTOON PAIGE ASSOCIATES, LTD.
PRUDENTIAL ASSET RESOURCES
ATTN: FHA LOAN ADMINISTRATION
2100 ROSS AVENUE
SUITE 2500
DALLAS, TX 75201
email: paige.warren@prudential.com

SEA ISLE CORPORATION
ATTN: BILL HALPEM
5447 GUARINO RD.
PITTSBURGH, PA 15217
email: SeaisleCo@aol.com

SELECT MEDICAL INC.
ATTN: BURDINE PUCYLOWSKI
V.P. OF BUSINESS DEVELOPMENT
4025 TAMPA ROAD, SUITE 1106
OLDSMAR, FL 34677
email: bpucylowski@selectmedical.com

SELECT MEDICAL REHABILITATION SERVICES
ATTN: LISA CUTRELL
4025 TAMPA RD., SUITE 1106
OLDSMAR, FL 34677
email: lcutrell@selectmedical.com

SPROUSE SHRADER SMITH PLLC
ATTN: JOHN MASSOUH, ESQ.
701 S. TAYLOR, STE. 500
PO BOX 15008
AMARILLO, TX 79105-5008
email: john.massouh@sprouselaw.com

SUMMIT LITHO, INC.
ATTN: MARK DAVIS
1807 SW MARKET STREET
LEES SUMMIT, MO 64082-2319
email: mark@summitlitho.com

SUSAN B. HERSH, P.C.
ATTN: SUSAN B. HERSH, ESQ.
12770 COIT RD., STE. 1100
DALLAS, TX 75251
email: susan@susanbhershpc.com

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVE., STE. 1120
MIAMI, FL 33131-1605
email: claims@recoverycorp.com

SYSCO USAI INC.
ATTN: JIM BECK
SENIOR DIRECTOR CREDIT RISK DEPARTMENT
1390 ENCLAVE PARKWAY
HOUSTON, TX 77077
email: beck.james@corp.sysco.com

TEXAS ATTORNEY GENERAL'S OFFICE
ATTN: CHRISTOPHER S. MURPHY, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548 - MC 008
AUSTIN, TX 78711-2548
email: christopher.murphy@texasattorneygeneral.gov

TEXAS ATTORNEY GENERAL'S OFFICE
ATTN: J. CASEY ROY, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548- MC 008
AUSTIN, TX 78711-2548
email: CASEY.ROY@TEXASATTORNEYGENERAL.GOV

TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS
ATTN: LEEANN CHANCE, ASSET MANAGER
221 EAST 11TH STREET
AUSTIN, TX 78701-2410
email: leeann.chance@tdhca.state.tx.us

TEXAS METHODIST FOUNDATION
ATTN: TERRI HARNISH
11709 BOULDER LANE
SUITE 100
AUSTIN, TX 78726-1808
email: tharnish@tmf-fdn.org

TEXAS METHODIST FOUNDATION
C/O HUSCH BLACKWELL LLP
ATTN: KELL MERCER
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701-4093
email: Kell.Mercer@huschblackwell.com

TEXAS TECH UNIVERSITY SYSTEM
ATTN: JOHN HUFFAKER - GENERAL COUNSEL
PO BOX 42021
LUBBOCK, TX 79409
email: john.huffaker@ttu.edu

TEXAS TECH UNIVERSITY SYSTEM
ATTN: SHEILA KIDWELL, GENERAL COUNSEL
PO BOX 42021
LUBBOCK, TX 79409
email: Sheila.kidwell@ttu.edu

U.S. DEPT OF HOUSING AND URBAN DEVELOPMENT
ATTN: KIM MAYFIELD, ENFORCEMENT ATTORNEY
DEPARTMENTAL ENFORCEMENT CENTER
801 CHERRY STREET, SUITE 2500
FORT WORTH, TX 76012
email: Kimberly.P.Mayfield@hud.gov

UMB BANK, N.A.
ATTN: LORNA GLEASON
CORPORATE TRUST SERVICES
120 SOUTH SIXTH STREET
#1400
MINNEAPOLIS, MN 55402
email: LORNA.GLEASON@UMB.COM

UNDERWOOD LAW FIRM, P.C.
ATTN: ROGER S. COX, ESQ.
PO BOX 9158
AMARILLO, TX 79105-9158
email: roger.cox@uwlaw.com

VIRGINIA R FINCHER
(MRS BERT T FINCHER)
C/O MIKE SIMPSON & SARA FINCHER SIMPSON
1509 W 31ST ST
AUSTIN, TX 78703
email: michael.s.simpson@gmail.com; msimpson@mikesimpson.com

WICK PHILLIPS GOULD & MARTIN, LLP
ATTN: JONATHAN S. COVIN. ESQ.
3131 MCKINNEY AVE., STE. 100
DALLAS, TX 75204
email: jonathan.covin@wickphillips.com

WICK PHILLIPS GOULD & MARTIN, LLP
ATTN: SHAYLA L. FRIESEN, ESQ.
3131 MCKINNEY AVE., STE. 100
DALLAS, TX 75204
email: shayla.friesen@wickphillips.com

WRIGHT GINSBERG BRUSILOW P.C.
ATTN: C. ASHLEY ELLIS, ESQ.
14755 PRESTON RD., STE. 600
DALLAS, TX 75254
email: bankruptcy@wgblawfirm.com

WRIGHT GINSBERG BRUSILOW P.C.
ATTN: FRANK J. WRIGHT, ESQ.
14755 PRESTON RD., STE. 600
DALLAS, TX 75254
email: bankruptcy@wgblawfirm.com