## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | CASE NO. 14-32821-sgj11 |
| SEARS METHODIST RETIREMENT SYSTEM, INC., *et al.*[1] | § § § § | CHAPTER 11 |
| Debtors. | § § | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF ILLINOIS   )
                    ) ss
COUNTY OF COOK      )

I, Ryan S. Nadick, being duly sworn, depose and state:

1.    I am an Assistant Director with Garden City Group, LLC,[2] the notice, claims and solicitation agent for the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1925, Chicago, Illinois 60603.

2.    On February 27, 2015, at the direction of DLA Piper LLP, counsel to the Debtors, I caused true and correct copies of the following documents to be served by first class mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties and Affected Parties):

---

[1] The debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: Sears Methodist Retirement System, Inc. (6330), Canyons Senior Living, L.P. (8545), Odessa Methodist Housing, Inc. (9569), Sears Brazos Retirement Corporation (8053), Sears Caprock Retirement Corporation (9581), Sears Methodist Centers, Inc. (4917), Sears Methodist Foundation (2545), Sears Panhandle Retirement Corporation (3233), Sears Permian Retirement Corporation (7608), Sears Plains Retirement Corporation (8233), Sears Tyler Methodist Retirement Corporation (0571) and Senior Dimensions, Inc. (4016). The mailing address of each of the debtors, solely for purposes of notices and communications, is 2100 Ross Avenue 21st Floor, c/o Paul Rundell, Dallas, Texas 75201.

[2] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

- **Plan Debtors' Memorandum of Law (I) in Support of Confirmation of the Plan Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code and (II) in Reply to Outstanding Objections Thereto** [Docket No. 768];

- **Amended Witness and Exhibit List for February 27, 2015 Hearing** [Docket No. 769];

- **Notice of Filing of Clean and Redlined Versions of the Plan Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 770];

- **Declaration of Paul B. Rundell in Support of Confirmation of the Plan Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 771]; and

- **Amended Notice of Agenda of Matters Scheduled for Hearing on February 27, 2015 at 9:30 a.m. (CST)** [Docket No. 772].

Ryan S. Nadick

Sworn to before me this 2nd day of March, 2015

Margaret A. Posa
Notary Public, State of Illinois
No. 722327
Qualified in Cook County
Commission Expires: February 11, 2018

"OFFICIAL SEAL"
MARGARET A POSA
Notary Public, State of Illinois
My Commission Expires 2/11/2018

# EXHIBIT A

| | |
|---|---|
| ALFONSO L. MELENDEZ, P.C.<br>ATTN: ALFONSO L. MELENDEZ, ESQ.<br>11335 PELLICANO DR.<br>EL PASO, TX 79936 | AMER-CONSOLIDATED ROOFING INC<br>C/O LAW OFFICE OF DICK HARRIS PC<br>ATTN DICK HARRIS<br>PO BOX 3835<br>ABILENE, TX 79604 |
| AMER-CONSOLIDATED ROOFING INC<br>D/B/A TOP WALL CONSTRUCTION<br>344 CLARK RD<br>ABILENE, TX 79602 | AMER-CONSOLIDATED ROOFING, INC DBA<br>TOP WALL CONSTRUCTION<br>PO BOX 131763<br>TYLER, TX 75713 |
| AMERICAN STATE BANK<br>ATTN: DEBBIE KNIGHT<br>1401 AVENUE Q<br>LUBBOCK, TX 79401 | ATKINS, HOLLMANN, JONES, PEACOCK, LEWIS & LYON<br>ATTN: AMBER L. JAMES, ESQ.<br>3800 E. 42ND ST., STE. 500<br>ODESSA, TX 79762 |
| BEARD LAW FIRM<br>ATTN: RUSSELL C. BEARD, ESQ.<br>PO BOX 1401<br>ABILENE, TX 79604-1401 | BEN E. KEITH<br>2300 NORTH LAKESIDE DRIVE<br>AMARILLO, TX 79108 |
| BEN E. KEITH<br>7001 WILL ROGERS BLVD.<br>FORT WORTH, TX 76140 | BEN E. KEITH<br>ATTN: LEGAL<br>PO BOX 2628<br>FORT WORTH, TX 76113 |
| BIBBY FINANCIAL SERVICES INC.<br>ATTN: ANGELA REECE<br>600 TOWN PARK LANE<br>SUITE 450<br>KENNESAW, GA 30144 | BONTKE BROTHERS CONSTRUCTION COMPANY<br>ATTN: KENNY BONTKE<br>102 COLLEGE DR.<br>ABILENE, TX 79601 |
| BONTKE BROTHERS CONSTRUCTION COMPANY<br>PO BOX 2896<br>ABILENE, TX 79604-2896 | BRYAN CAVE LLP<br>ATTN: FAISAL DELAWALLA, ESQ.<br>161 N. CLARK ST., STE. 4300<br>CHICAGO, IL 60601 |

CARLS MCDONALD & DALRYMPLE LLP
ATTN: NANCY A. SHELLHORSE
BARTON OAKS PLAZA ONE, SUITE 280
901 S. MOPAC EXPRESSWAY
AUSTIN, TX 78746

CLIFTONLARSONALLEN LLP
ATTN: MICHAEL J. SIEGEL, ESQ.
5001 SPRING VALLEY ROAD
SUITE 600W
DALLAS, TX 75244

CMS RO - CENTERS FOR MEDICARE &
MEDICAID SERVICES REGIONAL OFFICE
1301 YOUNG STREET
RM. 714
DALLAS, TX 75202

CRITICAL HEALTH CONNECTION INC.
ATTN: TRICIA HAYES
5010 KNICKERBOCKER RD.
SAN ANGELO, TX 76904

CRITICAL HEALTH CONNECTION, INC.
ATTN: JEFF PEISER, PRESIDENT
5010 KNICKERBOCKER ROAD
SAN ANGELO, TX 76904

CULHANE MEADOWS PLLC
ATTN: RICHARD G. GRANT, ESQ.
THE CRESCENT, STE. 700
100 CRESCENT COURT
DALLAS, TX 75201

CUNNINGHAM DISTRIBUTING INC.
ATTN: JOHN CUNNINGHAM
2015 MILLS STREET
EL PASO, TX 79901

DAVIS BROWN LAW FIRM
215 10TH STREET
SUITE 1300
DES MOINES, IA 50309

DENTONS US LLP
ATTN: KATHRYN ASHTON, ESQ.
233 SOUTH WACKER DRIVE
SUITE 7800
CHICAGO, IL 60606

DEPARTMENT OF VETERAN'S AFFAIRS
REGIONAL OFFICE, FINANCE SECTION (24)
ONE VETERANS PLAZA
701 CLAY AVENUE
WACO, TX 76799

DIAMOND MCCARTHY LLP
ATTN: CHARLES M. RUBIO, ESQ.
909 FANNIN ST., 15TH FL.
TWO HOUSTON CENTER
HOUSTON, TX 77010

DIAMOND MCCARTHY LLP
ATTN: KYUNG S. LEE, ESQ.
909 FANNIN ST.,15TH FL.
TWO HOUSTON CENTER
HOUSTON, TX 77010

DIANA MCIVER & ASSOCIATES INC.
ATTN: JANINE SISAK
4101 PARKSTONE HEIGHTS DRIVE
SUITE 310
AUSTIN, TX 78746

DIRECT SUPPLY, INC.
ATTN: KURT POLUCEK
6767 N. INDUSTRIAL ROAD
MILWAUKEE, WI 53223

DIRECT SUPPLY, INC.
PO BOX 88201
MILWAUKEE, WI 53288-0201

DUANE MORRIS LLP
ATTN: JOHN ROBERT WEISS, ESQ.
190 S. LASALLE ST., STE. 3700
CHICAGO, IL 60603

DUANE MORRIS LLP
ATTN: ROSANNE CIAMBRONE, ESQ.
190 S. LASALLE ST., STE. 3700
CHICAGO, IL 60603

EL PASO ELECTRIC COMPANY
ATTN: MARYLOU ROMERO
100 N. STANTON
EL PASO, TX 79901

ELROD, PLLC
ATTN: DAVID W. ELROD, ESQ.
500 N. AKARD ST., STE. 3000
DALLAS, TX 75201

ELROD, PLLC
ATTN: WORTHY WALKER, ESQ.
500 N. AKARD ST., STE. 3000
DALLAS, TX 75201

ETMC FIRST PHYSICIANS
PO BOX 9477
TYLER, TX 75713-1027

EVANS PHARMACY
ATTN: BENTLY HAWLEY
310 DOTTSY AVE.
ODESSA, TX 79763

FROST BROWN TODD, LLC
ATTN ROBERT A. GUY JR, ESQ
150 3RD AVE S. STE. 1900
NASHVILLE, TN 37201

GCG, INC.
ATTN: NINA BRODY
190 S. LASALLE STREET
SUITE 1925
CHICAGO, IL 60603

GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.
ATTN: BRIAN T. CUMINGS, ESQ.
401 CONGRESS AVE., STE. 2200
AUSTIN, TX 78701

GRAVES, DOUGHERTY, HEARDON & MOODY, P.C.
ATTN: JAMES V. HOEFFNER, ESQ.
401 CONGRESS AVE., STE. 2200
AUSTIN, TX 78701

GRAY REED & MCGRAW, P.C.
ATTN: JASON S. BROOKNER, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201

GRAY REED & MCGRAW, P.C.
ATTN: LYDIA R. WEBB, ESQ.
1601 ELM ST., STE. 4600
DALLAS, TX 75201

| | |
|---|---|
| GRAY REED & MCGRAW, P.C.<br>ATTN: MICHEAL W. BISHOP, ESQ.<br>1601 ELM ST., STE. 4600<br>DALLAS, TX 75201 | GREENBERG TRAURIG, LLP<br>ATTN: BRYAN L. ELWOOD, ESQ.<br>2200 ROSS AVE., STE. 5200<br>DALLAS, TX 75201 |
| GREENBERG TRAURIG, LLP<br>ATTN: CLIFTON R. JESSUP, JR., ESQ.<br>2200 ROSS AVE., STE. 5200<br>DALLAS, TX 75201 | GREENBERG TRAURIG, LLP<br>ATTN: DAVID D. CLEARY, ESQ.<br>2375 E. CAMELBACK RD., STE. 700<br>PHOENIX, AZ 85016 |
| GREENBERG TRAURIG, LLP<br>ATTN: NANCY A. PETERMAN, ESQ.<br>77 W. WACKER DR., STE. 3100<br>CHICAGO, IL 60601 | HEALTHMEDX LLC<br>ATTN: DAN DUNCAN<br>5100 N. TOWNE CENTRE DR.<br>OZARK, MO 65721 |
| HFDC OF CENTRAL TEXAS, INC.<br>ATTN: PRESIDENT<br>118 MAGNOLIA AVENUE<br>HUBBARD, TX 76648 | HOFFMAN, SHEFFIELD, SAUSEDA & HOFFMAN, PLLC<br>ATTN CHRIS HOFFMAN, ESQ.<br>1008 S. MADISON<br>AMARILLO, TX 79101 |
| HUSCH BLACKWELL LLP<br>ATTN: KELL MERCER<br>111 CONGRESS AVENUE<br>SUITE 1400<br>AUSTIN, TX 78701-4093 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES-INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JENNIFER J. YOUNG<br>RESIDENT AT MEADOW LAKE<br>15811 ROLLING GREEN COVE<br>TYLER, TX 75703 | JOEL K NAIL<br>RESIDENT OF WESLEY COURT<br>6525 LINCOLNSHIRE WAY<br>ABILENE, TX 79606 |
| KATTEN MUCHIN ROSENMAN LLP<br>ATTN: PETER A. SIDDIQUI, ESQ.<br>525 W. MONROE ST.<br>CHICAGO, IL 60661-3693 | KNIGHT CARPET & FLOORING<br>ATTN: PAIGE WATTS<br>3401 NORTH FIRST STREET<br>ABILENE, TX 79603 |

| | |
|---|---|
| LANE RUSSELL COLEMAN & LOGAN PC<br>ATTN: JASON B. BINFORD, ESQ.<br>3700 THANKSGIVING TOWER<br>1601 ELM ST.<br>DALLAS, TX 75201 | LAW OFFICE OF DICK HARRIS, P.C.<br>ATTN: DICK HARRIS, ESQ.<br>PO BOX 3835<br>ABILENE, TX 79604 |
| LAW OFFICES OF JUDITH W. ROSS<br>ATTN: ERIC SODERLUND, ESQ.<br>700 N. PEARL ST., STE. 1610<br>DALLAS, TX 75201 | LAW OFFICES OF JUDITH W. ROSS<br>ATTN: JUDITH W. ROSS, ESQ.<br>700 N. PEARL ST., STE. 1610<br>DALLAS, TX 75201 |
| LAW OFFICES OF JUDITH W. ROSS<br>ATTN: NEIL J. ORLEANS, ESQ.<br>700 N. PEARL ST., STE. 1610<br>DALLAS, TX 75201 | LAW OFFICES OF K. KENNETH KOTLER<br>ATTN: K. KENNETH KOTLER, ESQ.<br>1901 AVENUE OF THE STARS, STE. 1100<br>LOS ANGELES, CA 90067 |
| LIFE CARE SERVICES LLC<br>ATTN: ED KENNY, PRESIDENT<br>CAPITAL SQUARE<br>400 LOCUST ST., STE. 820<br>DES MOINES, IA 50309-2334 | LIFE CARE SERVICES LLC<br>ATTN: JOEL D. NELSON, VICE PRESIDENT<br>CAPITAL SQUARE<br>400 LOCUST, STE. 820<br>DES MOINES, IA 50309-2334 |
| LIFE CARE SERVICES LLC<br>C/O HINCKLEY ALLEN<br>ATTN: WILLIAM S. FISH JR.<br>20 CHURCH STREET<br>HARTFORD, CT 06103 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: LAURIE SPINDLER HUFFMAN, ESQ.<br>2777 N. STEMMONS FREEWAY, STE. 1000<br>DALLAS, TX 75207 |
| LOWES BUSINESS ACCOUNT<br>LOWE'S COMPANIES, INC.<br>1000 LOWE'S BLVD.<br>MOORESVILLE, NC 28117 | MCCALL, PARKHURST & HORTON L.L.P.<br>ATTN: L.E. (TED) BRIZZOLARA, III<br>717 NORTH HARWOOD<br>SUITE 900<br>DALLAS, TX 75201 |
| MCCALL, PARKHURST & HORTON LLP<br>ATTN: L.E. (TED) BRIZZOLARA, III<br>717 NORTH HARWOOD<br>9TH FLOOR<br>DALLAS, TX 75201 | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>ATTN: LEE GORDON<br>PO BOX 1269<br>ROUND ROCK, TX 78680 |

MCDERMOTT WILL & EMERY LLP
ATTN: MEGAN M. PREUSKER, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096

MCDERMOTT WILL & EMERY LLP
ATTN: WILLIAM P. SMITH, ESQ.
227 WEST MONROE ST.
CHICAGO, IL 60606-5096

MCGUIRE, CRADDOCK & STROTHER, P.C.
ATTN: DAVID L. WOODS, ESQ.
2501 N. HARWOOD, STE. 1800
DALLAS, TX 75201

MCGUIRE, CRADDOCK & STROTHERS, P.C.
ATTN: JAMES G. REA, ESQ.
2501 N. HARWOOD, STE. 1800
DALLAS, TX 75201

MCKESSON MEDICAL SURGICAL
CORPORATE HEADQUARTERS
ATTN: DEBBIE CLARKE
8741 LANDMARK RD.
RICHMOND, VA 23228

MCKESSON MEDICAL SURGICAL INC.
ATTN: MELANIE BREWER, CREDIT MANAGER
4345 SOUTHPOINT BLVD.
JACKSONVILLE, FL 32216

MCWHORTER, COBB & JOHNSON, LLP
ATTN: R. MICHAEL MCCAULEY, JR., ESQ.
PO BOX 2547
LUBBOCK, TX 79408

MCWHORTER, COBB & JOHNSON, LLP
ATTN: TODD J. JOHNSTON, ESQ.
PO BOX 2547
LUBBOCK, TX 79408

MEDLINE INDUSTRIES INC.
ATTN: TONY RUSSO
ONE MEDLINE PLACE
MUNDELEIN, IL 60060

MESCH, CLARK & ROTHSCHILD PC.
ATTN: SUSAN N. GOODMAN ESQ.
259 N. MEYER AVE.
TUCSON, AZ 85701

MICHAEL S. SIMPSON
1509 W. 31ST STREET
AUSTIN, TX 78703

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
ATTN: RICHARD H. MOCHE
ONE FINANCIAL CENTER
BOSTON, MA 02111

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C
ATTN: CHARLES W. AZANO, ESQ.
ONE FINANCIAL CTR.
BOSTON, MA 02111

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C
ATTN: DANIEL S. BLECK, ESQ.
ONE FINANCIAL CTR.
BOSTON, MA 02111

MULLIN HOARD & BROWN, LLP
ATTN: ALYSIA CORDOVA, ESQ.
PO BOX 31656
AMARILLO, TX 79120-1656

MULLIN HOARD & BROWN, LLP
ATTN: DON D. SUNDERLAND, ESQ.
PO BOX 31656
AMARILLO, TX 79120-1656

MUNSCH HARDT KOPF & HARR PC
ATTN: KEVIN M. LIPPMAN, ESQ.
500 N. AKARD ST., STE. 3800
DALLAS, TX 75201-6659

MUNSCH HARDT KOPF & HARR, P.C.
ATTN JOE E. MARSHALL, ESQ
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: JOE E. MARSHALL, ESQ.
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201

MUNSCH, HARDT, KOPF & HARR P.C.
ATTN: THOMAS DANIEL BERGHMAN
3800 ROSS TOWER
500 N. AKARD ST.
DALLAS, TX 75201

NAMAN HOWELL SMITH & LEE, PLLC
ATTN:  DAVID L. LEBAS, ESQ.
8310 N. CAPITAL OF TEXAS HWY, STE. 490
AUSTIN, TX 78731

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ATTN:  GREG ABBOTT
300 W. 15TH STREET
AUSTIN, TX 78701

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
BANKRUPTCY-COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION MC 008
ATTN JAY W HURST, ESQ.
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DONNA K. WEBB, AUSA
BURNETT PLAZA, STE. 1700
801 CHERRY ST., UNIT 4
FORT WORTH, TX 76102-6882

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: NANCY S. RESNICK
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75242-1699

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: WILLIAM T. NEARY
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75245-1699

| | |
|---|---|
| OMNICARE OF FT. WORTH<br>OMNICARE, INC.<br>900 OMNICARE CENTER<br>201 E. FOURTH STREET<br>CINCINNATI, OH 45202 | OMNICARE, INC.<br>ATTN: BANKRUPTCY DEPARTMENT<br>900 OMNICARE CENTER<br>201 E. FOURTH STREET<br>CINCINNATI, OH 45202 |
| OMNICARE-APS LUBBOCK<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 715276<br>COLUMBUS, OH 43271-5276 | OMNICARE-APS LUBBOCK<br>OMNICARE PHARMACY SERVICES<br>900 OMNICARE CENTER<br>201 E. FOURTH STREET<br>CINCINNATI, OH 45202 |
| PETER G. MILNE, PC<br>ATTN: PETER G. MILNE, ESQ.<br>327 W. HOUSTON ST.<br>TYLER, TX 75702 | PROSPERITY BANK<br>ATTN: DEBBIE KNIGHT<br>VICE PRESIDENT<br>620 NORTH GRANT #234<br>ODESSA, TX 79761 |
| PRUDENTIAL HUNTOON PAIGE ASSOCIATES, LTD.<br>PRUDENTIAL ASSET RESOURCES<br>ATTN: FHA LOAN ADMINISTRATION<br>2100 ROSS AVENUE<br>SUITE 2500<br>DALLAS, TX 75201 | RED RIVER HEALTH FACILITIES DEVELOPMENT CORP.<br>C/O CITY OF WINDTHORST<br>ATTN: CITY SECRETARY<br>PO BOX 128<br>WINDTHORST, TX 76389 |
| RED RIVER HEALTH FACILITIES DEVELOPMENT CORP.<br>C/O CITY OF WINDTHORST<br>NUMBER 1 MUNCHRATH ROAD<br>WINDTHORST, TX 76389 | RITCHESON, LAUFFER & VINCENT, P.C.<br>ATTN: CHARLES E. LAUFFER, JR., ESQ.<br>TWO AMERICAN CTR.<br>821 ESE LOOP 323, STE.530<br>TYLER, TX 75701 |
| SANTANDER BANK, N.A.<br>ATTN: DAVID GRISHMAN<br>VP- DEBT MANAGEMENT AND RECOVERY<br>MAIL CODE: MA1-MB2-0217<br>TWO MORRISSEY BLVD.<br>DORCHESTER, MA 02125 | SEA ISLE CORPORATION<br>ATTN: BILL HALPEM<br>5447 GUARINO RD.<br>PITTSBURGH, PA 15217 |
| SELECT MEDICAL INC.<br>ATTN: BURDINE PUCYLOWSKI<br>V.P. OF BUSINESS DEVELOPMENT<br>4025 TAMPA ROAD, SUITE 1106<br>OLDSMAR, FL 34677 | SELECT MEDICAL REHABILITATION SERVICES<br>4714 GETTYSBURG ROAD<br>MECHANICSBURG, PA 17055 |

| | |
|---|---|
| SELECT MEDICAL REHABILITATION SERVICES<br>ATTN: LISA CUTRELL<br>4025 TAMPA RD., SUITE 1106<br>OLDSMAR, FL 34677 | SOVEREIGN BANK<br>ATTN: DAVID GRISHMAN, ASSISTANT VICE PRESIDENT<br>MAIL CODE: MA1-SST-0410<br>75 STATE STREET<br>BOSTON, MA 02109 |
| SPROUSE SHRADER SMITH PLLC<br>ATTN: JOHN MASSOUH, ESQ.<br>701 S. TAYLOR, STE. 500<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | STERICYCLE INC.<br>28161 N. KEITH DRIVE<br>LAKE FOREST, IL 60045 |
| SUDDENLINK - DALLAS<br>PO BOX 660365<br>DALLAS, TX 75266-0365 | SUDDENLINK - DALLAS<br>ATTN: COLLECTIONS<br>6151 PALUXY DR.<br>TYLER, TX 75703 |
| SUMMIT LITHO, INC.<br>ATTN: MARK DAVIS<br>1807 SW MARKET STREET<br>LEES SUMMIT, MO 64082-2319 | SUSAN B. HERSH, P.C.<br>ATTN: SUSAN B. HERSH, ESQ.<br>12770 COIT RD., STE. 1100<br>DALLAS, TX 75251 |
| SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVE., STE. 1120<br>MIAMI, FL 33131-1605 | SYSCO USAI INC.<br>ATTN: JIM BECK<br>SENIOR DIRECTOR CREDIT RISK DEPARTMENT<br>1390 ENCLAVE PARKWAY<br>HOUSTON, TX 77077 |
| TEXAS ATTORNEY GENERAL'S OFFICE<br>ATTN: CHRISTOPHER S. MURPHY, ESQ.<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548 - MC 008<br>AUSTIN, TX 78711-2548 | TEXAS ATTORNEY GENERAL'S OFFICE<br>ATTN: J. CASEY ROY, ESQ.<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548- MC 008<br>AUSTIN, TX 78711-2548 |
| TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS<br>ATTN: LEEANN CHANCE, ASSET MANAGER<br>221 EAST 11TH STREET<br>AUSTIN, TX 78701-2410 | TEXAS HEALTH AND HUMAN SERVICES COMMISSION<br>ATTN: CAREY E. SMITH, OFFICE OF GENERAL COUNSEL<br>BROWN-HEATLY BUILDING<br>4900 N. LAMAR BLVD.<br>MAIL CODE MC-1070<br>AUSTIN, TX 78751-2316 |

| | |
|---|---|
| TEXAS METHODIST FOUNDATION<br>ATTN: TERRI HARNISH<br>11709 BOULDER LANE<br>SUITE 100<br>AUSTIN, TX 78726-1808 | TEXAS METHODIST FOUNDATION<br>C/O HUSCH BLACKWELL LLP<br>ATTN: KELL MERCER<br>111 CONGRESS AVENUE, SUITE 1400<br>AUSTIN, TX 78701-4093 |
| TEXAS TECH UNIVERSITY SYSTEM<br>ATTN:  JOHN HUFFAKER - GENERAL COUNSEL<br>PO BOX 42021<br>LUBBOCK, TX 79409 | TEXAS TECH UNIVERSITY SYSTEM<br>ATTN: SHEILA KIDWELL, GENERAL COUNSEL<br>PO BOX 42021<br>LUBBOCK, TX 79409 |
| TEXAS VETERAN'S LAND BOARD<br>1700 N. CONGRESS AVE.<br>AUSTIN, TX 78701-1495 | TEXAS VETERAN'S LAND BOARD<br>PO BOX 12873<br>AUSTIN, TX 78711-2873 |
| TEXAS WORKFORCE COMMISSION<br>TEC BUILDING - BANKRUPTCY<br>101 EAST 15TH STREET<br>AUSTIN, TX 78778 | THE TEXAS DEPARTMENT OF AGING<br>AND DISABILITY SERVICES (DADS)<br>701 W. 51ST STREET<br>AUSTIN, TX 78751 |
| THE TEXAS DEPARTMENT OF AGING<br>AND DISABILITY SERVICES (DADS)<br>PO BOX 149030<br>AUSTIN, TX 78714-9030 | THOMAS A MACKEY PHD<br>2883 PALOMINO SPGS<br>BANDERA, TX 78003-3591 |
| TOP WALL CONSTRUCTION<br>13411 BIG OAK BAY RD<br>TYLER, TX 75707 | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br>ATTN: SECRETARY OF HOUSING AND URBAN DEVELOPMENT<br>801 CHERRY ST.<br>UNIT #45<br>SUITE 2500<br>FORT WORTH, TX 76102 |
| UMB BANK, N.A.<br>ATTN:  LORNA GLEASON<br>CORPORATE TRUST SERVICES<br>120 SOUTH SIXTH STREET<br>#1400<br>MINNEAPOLIS, MN 55402 | UNDERWOOD LAW FIRM, P.C.<br>ATTN:  ROGER S. COX, ESQ.<br>PO BOX 9158<br>AMARILLO, TX 79105-9158 |

| | |
|---|---|
| US FOODS INC.<br>PO BOX 840243<br>DALLAS, TX 75284-0243 | VIRGINIA R FINCHER<br>(MRS BERT T FINCHER)<br>C/O MIKE SIMPSON & SARA FINCHER SIMPSON<br>1509 W 31ST ST<br>AUSTIN, TX 78703 |
| WELLS FARGO BANK, N.A.<br>ATTN: KUSHINA WHITE, CORPORATE TRUST DEPARTMENT<br>750 N. ST. PAUL PLACE<br>SUITE 1750<br>DALLAS, TX 75201 | WESTERN BUILDERS OF AMARILLO<br>700 S. GRANT STREET<br>AMARILLO, TX 79101 |
| WICK PHILLIPS GOULD & MARTIN, LLP<br>ATTN: JONATHAN S. COVIN, ESQ.<br>3131 MCKINNEY AVE., STE. 100<br>DALLAS, TX 75204 | WICK PHILLIPS GOULD & MARTIN, LLP<br>ATTN: SHAYLA L. FRIESEN, ESQ.<br>3131 MCKINNEY AVE., STE. 100<br>DALLAS, TX 75204 |
| WRIGHT GINSBERG BRUSILOW P.C.<br>ATTN: C. ASHLEY ELLIS, ESQ.<br>14755 PRESTON RD., STE. 600<br>DALLAS, TX 75254 | WRIGHT GINSBERG BRUSILOW P.C.<br>ATTN: FRANK J. WRIGHT, ESQ.<br>14755 PRESTON RD., STE. 600<br>DALLAS, TX 75254 |