# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| SEARS METHODIST RETIREMENT SYSTEM, INC., *et al.*,[1] | § § § § | CASE NO. 14-32821-11 |
| DEBTORS. | § § | Jointly Administered |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") has been scheduled for **Monday, May 18, 2020, at 1:30 p.m.** before the Honorable Honorable Stacey G. C. Jernigan 1100 Commerce Street, 14th Floor, Courtroom No. 1, Dallas, Texas 75242 to consider the *Joint Motion by Liquidating Trustee and UMB Bank, N.A., as Bond Trustee, for Turnover and Enforcement of Order Confirming Second Amended Joint Plan of Reorganization* [Docket No. 1247].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to General Orders 2020-05 and 2020-08, parties are discouraged from attending the Hearing in person unless deemed necessary. Parties may instead attend the Hearing by videoconference (or telephonically) in accordance with the instructions provided herein.

---

[1] The debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: Sears Methodist Retirement System, Inc. (6330), Canyons Senior Living, L.P. (8545), Odessa Methodist Housing, Inc. (9569), Sears Brazos Retirement Corporation (8053), Sears Caprock Retirement Corporation (9581), Sears Methodist Centers, Inc. (4917), Sears Methodist Foundation (2545), Sears Panhandle Retirement Corporation (3233), Sears Permian Retirement Corporation (7608), Sears Plains Retirement Corporation (8233), Sears Tyler Methodist Retirement Corporation (0571), and Senior Dimensions, Inc. (4016). The mailing address of each of the debtors, solely for purposes of notices and communications, is 2100 Ross Avenue 21st Floor, c/o Paul Rundell, Dallas, Texas 75201.

**PLEASE TAKE FURTHER NOTICE** that Parties who wish to participate in the Hearing by videoconference may do so via WebEx as follows:

- Dial-in: *476885178@us-courts.webex.com*
- Meeting No.: 476 885 178
- Meeting Password: bankruptcy

Dated: May 14, 2020
Dallas, TX

By: /s/ Nicole Figueroa

Nicole Figueroa
Texas Bar No. 24069716
MCDERMOTT WILL & EMERY LLP2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 295-8062
Email: *nfigueroa@mwe.com*

Nathan F. Coco
State Bar No. 24091122
MCDERMOTT WILL & EMERY LLP
Two Allen Center
1200 Smith Street, 16th Floor
Houston, TX 77002
Telephone: (713) 653-1775
Email: *ncoco@mwe.com*

Counsel for UMB Bank, N.A., as Bond Trustee

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing notice was served upon on counsel of record via the Court's ECF Noticing System on this 14th day of May, 2020.

     /s/ Nicole Figueroa
     Nicole Figueroa

DM_US 168625541-1.083118.0016