**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | CASE NO. 14-32821-11 |
| SEARS METHODIST RETIREMENT SYSTEMS, INC., *et al.*[1] | CHAPTER 11 |
| Debtors. | Jointly Administered |

**SUPPLEMENTAL ORDER**
**CONFIRMING SALE OF ABILENE PROPERTY**

In consideration of that certain Motion for Entry of Supplemental Order Confirming Sale of Abilene Property (the "Motion") filed by Texas Methodist Foundation ("TMF") and that certain Order Confirming Sale of Abilene Property [Dkt. 980] (the "Abilene Sale Order") entered by the

---

[1] The debtors in these Chapter 11 Cases, along with the last four (4) digits of their taxpayer identification numbers, are: Sears Methodist Retirement System, Inc. (6330), Canyons Senior Living, L.P. (8545), Odessa Methodist Housing, Inc. (9569), Sears Brazos Retirement Corporation (8053), Sears Caprock Retirement Corporation (9581), Sears Methodist Centers, Inc. (4917), Sears Methodist Foundation (2545), Sears Panhandle Retirement Corporation (3233), Sears Permian Retirement Corporation (7608), Sears Plains Retirement Corporation (8233), Sears Tyler Methodist Retirement Corporation (0571) and Senior Dimensions, Inc. (4016). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 2100 Ross Avenue, 21st Floor, c/o Paul Rundell, Dallas, Texas 75201.

United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court"), and after due consideration of the relief requested in the Motion; and finding that good and sufficient notice of the relief granted by this Order has been given and no further notice is required; and good and sufficient cause appearing to approve the relief herein, the Bankruptcy Court hereby FINDS, DETERMINES, CONCLUDES, and ORDERS that:

1. Pursuant to § 363(f) of the Bankruptcy Code, Texas Methodist Foundation ("TMF" or the "Purchaser") took possession of all of Sears Methodist Centers, Inc.'s rights and interests in the Abilene Property (the "Property") free and clear of the following:

   a. The Deed of Trust, Security Agreement & Assignment of Leases & Rents dated May 8, 2013 in favor of Wells Fargo Bank, N.A. filed as instrument number 2013-00007859 in the Official Public Records of Taylor County, Texas, and

   b. The Deed of Trust, Security Agreement & Assignment of Leases & Rents dated May 8, 2013 in favor of Life Care Services, LLC filed as instrument number 2013-0007858 in Official Public Records of Taylor County, Texas. All of the terms of the Abilene Sale Order remain in full force and effect.

2. Notwithstanding any provision in the Bankruptcy Rules to the contrary, the terms of this Order shall be immediately effective and enforceable upon its entry, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### END OF ORDER ###

Order Submitted by:

/s/ *Charles M. Rubio*
PARKINS LEE & RUBIO LLP
Charles M. Rubio P.C.
TX Bar No. 24083768
50 Main Street, Suite 1000
White Plains, NY 10606