

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 12, 2021**

_____
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | CASE NO. 14-32821-11 |
| SEARS METHODIST RETIREMENT SYSTEMS, INC., *et al.*[1] | CHAPTER 11 |
| | Jointly Administered |
| Debtors. | |

### ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION
### OF MOTION FOR ENTRY OF SUPPLEMENTAL ORDER CONFIRMING SALE
### OF ABILENE PROPERTY

Upon the Motion For Expedited Consideration of Motion for Entry of Supplemental Order Confirming Sale of Abilene Property (the "Expedited Motion") filed by Texas Methodist Foundation ("TMF") for expedited consideration of the Motion for Entry of Supplemental Order

---

[1] The debtors in these Chapter 11 Cases, along with the last four (4) digits of their taxpayer identification numbers, are: Sears Methodist Retirement System, Inc. (6330), Canyons Senior Living, L.P. (8545), Odessa Methodist Housing, Inc. (9569), Sears Brazos Retirement Corporation (8053), Sears Caprock Retirement Corporation (9581), Sears Methodist Centers, Inc. (4917), Sears Methodist Foundation (2545), Sears Panhandle Retirement Corporation (3233), Sears Permian Retirement Corporation (7608), Sears Plains Retirement Corporation (8233), Sears Tyler Methodist Retirement Corporation (0571) and Senior Dimensions, Inc. (4016). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 2100 Ross Avenue, 21st Floor, c/o Paul Rundell, Dallas, Texas 75201.

Confirming Sale of Abilene Property (the "Supplemental Abilene Sale Motion") filed concurrently with the Expedited Motion; and the Court having jurisdiction to consider the Expedited Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue of this case and the Expedited Motion in this district being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Expedited Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Expedited Motion having been given, and it appearing that no other or further notice need be provided; and sufficient cause appearing therefore, the Bankruptcy Court hereby FINDS, DETERMINES, CONCLUDES, and ORDERS that:

1. TMF shall serve a copy of this order and the Supplemental Abilene Sale Motion on Wells Fargo Bank, N.A. and Life Care Services, LLC by email to the following:

   Wells Fargo Bank, National Association
   c/o Charles W. Azano, Esq.
   Mintz Levin
   One Financial Center
   Boston, MA 02111-2657
   CWAzano@mintz.com

   Life Care Services LLC
   c/o Julie Johnson McLean
   Davis Brown Law Firm
   215 10th Street, Suiter 1300
   Des Moines, Iowa 50309
   515-288-2500
   julieMcLean@davisbrownlaw.com

2. The hearing to consider the Supplemental Abilene Sale Motion is scheduled for March 18, 2021 at 2:30 p.m. (CT). Parties shall use the Webex Hearing Instructions attached hereto to participate in the hearing.

3. Any objection to the Supplemental Abilene Sale Motion must be filed on the docket in the above-referenced case by March 17, 2021 at 5:00 p.m. (CT) (the "Objection Deadline").

4. If no objections to the Supplemental Abilene Sale Motion are filed on the docket by the Objection Deadline, then this Court may enter the relief requested in the Supplemental Abilene Sale Motion without a hearing.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### END OF ORDER ###

Order Submitted by:

/s/ *Charles M. Rubio*
PARKINS LEE & RUBIO LLP
Charles M. Rubio P.C.
TX Bar No. 24083768
50 Main Street, Suite 1000
White Plains, NY 10606

# WebEx Hearing Instructions
## Judge Stacey G. Jernigan

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Stacey G. Jernigan are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance**:

Link:     https://us-courts.webex.com/meet/jerniga

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Meeting ID: 479 393 582

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Jernigan's Telephonic and Videoconference Hearing Policy (included within Judge Jernigan's Judge-Specific Guidelines):   https://www.txnb.uscourts.gov/content/judge-stacey-g-c-jernigan

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Jernigan's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/jerniga" as the location of the hearing (note: this option appears immediately after the first set sof Wichita Falls locations). Do not select Judge Jernigan's Dallas courtroom as the location for the hearing.