Casey Doherty
Texas Bar No.: 24078431
DENTONS US LLP
1221 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: 713-658-4600
Facsimile: 713-739-0834
Casey.doherty@dentons.com
**COUNSEL FOR LIFE CARE SERVICES, LLC**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE: SEARS METHODIST RETIREMENT SYSTEMS, INC.,** *et al*[1] | § § § | **CASE NO.: 14-32821-11** |
| **DEBTORS** | § § § § | **CHAPTER 11** <br><br> **Jointly Administered** |

**LIFE CARE SERVICES, LLC's FIRST AMENDED LIST OF WITNESSES AND EXHIBITS FOR HEARING CONTINUED TO APRIL 1, 2021, AT 2:00 P.M. (CDT)**

Life Care Services, LLC, interested party, (hereafter "LCS"), amends its *List of Witnesses and Exhibits …* [Docket No. 1342] and hereby designates the following witnesses and exhibits (the "Witness and Exhibit List") for the hearing scheduled for April 1, 2021, at 2:00 p.m. (CDT) (the "Hearing") on the following matter:

1. Motion for Entry of Supplemental Order Confirming Sale of Abilene Property [Dkt. 1336].

---

[1] The debtors in these Chapter 11 Cases along with the last four (4) digits of their taxpayer identification numbers, are: Sears Methodist Retirement System, Inc. (633), Canyons Senior Living, L.P. (8545), Odessa Methodist Housing, Inc. (9569), Sears Brazos Retirement Corporations (8053), Sears Caprock Retirement Corporation (9581), Sears Methodist Centers, Inc. (4917), Sears Methodist Foundation (2545), Sears Panhandle Retirement Corporation (3233), Sears Permian Retirement Corporation (7608), Sears Plains Retirement Corporation (8233), Sears Tyler Methodist Retirement Corporation (0571) and senior Dimensions, Inc. (4016). The mailing address of each of the debtors, solely for purposes of notices and communications, is 2100 Ross Avenue, 21st Floor, c/o Paul Rundell, Dallas, Texas 75201.

117518007\V-2

### A. WITNESSES

| Witness |
|---|
| 1. Any witness called by another party at the Hearing. |

### B. EXHIBITS

| LCS Exhibit No. | Description of Exhibit | Offered | Obj. | Admitted |
|---|---|---|---|---|
| 1. | Declaration of Julie McLean | | | |
| 1-A | Email Sent From Charles Rubio to Julie McLean on March 4, 2021 | | | |
| 1-B | Email Sent From Charles Rubio to Julie McLean on March 17, 2021 | | | |
| 2 | Special Warranty Deed between Sears Methodist Center Inc. and Texas Methodist Foundation - Abilene Property | | | |
| 3 | Special Warranty Deed between Sears Methodist Center Inc. and Texas Methodist Foundation - Waco Property | | | |

LCS reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the Witness and Exhibit List as appropriate. LCS also reserves the right to rely upon and use as evidence (i) additional documents produced by the Debtors, (ii) exhibits included on the exhibit lists of any other parties in interest, and (iii) any pleading, hearing transcript, or other document filed with the Court in this case.

Respectfully submitted,

By: /s/ Casey Doherty
Casey Doherty
Texas Bar No.: 24078431
DENTONS US LLP
2000 McKinney Ave., Suite 1900
Dallas, TX 77201
Telephone: 214-259-0999 (office)
713-725-3877 (mobile)
Facsimile: 713-739-0834
Casey.doherty@dentons.com

**COUNSEL FOR LIFE CARE SERVICES, LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 29, 2021, a copy of the foregoing document was served electronically on those parties registered to receive electronic notice via the Court's CM/ECF system and by email to the following:

Charles M. Rubio
Parkins Lee & Rubio LLP
50 Main Street, Suite 1000
White Plains, NY 10606
Email: crubio@parkinslee.com

Wells Fargo Bank, National Association
c/o Charles W. Azano, Esq.
Mintz Levin
One Financial Center
Boston, MA 02111-2657
Email: CWAzano@mintz.com

/s/ Casey Doherty
Casey Doherty